**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 10-60149** |
| **LACK'S STORES, INCORPORATED,** | § | **(Chapter 11)** |
| | § | |
| **DEBTOR.** | § | **(Joint Administration Requested)** |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of creditors holding the 20 largest unsecured claims against the above-captioned Debtor. This list has been prepared from the Debtor's unaudited books and records and reflects amounts as of November 15, 2010.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.  Moreover, nothing herein shall affect the Debtor's right to challenge the amount or characterization of any claim at a later date.

| | Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff | Amount of Claim (if Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 1. | Sealy Mattress Company P. O. Box 951721 Dallas, TX 75395-1721 | Sealy Mattress Company P. O. Box 951721 Dallas, TX 75395-1721 Attn: Warren Dumas (979) 836-6644 | Trade | | $3.051,109.10 |
| 2. | Lane Furniture Industries P.O. Box 1627 Tupelo, MS 38802 | Lane Furniture Industries P.O. Box 1627 Tupelo, MS 38802 Attn: Janice Williams (662) 566-3357 | Trade | | $2,813,675.57 |

**In re LACK'S STORES, INCORPORATED**                    **Case No. 10-60149**

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

| | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 3. | Brownchild Ltd Inc. 1633 Bonnie Brae Houston, TX 77006 | Brownchild Ltd Inc. 1633 Bonnie Brae Houston, TX 77006 Attn: Don Brown (713) 807-9000 | Trade | | $823,095.50 |
| 4. | LG Electronics USA, Inc. P. O. Box 730241 Dallas, TX 75373-0241 | LG Electronics USA, Inc. P. O. Box 730241 Dallas, TX 75373-0241 Attn: Kristen Cubberly (201) 816-2023 | Trade | | $791.407.09 |
| 5. | Whirlpool P. O. Box 730316 Dallas, TX 75373-0316 | Whirlpool P. O. Box 730316 Dallas, TX 75373-0316 Attn: Shelly Hope (269) 923-5401 | Trade | | $578,387.65 |
| 6. | Tartone Enterprises Inc 5055 South Loop East Houston, TX 77033 | Tartone Enterprises Inc 5055 South Loop East Houston, TX 77033 Attn: Pearl Tzeng (713) 734-6888 | Trade | | $452,465.01 |
| 7. | Corinthian Inc. P. O. Box 1918 41 CR 101 Corinth, MS 38834 | Corinthian Inc. P. O. Box 1918 41 CR 101 Corinth, MS 38834 Attn: Crystal McCoy (662) 287-4919 | Trade | | $363,921.21 |
| 8. | SED International 4916 N. Royal Atlanta Dr. Tucker, GA 30084 | SED International 4916 N. Royal Atlanta Dr. Tucker, GA 30084 Attn: Debra Butler (800) 444-8962 | Trade | | $240,596.84 |

**In re LACK'S STORES, INCORPORATED**                    **Case No. 10-60149**

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 9. | Steve Silver Company P. O. Box 1709 Forney, TX 75126-8747 | Steve Silver Company P. O. Box 1709 Forney, TX 75126-8747 Attn: Sherri Parker (972) 564-2601 | Trade | | $229,132.93 |
| 10. | Standard Furniture Mfg., Co. P. O. Drawer 1089 Bay Minette, AL 36507-0749 | Standard Furniture Mfg., Co. P. O. Drawer 1089 Bay Minette, AL 36507-0749 Attn: Jaclyn Kloopf (800) 827-7866 | Trade | | $194,327.40 |
| 11. | Global Link Logistics, Inc. 1990 Lakeside Parkway, Ste 300 Tucker, GA 30084 | Global Link Logistics, Inc. 1990 Lakeside Parkway, Ste 300 Tucker, GA 30084 Attn: Monica Thaxton (770) 938-2656 | Trade | | $137,733.00 |
| 12. | Michael Nicholas Designs Inc. 6259 Descanso Ave. Buena Park, CA 90620 | Michael Nicholas Designs Inc. 6259 Descanso Ave. Buena Park, CA 90620 Attn: Gloria Licano (714) 562-8101 | Trade | | $134,244.00 |
| 13. | Najarian 17560 E. Rowland Street Rowland Heights, CA 91748 | Najarian 17560 E. Rowland Street Rowland Heights, CA 91748 Attn: Juliet Tan (214) 748-7908 | Trade | | $128,617.50 |
| 14. | Oak Furniture West LLC 9950 Marcon Drive, Suite 106 San Diego, CA 92154 | Oak Furniture West LLC 9950 Marcon Drive, Suite 106 San Diego, CA 92154 Attn: Imelda Real (619) 661-5522 | Trade | | $95,104.50 |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**                    **Page 3 of 5**

US 621212v.4

**In re LACK'S STORES, INCORPORATED**                    Case No. 10-60149

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

| | Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff | Amount of Claim (if Secured Also State Value of Security) |
|---|---|---|---|---|---|
| 15. | Legends Furniture 10300 W. Buckeye Road Tolleson, AZ 85353 | Legends Furniture 10300 W. Buckeye Road Tolleson, AZ 85353 Attn: Carrie Marro (623) 931-6500 | Trade | | $93,588.55 |
| 16. | Ryder Integrated Logistics, Inc. 24610 Network Place Chicago, IL 60673-1246 | Ryder Integrated Logistics, Inc. 24610 Network Place Chicago, IL 60673-1246 Attn: Keith D. Pobuda (419) 446-4500 | Trade | | $88,759.70 |
| 17. | Progressive Furniture Inc. Woodlands Designs P.O. Box 308 Archbold, OH 43502-0308 | Progressive Furniture Inc. Woodlands Designs P.O. Box 308 Archbold, OH 43502-0308 Attn: Janys Etts (512) 261-5274 | Trade | | $84,871.74 |
| 18. | Lifestyle Enterprises 529 Townsend High Point, NC 27263 | Lifestyle Enterprises 529 Townsend High Point, NC 27263 Attn: Kim Grice (336) 882-9122 | Trade | | $73,937.09 |
| 19. | Presidential 66 Hincks St. Unit #1 Canada Zip N3A2A3 New Hamburg, Ontario 91761-7867 | Presidential 66 Hincks St. Unit #1 Canada, Zip N3A2A3 New Hamburg, Ontario 91761-7867 Attn: Cathy Willsang (519) 662-3040 | Trade | | $73,410.36 |
| 20. | Austin American Statesman P.O. Box 670 Austin, TX 78767-001 | Austin American Statesman P.O. Box 670 Austin, TX 78767-001 Attn: Rosemary Wallace (512) 445-3727 | Trade | | $72,317.30 |

**In re LACK'S STORES, INCORPORATED**                    **Case No. 10-60149**

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

**Declaration Under Penalty of Perjury
on Behalf of a Corporation**

I, Melvin Lack, an authorized signatory of the Debtor, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

**DATE:**  November 16, 2010

_/s/ Melvin Lack_
Name:  Melvin Lack
Title:    Chief Executive Officer and
President