IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED | § | (Chapter 11) |
| | § | |
| DEBTOR. | § | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of equity security holders of Lack Stores, Incorporated which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case:

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities |
|---|---|---|
| Melvin Lack<br>2107 E. Commercial<br>Victoria, TX  77901 | Voting Preferred Stock | 6,868 |
| Erwin Jay Lack<br>#2 Creekside Drive<br>Victoria, TX  77904 | Voting Preferred Stock | 2,905 |
| David R. Lack<br>400 Inwood Road<br>Austin, TX  78746 | Voting Preferred Stock | 904 |
| Jeffrey S. Lack<br>3710 Tartan<br>Houston, TX  77025 | Voting Preferred Stock | 904 |
| Andrew Jessel Lack<br>#2 Creekside Drive<br>Victoria, TX  77904 | Voting Preferred Stock | 805 |
| Barbara Jessel Lack<br>#2 Creekside Drive<br>Victoria, TX  77904 | Voting Preferred Stock | 755 |
| Jane Sara Lack<br>2107 E. Commercial<br>Victoria, TX  77901 | Voting Preferred Stock | 755 |
| Lara Elise Lack<br>1514-A Birdsall<br>Houston, TX  77007 | Voting Preferred Stock | 660 |
| Jared Evan Lack<br>50 Lexington, Ave. Apt 21B<br>New York, NY  10010-2932 | Voting Preferred Stock | 610 |

| Name and Last Known Address or Place of Business of Holder | Security Class | Number of Securities |
|---|---|---|
| Joshua H. Lack<br>1215 Howard Lane<br>Bellaire, TX  77401 | Voting Preferred Stock | 600 |
| Julie R. Lack<br>2304 Westoak Dr.<br>Austin, TX  78704 | Voting Preferred Stock | 404 |
| Melvin Lack<br>2107 E. Commercial<br>Victoria, TX 77901 | Non-Voting Common Stock | 1,740 |
| Erwin Jay Lack<br>#2 Creekside Drive<br>Victoria, TX 77904 | Non-Voting Common Stock | 3,093 |
| David R. Lack<br>400 Inwood Road<br>Austin, TX 78746 | Non-Voting Common Stock | 2,640 |
| Jeffrey S. Lack<br>3710 Tartan<br>Houston, TX 77025 | Non-Voting Common Stock | 2,625 |
| Andrew Jessel Lack<br>#2 Creekside Drive<br>Victoria, TX 77904 | Non-Voting Common Stock | 1,658 |
| Barbara Jessel Lack<br>#2 Creekside Drive<br>Victoria, TX 77904 | Non-Voting Common Stock | 1,663 |
| Jane Sara Lack<br>2107 E. Commercial<br>Victoria, TX 77901 | Non-Voting Common Stock | 1,544 |
| Lara Elise Lack<br>1514-A Birdsall<br>Houston, TX 77007 | Non-Voting Common Stock | 1,658 |
| Jared Evan Lack<br>50 Lexington Avenue<br>APT 21B<br>New York, NY 10010-2932 | Non-Voting Common Stock | 1,658 |
| Joshua H. Lack<br>1215 Howard Lane<br>Bellaire, TX 77401 | Non-Voting Common Stock | 1,658 |
| Julie R. Lack<br>2304 Westoak Dr.<br>Austin, TX 78704 | Non-Voting Common Stock | 2,511 |

## DECLARATION

    I, Melvin Lack, Chief Executive Officer and President of Lack's Stores, Incorporated named as the debtor in this case, declare under penalty of perjury that the attached List of Equity Security Holders is true and correct to the best of my information and belief.

Dated:  November 16, 2010

    Respectfully submitted,

**LACK'S STORES, INCORPORATED**
a Texas corporation

By:    */s/ Melvin Lack*
Name: Melvin Lack

Its:    Chief Executive Officer and President