IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, *ET AL.*[1] § | |
| § | (Chapter 11) |
| § | (Joint Administration Requested) |
| DEBTORS. | |

## NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 CASE

These bankruptcy cases were filed on November 16, 2010.  The Debtors believe that these cases qualify as complex Chapter 11 cases because:

__X__    The debtors have total debt of more than $10 million

__X__    There are more than 50 parties in interest in these cases

_____    Claims against the debtor are publicly traded

_____    Other

Dated:  November 16, 2010

Respectfully submitted,

**VINSON & ELKINS LLP**

By: /s/ *Michaela C. Crocker*
  Daniel C. Stewart, SBT #19206500
  Paul E. Heath, SBT #093555050
  Michaela C. Crocker, SBT #24031985
  Richard H. London, SBT #24032678
  2001 Ross Avenue, Suite 3700
  Dallas, Texas 75201
  Tel: 214.220.7700
  Fax: 214.999.7787
  mcrocker@velaw.com
  rlondon@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

**DEBTORS' NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 CASE**                                                                                          Page 1 of 1
US 617251v.2