**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, VICTORIA DIVISION**

| | |
|---|---|
| In re<br><br>**LACK'S STORES, INCORPORATED,** *ET AL* | **Chapter 11**<br>**Case No. 10-60149**<br>**(Jointly Administered)** |

**NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 11 OF THE**
**BANKRUPTCY CODE, MEETING OF CREDITORS, AND DEADLINES**

On November 16, 2010, Lack's Stores, Incorporated ("Lack's") and its affiliates listed below (collectively with Lack's, the "Debtors") each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Texas, Victoria Division (the "Bankruptcy Court").

You may be a creditor of one or more of these Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed with the Court are or will be available for inspection (a) at the website maintained by the Debtors' claims and noticing agent, Kurtzman Carson Consultants LLC, at www.kccllc.net/lacks; and (b) at the Office of the Clerk of the Bankruptcy Court and on the Court's website at www.txsb.uscourts.gov. Note that you need a PACER password and login to access documents on the Court's website (a PACER password is obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). The staff of the Bankruptcy Clerk's Office and the office of the United States Trustee cannot give legal advice.

| Name of Debtors | Case Numbers | Tax I.D. No. |
|---|---|---|
| Lack's Stores, Incorporated | 10-60149 | 74-1076528 |
| Merchandise Acceptance Corporation | 10-60152 | 74-6050972 |
| Lack's Furniture Centers, Inc. | 10-60151 | 74-1729468 |
| Lack Properties, Inc. | 10-60150 | 74-1678961 |

| | |
|---|---|
| Contact Information for Debtors' Attorneys:<br>Katherine D. Grissel<br>Vinson & Elkins, LLP<br>2001 Ross Avenue, Suite 3700<br>Dallas, TX 75201<br>Tel: 214-661-7299<br>Email: Lacks@velaw.com | Contact Information for Debtors' Claims Agent:<br>Lacks Claims Processing<br>c/o Kurtzman Carson Consultants LLC<br>2335 Alaska Avenue<br>El Segundo CA 90245<br>Tel: 877-565-8220 |

**DATE, TIME, AND LOCATION OF SECTION 341(a) MEETING OF CREDITORS**
**_____, 2010 __:__ _.m. (Central Time)**
_____
_____

**DEADLINE TO FILE PROOFS OF CLAIMS AND INTERESTS AND TO FILE A COMPLAINT TO**
**DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS:**

**CREDITORS MAY NOT TAKE CERTAIN ACTIONS**

Prohibited collection actions are listed in Bankruptcy Code § 362. In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Common examples of prohibited actions by creditors are contacting the Debtors to demand payment, taking action against the Debtors to collect money owed or to take property of the Debtors, and starting or continuing collection actions, foreclosure actions, or repossessions. Consult a lawyer to determine your rights in this case.

US 622841v.4

**Address and Hours of the Clerk of the Bankruptcy Court:**

| **Mailing Address:** | **Street Address:** | **Hours Open:** |
|---|---|---|
| David J. Bradley | United States Courthouse | 8:00 a.m. to 5:00 p.m., Monday through Friday |
| Clerk of Court | 515 Rusk Avenue | |
| P. O. Box 61010 | Houston, TX 77002 | |
| Houston, TX 77208 | | |

Dated: _____, 2010

**FILING OF CHAPTER 11 BANKRUPTCY CASE.** A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business.

**LEGAL ADVICE.** The staff of the Clerk of the Bankruptcy Court is not permitted to give legal advice.

**MEETING OF CREDITORS.** A meeting of creditors is scheduled for the date, time, and location listed on the front side. The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States Trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case.

**CLAIMS.** A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all or if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial.

**DISCHARGE OF DEBTS.** Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. <u>See</u> Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline.

**BANKRUPTCY CLERK'S OFFICE.** Any paper that you file in these bankruptcy cases should be filed at the Office of the Clerk of the Bankruptcy Court at the address listed above.

**CREDITORS WITH A FOREIGN ADDRESS.** Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.