IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, *ET AL.*,[1] | § |
| | § (Chapter 11) |
| DEBTORS. | § (Jointly Administered) |

ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR APPROVAL OF THE FORM AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT OF THE CHAPTER 11 CASES AND OTHER INFORMATION

[Related to Dkt. No. ___]

The Court has considered the *Debtors' Emergency Motion for Approval of the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information* (the "Motion")[2] filed by the above-referenced debtors (the "Debtors"). The Court finds that the relief requested in the Motion is in the best interest of the Debtors' estates and creditors. The Court further finds that, under the circumstances, adequate notice of this Motion has been given and no other notice needs to be given. Therefore, it is

**ORDERED** that the Motion is **GRANTED** to the extent set forth herein. It is further

**ORDERED** that any creditor, equity interest holder, or party in interest that wishes to receive notice in these Cases and is not otherwise entitled to notice pursuant to this Order shall file a notice of appearance (a "Notice of Appearance") and request for service of papers in accordance with Bankruptcy Rules 2002 and 9010(b). Such Notice of Appearance shall include the following information: (a) the party's name and address; (b) the name of the client, if

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

[2] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR APPROVAL OF THE FORM AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT OF THE CHAPTER 11 CASES AND OTHER INFORMATION**                                                                                       **Page 1 of 3**

US 622818v.2

applicable; (c) an e-mail address at which the requesting party may be served; (d) an address by which the requesting party may be served by U.S. mail, hand delivery and overnight delivery; and (e) a facsimile number for the requesting party. Notwithstanding Bankruptcy Rules 2002 and 9006, no request for service filed in these Cases shall be honored unless the foregoing requirements are satisfied.  It is further

**ORDERED** that any individual or entity filing a Notice of Appearance who does not maintain and cannot practicably obtain an e-mail address must include in its notice of appearance a certification stating the same, and such individuals or entities shall be served by U.S. mail.  It is further

**ORDERED** that the Master Service List shall contain addresses and facsimile numbers, and may include e-mail addresses.  It is further

**ORDERED** that the Debtors shall serve parties on the Master Service List by U.S. mail, hand delivery, facsimile, or email (the choice of the foregoing being in the Debtors' sole discretion).  It is further

**ORDERED** that the Debtors are authorized to serve the Notice of Commencement, substantially in the form attached as <u>Exhibit "A"</u> to the Motion, to all parties in interest in accordance with Bankruptcy Rule 2002.  Service of the Notice of Commencement shall be deemed adequate and sufficient notice of (a) the commencement of the Cases; and (b) the scheduling of the section 341 meeting of creditors.  It is further

**ORDERED** that the Debtors shall serve a printed copy of this Order upon all parties on the Master Service List on the date this Order is entered, or as soon thereafter as is practicable.  It is further

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR APPROVAL OF THE FORM
AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT
OF THE CHAPTER 11 CASES AND OTHER INFORMATION** Page 2 of 3

US 622818v.2

**ORDERED** that this Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

SIGNED THIS \_\_\_\_ day of _____, 2010.

_____
**Jeff Bohm**
**United States Bankruptcy Judge**

ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR APPROVAL OF THE FORM
AND MANNER OF NOTIFYING CREDITORS OF THE COMMENCEMENT
OF THE CHAPTER 11 CASES AND OTHER INFORMATION                                                   Page 3 of 3

US 622818v.2