

## EXHIBIT "A"
## LACK'S STORES, INCORPORATED - CASH MANAGEMENT SYSTEM

Lack's/Reliance Trust
Transfer Account
xxxxxx8917

Lack's/Maytag
Transfer Account (inactive)
xxxxxx5131

Main Operating Account
(LSMOA)
xxxxxx0107

Payroll Account
((LPOA)
xxxxxx0336

Operating Account
(LPOA)
xxxxxx0255

Note obligations
on Mortgaged Properties

Incoming
Funds
Advances
from CIT

Vendor
Payments
Check Runs, Wires
Manual Checks

Incoming Funds from Lessees

Manual Wires of
Payments to CIT

Main Depository Account
(MDA)
xxxxxx4492

Lack's Credit Card Accounts
Visa/MasterCard xxxxxx3443
AMEX xxxxxx2257
Discover Card xxxxxx0301

Lack's Direct Payment Account
xxxxx8862

Non-Wells Fargo Banks (Operational)
Lack's #105 xxx038 (First National Bank, Port Lavaca)
Lack's #118 xxxxx217 (Extraco Banks, N.A.)
Lack's #126 xxxx805 (Del Rio Bank & Trust)
Lack's #128 xxxxxxx214 (First National Bank, Killeen)
Lack's #132 xxxx304 (First State Bank of Uvalde)

Lack's #141 xxxxxx652 (State National Bank, Lubbock)
Lack's #143 xxx099 (Texas Bank & Trust Co.)
Lack's #149 xxxx029 (Southside Bank)
Lack's #150 xxxx702 (Texas State Bank)

Non-Wells Fargo Banks (Non-operational)
Lack's #105 xxx471 (First National Bank, Port Lavaca) (warranty reserve)
Lack's #105 xxx861 (First National Bank, Port Lavaca) (warranty reserve)
Lack's #145 xxxxxx3084 (Bancfirst) (warranty reserve)
Lack's #897 xxxxx3194 (1st Victoria National Bank) (inactive)
Lack's #896 xxxxx461 (City Bank) (Lack Properties account) (inactive)

| Store Depository Accts | Store Depository Accts |
|---|---|
| #101 xxxxxx0608 | #137 xxxxxx0543 |
| #104 xxxxxx0446 | #139 xxxxxx0569 |
| #106 xxxxxx1715 | #140 xxxxxx0577 |
| #107 xxxxxx0454 | #144 xxxxxx0593 |
| #108 xxxxxx0462 | #146 xxxxxx4527 |
| #111 xxxxxx0470 | #147 xxxxxx2097 |
| #112 xxxxxx1692 | #148 xxxxxx5637 |
| #114 xxxxxx4501 | #661 xxxxxx1707 |
| #115 xxxxxx1765 | #885 xxxxxx1812 |
| #116 xxxxxx0488 | #889 xxxxxx9055 |
| #117 xxxxxx0496 | #897 xxxxxx1723 |
| #120 xxxxxx1668 | #899 xxxxxx1731 (inactive) |
| #123 xxxxxx1749 | #981 xxxxxx1781 |
| #124 xxxxxx0501 | #982 xxxxxx8096 |
| #125 xxxxxx1838 | #983 xxxxxx1799 |
| #127 xxxxxx4519 | #984 xxxxxx1284 |
| #130 xxxxxx0519 | #987 xxxxxx1862 |
| #131 xxxxxx0527 | #988 xxxxxx1757 |
| #133 xxxxxx1684 | #995 xxxxxx1846 (inactive) |
| #134 xxxxxx0535 | |