**EXHIBIT "B"**
**LACK'S BANK ACCOUNTS**

| Account Holder | Bank Name | Account Name / Description | Redacted Account Number |
|---|---|---|---|
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Lack's Stores Main Operating Account | xxxxxx0107 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Lack's Stores Main Depository Account | xxxxxx4492 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Lack's/Reliance Trust Transfer Account | xxxxxx8917 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Lack's Stores Payroll Account | xxxxxx0336 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Lack's/Maytag Transfer Account | xxxxxx5131 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Lack's Credit Card Account -- Visa/Mastercard | xxxxxx3443 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Lack's Credit Card Account -- American Express | xxxxxx2257 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Lack's Credit Card Account -- Discover Card | xxxxxx0301 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Lack's Direct Payment Account | xxxxx8862 |
| Lack Properties, Inc. | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Lack Properties Operating Account | xxxxxx0255 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Store Depository Account | xxxxxx0608 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Store Depository Account | xxxxxx0446 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Store Depository Account | xxxxxx1715 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Store Depository Account | xxxxxx0454 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Store Depository Account | xxxxxx0462 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Store Depository Account | xxxxxx0470 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Store Depository Account | xxxxxx1692 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Store Depository Account | xxxxxx4501 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Store Depository Account | xxxxxx1765 |
| Lack's Stores, Incorporated | Wells Fargo Bank P.O. Box 2088 Victoria, TX 77902 | Store Depository Account | xxxxxx0488 |

| Account Holder | Bank Name | Account Name / Description | Redacted Account Number |
|---|---|---|---|
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0496 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1668 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1749 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0501 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1838 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx4519 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0519 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0527 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1684 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0535 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0543 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0569 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0577 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0593 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx4527 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx2097 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx5637 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1707 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1812 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx9055 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1723 |

| Account Holder | Bank Name | Account Name / Description | Redacted Account Number |
|---|---|---|---|
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1731 (inactive) |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1781 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx8096 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1799 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1284 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1862 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1757 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1846 (inactive) |
| Lack's Stores, Incorporated | First National Bank<br>P.O. Drawer 7<br>Port Lavaca, TX 77979<br>(361) 552-6726 | Store Depository Account | xxx038 |
| Lack's Stores, Incorporated | Extraco Banks, N.A.    18<br>South Main<br>Temple, TX 76501<br>(800) 825-2115 | Store Depository Account | xxxxx217 |
| Lack's Stores, Incorporated | Del Rio Bank & Trust<br>1200 Veterans Blvd.<br>Del Rio, TX 78840<br>(800) 833-5746 | Store Depository Account | xxxx805 |
| Lack's Stores, Incorporated | First National Bank<br>P.O. Box 937<br>Killeen, TX 76540<br>(254) 634-2161 | Store Depository Account | xxxx214 |
| Lack's Stores, Incorporated | First State Bank of Uvalde<br>P.O. Box 1908<br>Uvalde, TX 78802<br>(830) 278-6231 | Store Depository Account | xxxx304 |
| Lack's Stores, Incorporated | State National Bank<br>P.O. Box 5240<br>Lubbock, TX 79408<br>(888) 663-2902 | Store Depository Account | xxxxxx652 |
| Lack's Stores, Incorporated | Texas Bank & Trust Co.<br>P.O. Box 3188<br>Longview, TX 75606<br>(903) 237-5500 | Store Depository Account | xxxx099 |
| Lack's Stores, Incorporated | Southside Bank<br>P.O. Box 1079<br>Tyler, TX 75710-1079<br>(903) 531-7111 | Store Depository Account | xxxx029 |
| Lack's Stores, Incorporated | Texas State Bank<br>P.O. Box 152638<br>Lufkin, TX 75915<br>(936) 639-6470 | Store Depository Account | xxxx702 |
| Lack's Stores, Incorporated | First National Bank<br>P.O. Drawer 7<br>Port Lavaca, TX 77979<br>(361)552-6726 | Service Contract Reserve as required by Texas Department of Licensing and Regulation | xxx471 |

| Account Holder | Bank Name | Account Name / Description | Redacted Account Number |
|---|---|---|---|
| Lack's Stores, Incorporated | First National Bank<br>P.O. Drawer 7<br>Port Lavaca, TX 77979<br>(361)552-6726 | Service Contract Reserve as required by Texas Department of Licensing and Regulation | xxx861 |
| Lack's Stores, Incorporated | Bancfirst<br>P.O. Box 26788<br>Oklahoma City, OK 73126 | Service Contract Reserve as required by State of Oklahoma | xxxxxx3084 |
| Lack's Stores, Incorporated | 1st Victoria National Bank<br>101 S. Main<br>Victoria, TX 77901<br>(361) 372-6500 | Inactive account | xxxxx3194 |
| Lack Properties, Inc. | City Bank<br>P.O. Box 5060<br>Lubbock, TX 79408<br>(806) 792-7101 | inactive account | xxxx461 |