

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

ENTERED
11/17/2010

| | | |
|---|---|---|
| IN RE: | § § | |
| LACK'S STORES, INCORPORATED, | § § | CASE NO. 10-60149 |
| DEBTOR. | § § § | (Chapter 11) |
| IN RE: | § § | |
| MERCHANDISE ACCEPTANCE CORPORATION, | § § § | CASE NO. 10-60152 |
| DEBTOR. | § § § | (Chapter 11) |
| IN RE: | § § | |
| LACK'S FURNITURE CENTERS, INC., | § § § | CASE NO. 10-60151 |
| DEBTOR. | § § § | (Chapter 11) |
| IN RE: | § § | |
| LACK PROPERTIES, INC., | § § § | CASE NO. 10-60450 |
| DEBTOR. | § § § | (Chapter 11) |

## ORDER DIRECTING JOINT ADMINISTRATION OF CASES

[Related to Dkt. No. 4]

Upon consideration of the *Emergency Motion for Joint Administration of Cases* (the "Motion")[1] under Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") filed by the above-captioned debtors (collectively, the "Debtors"), the Court orders that the above-captioned Cases are jointly administered. Additionally, the following checked items are ordered:

1.___X___   One disclosure statement and plan may be filed for all Cases by any plan proponent.

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

2.\_\_\_\_X\_\_\_\_   Case Nos. 10-60150 through 10-60152 shall be transferred to Judge Jeff Bohm who has been assigned the case of Lack's Stores, Incorporated, which shall serve as the lead case in these matters.

3.\_\_\_\_X\_\_\_\_   Parties may request joint hearings on matters pending in any of the jointly administered Cases.

4.\_\_\_\_X\_\_\_\_   Other: see below.

Upon consideration of the Motion; and it appearing that joint administration of the Cases is in the best interests of the Debtors, their respective estates, creditors, and interest holders, and proper and adequate notice of the Motion having been given; and sufficient cause appearing therefor; it is

**ORDERED** that the Motion is **GRANTED** to the extent set forth herein.  It is further

**ORDERED** that the above-captioned Cases shall be jointly administered for procedural purposes only in accordance with Bankruptcy Rule 1015(b) under the case styled *In re Lack's Stores, Incorporated*, et al., Case No. 10-60149.  It is further

**ORDERED** that the procedural consolidation shall be for administrative purposes only and shall not be a substantive consolidation of the respective estates.  It is further

**ORDERED** that the Bankruptcy Clerk shall maintain one file for the Cases, except that all schedules of assets and liabilities and statements of financial affairs required by Bankruptcy Rule 1007 shall be captioned and filed in the dockets of each separate Case, as appropriate, unless otherwise ordered by this Court.  It is further

**ORDERED** that the Bankruptcy Clerk shall maintain a separate claims register for each Case and all proofs of claim filed by creditors of a Debtor shall reflect the caption and case number of the Debtor to which the claim relates and in whose case such claim is to be filed.  It is further

**ORDERED** that the United States Trustee shall conduct joint informal meetings with the Debtors, if required, and a joint first meeting of creditors, if required. It is further

**ORDERED** that the joint caption of the Cases shall read as it appears immediately below:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **IN RE:** § | |
| § | |
| **LACK'S STORES, INCORPORATED, ET AL.,**[1] § | **CASE NO. 10-60149** |
| § | **(Chapter 11)** |
| § | **(Jointly Administered)** |
| **DEBTORS.** § | |

It is further

**ORDERED** that a docket entry shall be made in each of the Cases (other than Lack's Case) substantially as follows:

> An Order has been entered in this case consolidating this case with the case of In re Lack's Stores, Incorporated, *et al.*, Case No. 10-60149 for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 10-60149 should be consulted for all matters affecting this case.

SIGNED this 17th day of Nov., 2010

*[signature]*

Jeff Bohm
United States Bankruptcy Judge

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).