

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

ENTERED
11/17/2010

| | |
|---|---|
| IN RE: | § |
| | § CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, *ET AL.*,[1] | § |
| | § (Chapter 11) |
| | § (Joint Administration Requested) |
| DEBTORS. | § |

### ORDER GRANTING EMERGENCY MOTION OF THE DEBTORS FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

[Related to Dkt. No. 7]

The Court has considered the *Emergency Motion of the Debtors for Extension of Time to File Schedules and Statements of Financial Affairs* (the "Motion")[2] filed by the above-referenced debtors (the "Debtors"). The Court finds that (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b), (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (c) the relief requested in the Motion is in the best interests of the Debtors' estates, creditors, and equity security holders, (d) under the circumstances, proper and adequate notice of the Motion and hearing thereon has been given and that, except as set forth herein, no other or further notice is necessary, and (e) good and sufficient cause exists for granting the relief requested in the Motion after due deliberation upon the Motion and all proceedings before the Court in connection with the Motion. Therefore, it is

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Debtors are hereby granted a thirty-one (31) day extension through January 1, 2011 of the deadline to file schedules of assets and liabilities, current income and

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

expenditures, executory contracts and unexpired leases, and statements of financial affairs (the "Schedules and Statements"). It is further

**ORDERED** that the extension herein is granted without prejudice to the Debtors' right to request further extensions of the period within which to file their Schedules and Statements. It is further

**ORDERED** that this Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

SIGNED THIS 17th day of Nov., 2010.

Jeff Bohm
United States Bankruptcy Judge

---

[2] Capitalized terms not defined herein shall have the meaning given to them in the Motion.