IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| LACK'S STORES, INCORPORATED, *et al.*, | § | Case No. 10-60149 |
| | § | |
| Debtor. | § | Jointly Administered |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Steve Silver Company, by and through its counsel, Andrews Kurth LLP, hereby enters its appearance pursuant to section 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a). All such notices should be addressed as follows:

        Jason S. Brookner
        **ANDREWS KURTH LLP**
        1717 Main Street, Suite 3700
        Dallas, Texas 75201
        Telephone:  (214) 659-4400
        Facsimile:  (214) 659-4401
        Email:  jbrookner@akllp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, telex, electronically or otherwise filed with regard to the referenced case and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

Respectfully submitted this 22nd day of November, 2010.

**ANDREWS KURTH LLP**

By: /s/ Jason S. Brookner
      Jason S. Brookner
      Texas State Bar No. 24033684
1717 Main Street, Suite 3700
Dallas, Texas  75201
Telephone:  (214) 659-4400
Facsimile:   (214) 659-4401
Email:  jbrookner@akllp.com

**COUNSEL TO STEVE SILVER COMPANY**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of November, 2010, he caused a true and correct copy of the foregoing pleading to be served on the Debtor's counsel electronic mail, the parties appearing on the attached Service List via first class United States mail, postage prepaid and upon those parties who have so-subscribed, via the Court's CM-ECF filing system.

/s/Jason S. Brookner
Jason S. Brookner

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LACK'S STORES, INCORPORATED, *et al.*, | § | CASE NO. 10-60149 |
| | § | |
| DEBTORS. | § | (Chapter 11) |
| | § | (Jointly Administered) |

**MASTER SERVICE LIST**
**as of November 19, 2010**

**DEBTORS**

Lack's Stores, Incorporated, et al.
Attn: Melvin Lack
200 South Ben Jordan
Victoria, TX 77901

**DEBTORS' PROFESSIONALS**

| **DEBTORS' COUNSEL** | |
|---|---|
| Vinson & Elkins LLP | Huron Consulting |
| Attn: Paul Heath | Attn: Sandy Edlein |
|      Richard London |      Stuart Walker |
|      Katie Grissel | 500 N. Akard, Suite 1940 |
| 2001 Ross Avenue, Suite 3700 | Dallas, TX 75201 |
| Dallas, TX 75201 | Email:  swalker@huronconsultinggroup.com |
| Email:  rlondon@velaw.com | Fax:     214.365.2595 |
| Email:  kgrissel@velaw.com | |
| Fax:     214.220.7716 | |

**U.S. TRUSTEE**

Office of the United States Trustee
Attn: Hector Duran
515 Rusk Street, Suite 3516
Houston, TX 77002
Email:  Hector.duran.jr@usdoj.gov
Email:  USTPRegion07.HU.ECF@USDOJ.GOV
Fax:     713.718.4680

1

US 635602v.5

## GOVERNMENTAL AGENCIES

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-1294

U.S. Attorney for Southern District of Texas
Bank One
910 Travis, Suite 1500
Houston, TX 77002

Internal Revenue Service
Special Procedures
Stop 5022-HOU
Stop 1919 Smith St.
Houston, TX 77002

Texas Secretary of State
P. O. Box 12887
Austin, TX 78711-2887
Fax:   512.475.2815

Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P. O. Box 13528
Austin, TX 78711

Texas Workforce Commission
TEC Building – Bankruptcy
101 East 15th Street
Austin, TX 78778

## POTENTIAL SECURED LENDERS AND SENIOR LENDERS' COUNSEL

The CIT Group/Business Credit, Inc., as Agent
Two Lincoln Centre, Suite 200
5420 LBJ Freeway
Dallas, Texas 75240

Patton Boggs LLP
Attn: James Chadwick
        Robert Jones
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
Email:  jchadwick@pattonboggs.com
Fax:   214.758.1550

City Bank Lubbock
5219 City Bank Parkway
Lubbock, TX 79407
Email:  DJones@citybanktexas.com

Prosperity Bank
P.O. Drawer G
El Campo, TX 77437
Email:  contactus@prosperitybanktx.com
Fax:   979.543.1906

First Victoria National Bank
P.O. Box 1338
Victoria, TX 77902-1338

Thrivent Financials for Lutherans
625 Fourth Ave. S
Minneapolis, MN 79408

## TWENTY LARGEST UNSECURED CREDITORS

Sealy Mattress Company
P. O. Box 951721
Dallas, TX 75395-1721
Email:  Wdumas@Sealy.com

Lane Furniture Industries
P.O. Box 1627
Tupelo, MS 38802
Email:  Jschnurbusch@furniturebrands.com

2

US 635602v.5

Brownchild Ltd Inc.
1633 Bonnie Brae
Houston, TX 77006
Email:  don.brown@brownchild.com

Whirlpool
P. O. Box 730316
Dallas, TX 75373-0316
Email:  Shelly_L_Hope@whirlpool.com

Corinthian Inc.
P. O. Box 1918
41 CR 101
Corinth, MS 38834
Email:  cmccoy@corinthianfurn.com

Steve Silver Company
P. O. Box 1709
Forney, TX 75126-8747
Email:  sparker@ssilver.com

Global Link Logistics, Inc.
1990 Lakeside Parkway, Ste 300
Tucker, GA 30084
Email:  Mthaxton@globallinklogistics.com

Najarian
17560 E. Rowland Street
Rowland Heights, CA 91748
Email: juliet@najarianfurniture.com

Legends Furniture
10300 W. Buckeye Road
Tolleson, AZ 85353
Email: cs@buylegends.com

Progressive Furniture Inc.
Woodlands Designs
P.O. Box 308
Archbold, OH 43502-0308
Email: janyse@progressive.com

LG Electronics USA, Inc.
P. O. Box 730241
Dallas, TX 75373-0241
Email:  kristen.cubberly@lg.com

Tartone Enterprises Inc
5055 South Loop East
Houston, TX 77033
Email:  tartonpearl@yahoo.com

Sed International
4916 N. Royal Atlanta Dr.
Tucker, GA 30084
Email:  dbutler@sedintl.com

Standard Furniture Mfg., Co.
P. O. Drawer 1089
Bay Minette, AL 36507-0749
Email:  jaclyn.kloopf@sfmco.com

Michael Nicholas Designs Inc.
6259 Descanso Ave.
Buena Park, CA 90620
Email:  mndin3@msn.com

Oak Furniture West LLC
9950 Marcon Drive, Suite 106
San Diego, CA 92154

Ryder Integrated Logistics, Inc.
24610 Network Place
Chicago, IL 60673-1246
Email: keith_d_pobuda@ryder.com

Lifestyle Enterprises
529 Townsend
High Point, NC 27263
Email: kimg@lifestyle-us.com

3

| | |
|---|---|
| Presidential<br>66 Hincks St. Unit #1<br>Canada Zip N3A2A3<br>New Hamburg, Ontario 91761-7867<br>Email: cwillsang@maGNUSSEN.com | Austin American Statesman<br>P.O. Box 670<br>Austin, TX 78767-001<br>Email: rwallace@statesman.com |

## NOTICE OF APPEARANCE PARTIES AND PARTIES REQUESTING NOTICE

Jay Lack
2107 E. Commercial
Victoria, TX 77901

Hohmann, Taube & Summers, L.L.P.
Attn:  Eric Taube
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Email: erict@hts-law.com

McCreary, Veselka, Bragg & Allen, P.C.
Attn: Michael Reed
P.O. Box 1269
Round Rock, TX 78680
**Counsel for Tax Appraisal District of Bell County,  County of Brazos, County of Calhoun, County of Comal, LaVega Independent School District, Midland Central Appraisal District, County of Taylor, County of Williamson**

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
P.O. Box 17428
Austin, TX 78760-7428
Fax: 512.443-5114
Email: austin.bankruptcy@publicans.com
**Counsel for Victoria County**

BrownChild Ltd., Inc.
c/o Marc Douglas Myers
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
Email:  mm@am-law.com
Fax: 713.522.3322
**Counsel for Brownchild Ltd., Inc.**

David S. Gragg
Langley & Banack Incorporated
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, TX 78212-3166
Email:   dgragg@langleybanack.com
Fax:     210.735.6889
**Counsel for Walco Development, LP**

Brian A. Abramson
909 Fannin, Suite 1500
Houston, TX 77010
Email:  babramson@diamondmccarthy.com
Fax:     713.333.5195
**Counsel for Tartone Enterprises Partnership, Ltd**

Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
Email: sanantonio.bankruptcy@publicans.com
Fax: 210.225.6410
**Counsel for Bexar County**

4

US 635602v.5

| | |
|---|---|
| Mark E. Andrews<br>Aaron M. Kaufman<br>Cox Smith Matthews Incorporated<br>1201 Elm Street, Suite 3300<br>Dallas, Texas 75270<br>E-mail: mandrews@coxsmith.com<br>E-mail: akaufman@coxsmith.com<br>Fax:  214.698.7899<br>**Counsel for City Bank**<br><br>Patrick H. Autry<br>The Nunley Firm, PLLC<br>1580 South Main Street, Suite 200<br>Boerne, Texas 78006<br>Email: pautry@nunleyfirm.com<br>Fax:  830.816.3388<br>**Counsel for First State Bank of Uvalde** | Frances A. Smith<br>Shackelford Melton & McKinley<br>3333 Lee Parkway, Tenth Floor<br>Dallas, Texas 75219<br>Email: fsmith@shacklaw.net<br>Fax: 214.780.1401<br>**Counsel for Consolidated Texas Corporation,**<br>**Life Protection Insurance Company**<br>**Consolidated Lloyds and Consolidated**<br>**Insurance Association** |