**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**JUDY A. ROBBINS**
**UNITED STATES TRUSTEE**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas  77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| LACK'S STORES, INCORPORATED | § | 10-60149 |
| *ET AL,* | § | (Chapter 11) |
| | § | (Jointly Administered) |
| DEBTORS | § | |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee for the Southern District of Texas, by and through the undersigned counsel, who pursuant to 11 U.S.C. § 1102(a) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| 1. Sealy Mattress Company<br>   Attn: Mike Murray<br>   One Office Parkway at Sealy Dr.<br>   Trinity, NC 27370<br>   Tel. 336-861-3699<br>   Fax 336-861-3863<br>   E-Mail: mmurray@sealy.com | Womble Carlyle Sandridge & Rice, P.L.L.C.<br>Attn: William B. Sullivan, Esq.<br>One West Fourth St.<br>Winston-Salem, NC 27101<br>Tel. 336-721-3506<br>Fax 336-733-8365<br>E-Mail: wsullivan@wcsr.com |

| | |
|---|---|
| 2. Furniture Brands International<br>   Attn: Jeff Schnurbusch<br>   1 North Brentwood Blvd.<br>   St. Louis, MO 63105<br>   Tel. 314-726-8532<br>   Fax 828-434-9198<br>   E-Mail:jschnurbusch@furniturebrands.com | |
| 3. Tartone Enterprises, Inc.<br>   Attn: Frank Chen<br>   5055 South Loop East<br>   Houston, TX 77033<br>   Tel. 713-734-6888<br>   Fax 713-728-7648<br>   E-Mail: fchen8@hotmail.com | Diamond McCarthy, L.L.P.<br>Attn: Brian A. Abramson, Esq.<br>909 Fannin, 15th Floor<br>Houston, TX 77010<br>Tel. 713-333-5145<br>Fax 713-333-5195<br>E-Mail: babramson@diamondmccarthy.com |
| 4. Najarian Furniture Co., Inc.<br>   Attn: George Najarian<br>   17560 E. Rowland St.<br>   City of Industry, CA 91748<br>   Tel. 626-839-8700<br>   Fax 626-839-8715<br>   E-Mail: gn@najarianfurniture.com | |
| 5. Ryder Integrated Logistics, Inc.<br>   Attn: Mike Mandell<br>   11690 NW 105th St.<br>   Miami, FL 33178<br>   Tel. 305-500-4417<br>   Fax 305-500-3336<br>   E-Mail: mike_mandell@ryder.com | |

Date: November 30, 2010	Respectfully Submitted,

	JUDY A. ROBBINS
	UNITED STATES TRUSTEE

	By:	/s/ Hector Duran
		Hector Duran
		Texas Bar No. 00783996
		515 Rusk, Suite 3516
		Houston, Texas  77002
		Telephone:  (713) 718-4650 x 241
		Fax:  (713) 718-4670
		E-Mail: hector.duran.jr@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was served on each member of the Committee of Unsecured Creditors and their counsel, and to the Debtors, Debtors' counsel, parties requesting notice, and the twenty largest unsecured creditors by United States Mail, first class, postage prepaid, or by ECF notification or BNC service, on the 30th day of November, 2010. BNC will file a certificate of service that includes the names and addresses of those served.

	/s/ Hector Duran
	Hector Duran