IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LACK'S STORES, INCORPORATED, | § | CASE NO. 10-60149 |
| *ET AL.*,[1] | § | |
| | § | (Chapter 11) |
| DEBTORS. | § | (Jointly Administered) |

## MASTER SERVICE LIST
### as of December 6, 2010

**DEBTORS**

Lack's Stores, Incorporated, et al.
Attn: Melvin Lack
       Jay Lack
200 South Ben Jordan
Victoria, TX 77901

### DEBTORS' PROFESSIONALS

| **DEBTORS' COUNSEL** | **FINANCIAL ADVISORS** |
|---|---|
| Vinson & Elkins LLP | Huron Consulting |
| Attn: Paul Heath | Attn: Sandy Edlein |
|        Richard London |         Stuart Walker |
|        Katie Grissel | 500 N. Akard, Suite 1940 |
| 2001 Ross Avenue, Suite 3700 | Dallas, TX 75201 |
| Dallas, TX 75201 | Fax:   214.365.2595 |
| Fax:   214.220.7716 | **E-mail**: swalker@huronconsultinggroup.com |
| **E-mail**: rlondon@velaw.com | |
| **E-mail**: kgrissel@velaw.com | |

### U.S. TRUSTEE

Office of the United States Trustee
Attn: Hector Duran
515 Rusk Street, Suite 3516
Houston, TX 77002
Fax: 713.718.4680
**E-mail:** Hector.duran.jr@usdoj.gov

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

1

## COUNSEL TO OFFICIAL UNSECURED CREDITORS COMMITTEE

Platzer Swergold Karlin Levine, Goldberg & Jaslow, LLP
Attn: Clifford Katz
1065 Avenue of the Americas, 18th Floor
New York, NY 10018
Fax: 212.593.0353
**E-mail: ckatz@platzerlaw.com**

## COMMITTEE OF UNSECURED CREDITORS

Sealy Mattress Company
Attn: Mike Murray
One Office Parkway at Sealy Dr.
Trinity, NC 27370
Fax: 336.861.3863
**E-mail: mmurray@sealy.com**

Womble Carlyle Sandridge & Rice, P.L.L.C.
Attn: William B. Sullivan, Esq.
One West Fourth St.
Winston-Salem, NC 27101
Fax: 336.733.8365
**E-mail: wsullivan@wcsr.com**
**Counsel for Sealy Mattress Company**

Tartone Enterprises, Inc.
Attn: Frank Chen
5055 South Loop East
Houston, TX 77033
Fax: 713.728.7648
**E-mail: fchen8@hotmail.com**

Diamond McCarthy, L.L.P.
Attn: Brian A. Abramson, Esq.
909 Fannin, 15th Floor
Houston, TX 77010
Fax: 713.333.5195
**E-mail: babramson@diamondmccarthy.com**
**Counsel for Tartone Enterprises, Inc**.

Najarian Furniture Co., Inc.
Attn: George Najarian
17560 E. Rowland St.
City of Industry, CA 91748
Fax: 626.839.8715
**E-mail: gn@najarianfurniture.com**

Furniture Brands International
Attn: Jeff Schnurbusch
1 North Brentwood Blvd.
St. Louis, MO 63105
Fax: 828.434.9198
**E-mail: jschnurbusch@furniturebrands.com**

Ryder Integrated Logistics, Inc.
Attn: Mike Mandell
11690 NW 105th St.
Miami, FL 33178
Fax: 305.500.3336
**E-mail: mike_mandell@ryder.com**

## GOVERNMENTAL AGENCIES

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-1294

U.S. Attorney for Southern District of Texas
Bank One
910 Travis, Suite 1500
Houston, TX 77002

Internal Revenue Service
Special Procedures
Stop 5022-HOU
Stop 1919 Smith St.
Houston, TX 77002

Texas Secretary of State
P. O. Box 12887
Austin, TX 78711-2887
Fax:    512.475.2815

Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P. O. Box 13528
Austin, TX 78711

Texas Workforce Commission
TEC Building – Bankruptcy
101 East 15th Street
Austin, TX 78778

## POTENTIAL SECURED LENDERS AND LENDERS' COUNSEL

The CIT Group/Business Credit, Inc., as Agent
Two Lincoln Centre, Suite 200
5420 LBJ Freeway
Dallas, Texas 75240

Patton Boggs LLP
Attn: James Chadwick
         Robert Jones
         Brent McIlwain
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
Fax: 214.758.1550
**E-mail: jchadwick@pattonboggs.com
               bmcilwain@pattonboggs.com
Counsel for CIT Group/Business Credit, Inc.
as Agent**

First Victoria National Bank
P.O. Box 1338
Victoria, TX 77902-1338

Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
One O'Conner Plaza, Seventh Floor
Post Office Box 1969
Victoria, TX 77902
Fax: 361.573.5288
**E-mail: rchapman@andersonsmith.com
Counsel for First Victoria National Bank**

Prosperity Bank
P.O. Drawer G
El Campo, TX 77437
Fax:    979.543.1906
**E-mail: contactus@prosperitybanktx.com**

Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
One O'Conner Plaza, Seventh Floor
Post Office Box 1969
Victoria, TX 77902
Fax: 361.573.5288
**E-mail:rchapman@andersonsmith.com**
**Counsel for Prosperity Bank**

Thrivent Financials for Lutherans
625 Fourth Ave. S
Minneapolis, MN 79408

Donald O. Walsh
Fishman Jackson Luebker PLLC
700 Three Galleria Tower
13155 Noel Road
Dallas, TX 75240
Fax: 972.419.5501
**E-mail: dwalsh@fishmanjackson.com**
**Counsel for Thrivent Financial for Lutherans**

City Bank Lubbock
5219 City Bank Parkway
Lubbock, TX 79407
**E-mail: DJones@citybanktexas.com**

Mark E. Andrews
Aaron M. Kaufman
Cox Smith Matthews Incorporated
1201 Elm Street, Suite 3300
Dallas, Texas 75270
Fax:  214.698.7899
**E-mail: mandrews@coxsmith.com**
**E-mail: akaufman@coxsmith.com**
**Counsel for City Bank**

## TWENTY LARGEST UNSECURED CREDITORS

Sealy Mattress Company
P. O. Box 951721
Dallas, TX 75395-1721
**E-mail: Wdumas@Sealy.com**

Lane Furniture Industries
P.O. Box 1627
Tupelo, MS 38802
**E-mail: Jschnurbusch@furniturebrands.com**

Brownchild Ltd Inc.
1633 Bonnie Brae
Houston, TX 77006
**E-mail: don.brown@brownchild.com**

LG Electronics USA, Inc.
P. O. Box 730241
Dallas, TX 75373-0241
**E-mail: kristen.cubberly@lg.com**

Whirlpool
P. O. Box 730316
Dallas, TX 75373-0316
**E-mail: Shelly_L_Hope@whirlpool.com**

Tartone Enterprises Inc
5055 South Loop East
Houston, TX 77033
**E-mail: tartonpearl@yahoo.com**

Corinthian Inc.
P. O. Box 1918
41 CR 101
Corinth, MS 38834
**E-mail: cmccoy@corinthianfurn.com**

Steve Silver Company
P. O. Box 1709
Forney, TX 75126-8747
**E-mail: sparker@ssilver.com**

Global Link Logistics, Inc.
1990 Lakeside Parkway, Ste 300
Tucker, GA 30084
**E-mail: Mthaxton@globallinklogistics.com**

Najarian
17560 E. Rowland Street
Rowland Heights, CA 91748
**E-mail: juliet@najarianfurniture.com**

Legends Furniture
10300 W. Buckeye Road
Tolleson, AZ 85353
**E-mail: cs@buylegends.com**

Progressive Furniture Inc.
Woodlands Designs
P.O. Box 308
Archbold, OH 43502-0308
**E-mail: janyse@progressive.com**

Presidential
66 Hincks St. Unit #1
Canada Zip N3A2A3
New Hamburg, Ontario 91761-7867
**E-mail: cwillsang@maGNUSSEN.com**

Sed International
4916 N. Royal Atlanta Dr.
Tucker, GA 30084
**E-mail: dbutler@sedintl.com**

Standard Furniture Mfg., Co.
P. O. Drawer 1089
Bay Minette, AL 36507-0749
**E-mail: jaclyn.kloopf@sfmco.com**

Michael Nicholas Designs Inc.
6259 Descanso Ave.
Buena Park, CA 90620
**E-mail: mndin3@msn.com**

Oak Furniture West LLC
9950 Marcon Drive, Suite 106
San Diego, CA 92154

Ryder Integrated Logistics, Inc.
24610 Network Place
Chicago, IL 60673-1246
**E-mail: keith_d_pobuda@ryder.com**

Lifestyle Enterprises
529 Townsend
High Point, NC 27263
**E-mail: kimg@lifestyle-us.com**

Austin American Statesman
P.O. Box 670
Austin, TX 78767-001
**E-mail: rwallace@statesman.com**

**NOTICE OF APPEARANCE PARTIES AND
PARTIES REQUESTING NOTICE**

Hohmann, Taube & Summers, L.L.P.
Attn:  Eric Taube
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Fax: 512.472.5248
**E-mail: erict@hts-law.com
Counsel for Melvin Lack, Jane S. Lack, Mac Rents, L.P., Banana Split Investments, Inc. and Blue Parrot Investments, Inc.**

BrownChild Ltd., Inc.
c/o Marc Douglas Myers
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
Fax: 713.522.3322
**E-mail:  mm@am-law.com
Counsel for Brownchild Ltd., Inc**

Brian A. Abramson
909 Fannin, Suite 1500
Houston, TX 77010
Fax:    713.333.5199
**E-mail: babramson@diamondmccarthy.com
Counsel for Tartone Enterprises Partnership, Ltd**

Linebarger Goggan Blair & Sampson, LLP
Attn: David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205
Fax: 210.225.6410
**E-mail: sanantonio.bankruptcy@publicans.com
Counsel for Bexar County**

Frances A. Smith
Shackelford Melton & McKinley
3333 Lee Parkway, Tenth Floor
Dallas, Texas 75219
Fax: 214.780.1401
**E-mail: fsmith@shacklaw.net
Counsel for Consolidated Texas Corporation, Life Protection Insurance Company Consolidated Lloyds and Consolidated Insurance Association**

McCreary, Veselka, Bragg & Allen, P.C.
Attn: Michael Reed
P.O. Box 1269
Round Rock, TX 78680
**Counsel for Tax Appraisal District of Bell County,  County of Brazos, County of Calhoun, County of Comal, LaVega Independent School District, Midland Central Appraisal District, County of Taylor, County of Williamson**

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
P.O. Box 17428
Austin, TX 78760-7428
Fax: 512.443.5114
**E-mail: austin.bankruptcy@publicans.com
Counsel for Victoria County**

David S. Gragg
Langley & Banack Incorporated
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, TX 78212-3166
Fax: 210.735.6889
**E-mail: dgragg@langleybanack.com
Counsel for Walco Development, LP**

Jason S. Brookner
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Fax: 214.659.4401
**E-mail: jbrookner@akllp.com
Counsel for Steve Silver Company**

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Fax: 469.221.5002
**E-mail: dallas.bankruptcy@publicans.com
Counsel For Gregg County and Smith County**

Midland County Tax Office
c/o Galen Gatten, Jr
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P. O. Box 50188
Midland, TX 79710-0188
Fax: 432.699.7884
**E-mail: ggatten@pbfcm.com**
**Counsel for Midland County**

John Dillman
Linebarger Goggan Blair & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064
E-mail: houston_bankruptcy@publicans.com
Fax: 713.844.3503
**Counsel for City of Clute and Wharton County**

Stephen B. Grow
Warner Norcross & Judd LLP
111 Lyon Street NW, Suite 900
Grand Rapids, MI 49503
Fax: 616.222.2158
**E-mail: sgrow@wnj.com**
**Counsel for Whirlpool Corporation**

Jason S. Brookner
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Fax: 214.659.4401
**E-mail: jbrookner@akllp.com**
**Counsel to United Furniture Industries, Inc.**

Wells Fargo Bank
Attn: Jeffrey G. Gann
5080 Spectrum Dr., Suite 500E
Addison, TX 75001-4648
Fax: 972.419.0362
**E-mail: jeffrey.g.gann@wellsfargo.com**
**Loan Adjustment Manager**

John Dillman
Linebarger Goggan Blair & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064
Fax: 713.844.3503
**E-mail: houston_bankruptcy@publicans.com**
**Counsel for Angelina and Matagorda County**

Frances A. Smith
Shackelford Melton & McKinley
3333 Lee Parkway, Tenth Floor
Dallas, Texas 75219
**E-mail: fsmith@shacklaw.net**
Fax: 214.780.1401
**Counsel for Wright Titus Agency**

Michael G. Kelly
Rush, Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
P. O. Box 1311
Odessa, TX 79760-1311
Fax: 432.367.7271
**E-mail: mkelly@rkmfirm.com**
**Counsel for 3111 Cuthbert Corporation**

Jason S. Brookner
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Fax: 214.659.4401
**E-mail: jbrookner@akllp.com**
**Counsel to Michael Nicholas Designs, Inc**

Patrick H. Autry
The Nunley Firm, PLLC
1580 South Main Street, Suite 200
Boerne, Texas 78006
Fax: 830.816.3388
**E-mail: pautry@nunleyfirm.com**
**Counsel for First State Bank of Uvalde**

US 635602v9

7