IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| § | | Case No. 10-60149 (JB) |
| **LACK'S STORES, INC., *ET AL.*,**[1] § | | |
| § | | **Chapter 11** |
| Debtors. § | | **(Jointly Administered)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby enters this Notice of Appearance as counsel for the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors (the "Debtors"), and demands, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given in this bankruptcy case and all papers served or required to be served in this case be given to and served upon:

> Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
> Counsel for Official Committee of Unsecured Creditors
> 1065 Avenue of The Americas, 18th Floor
> New York, New York 10018
> Attn:   Clifford A. Katz, Esq.
>             Sherri D. Lydell, Esq.
> Telephone: (212) 593-3000
> Facsimile: (212) 593-0353
> ckatz@platzerlaw.com
> slydell@platzerlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand,

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or otherwise: (1) which affect or seek to affect in any way the rights or interests of the Committee, with respect to (a) the Debtors' bankruptcy estate; (b) property or proceeds thereof in which the Debtors' bankruptcy estate may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by the Debtors' bankruptcy estate.

Dated: New York, New York
December 3, 2010

          Platzer, Swergold, Karlin, Levine,
          Goldberg & Jaslow, LLP
          *Attorneys for Official Committee of*
          *Unsecured Creditors*

By: */s/ Sherri D. Lydell*
    Clifford A. Katz
    Sherri D. Lydell
    1065 Avenue of The Americas, 18th Fl.
    New York, New York 10018
    Tel.: (212) 593-3000
    Fax: (212) 593-0353
    ckatz@platzerlaw.com
    slydell@platzerlaw.com