UNITED STATES BANKRUPTCY COURT　　　　SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Victoria | Main Case Number | 10-60149 (JB) |
|---|---|---|---|
| Debtor | In Re: | Lack's Stores, Inc., et al. | |

This lawyer, who is admitted to the State Bar of ___New York___:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Clifford A. Katz, Esq.<br>Platzer, Swergold, et al.<br>1065 Avenue of The Americas, 18th Floor<br>New York, NY 10018<br>(212) 593-3000<br>NY 2236339 |
|---|---|

Seeks to appear as the attorney for this party:

| The Official Committee of Unsecured Creditors of Lack's Stores, Inc., et al. ||
|---|---|
| Dated: December 7, 2010 | Signed: /s/ Clifford A. Katz |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ ||
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge