

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

ENTERED
12/16/2010

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, ET AL.,[1] § | |
| § | (Chapter 11) |
| § | (Jointly Administered) |
| DEBTORS. § | |

### THIRD INTERIM ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING (I) MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND (II) CONTINUED USE OF EXISTING CHECKS AND BUSINESS FORMS

[Related to Dkt. Nos. 8, 26, and 36]

The Court has considered the *Emergency Motion for Interim and Final Orders Approving (I) Maintenance of Certain Prepetition Bank Accounts and Cash Management System and (II) Continued Use of Existing Checks and Business Forms* (the "Motion")[2] filed by the above-referenced debtors (the "Debtors"). The Court finds that (a) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334(b), (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (c) the relief requested in the Motion is in the best interests of the Debtors' estates, creditors, and equity security holders, (d) proper and adequate notice of the Motion and hearing thereon has been given and that no other or further notice is necessary, and (e) good and sufficient cause exists for granting the relief requested in the Motion after due deliberation upon the Motion and all proceedings before the Court in connection with the Motion. Therefore, it is

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).
[2] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

**THIRD INTERIM ORDER GRANTING EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING (I) MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND (II) CONTINUED USE OF EXISTING CHECKS AND BUSINESS FORMS** Page 1 of 4
US 681435v.1

**ORDERED** that the Motion is **GRANTED** on an interim basis to the extent set forth herein. It is further

**ORDERED** that the Debtors are authorized to: (a) maintain and continue to use any or all of their existing bank accounts identified in **Exhibit "A"** attached hereto (the "Bank Accounts") in the names and with the account numbers existing immediately prior to the commencement of these Cases; provided, however, that the Debtors are authorized, but not directed, to close any or all of their prepetition bank accounts and open new debtor-in-possession accounts; (b) deposit funds in and withdraw funds from any such accounts by all usual means, including, but not limited to, checks, wire transfers, automated clearinghouse transfers, electronic funds transfers, and other debits; and (c) treat the Bank Accounts (and any account opened postpetition) for all purposes as debtor-in-possession accounts. It is further

**ORDERED** that the Debtors are authorized to use their existing check stock and business forms. It is further

**ORDERED** that, except as otherwise required by any applicable cash collateral orders, the Debtors are authorized to continue to utilize the Cash Management System as described in the Motion. Accordingly, the Debtors are not required to establish separate accounts for cash collateral and/or tax payments. Further, notwithstanding anything to the contrary herein, the Debtors are authorized to pay any ordinary course costs or expenses associated with the maintenance of their existing Cash Management System. It is further

**ORDERED** that all of the banks at which the Bank Accounts are maintained, including, but not limited to, Wells Fargo Bank (the "Cash Management Banks"), are authorized and directed to continue to maintain, service, and administer such accounts, except that the Cash

Management Banks shall not be authorized to honor any check from a disbursement account issued or dated prior to the Petition Date, absent an order of this Court. It is further

**ORDERED** that any Cash Management Bank may rely on the representations of the Debtors with respect to whether any check, draft, wire, or other transfer drawn or issued by the Debtors, whether prior to or after the Petition Date, should be honored and such Cash Management Bank shall not have any liability to any party for relying on such representations by the Debtors. It is further

**ORDERED** that, as long as funds on deposit in these Bank Accounts are fully insured by the FDIC, then the United States Trustee will not require a bank to post a bond or pledge securities in accordance with the approved depository agreement between the United States Trustee and the bank. It is further

**ORDERED** that the signature cards for each Bank Account shall be modified to reflect that such account is a debtor-in-possession account and listing the lead case number. It is further

**ORDERED** that a final hearing on the Motion shall be held on Jan 5, 2011 at **2:30 p.m.**, before the Honorable Jeff Bohm, United States Bankruptcy Judge, at the United States Bankruptcy Court, 515 Rusk Avenue, Houston, TX 77002. It is further



**ORDERED** that objections, if any, to entry of a final order granting the Motion must be filed on or before December 27, 2010 at 5:00 p.m. CST.

**ORDERED** that this Court shall retain jurisdiction to hear and consider all disputes arising from the interpretation or implementation of this Order.

SIGNED THIS 15th day of December, 2010.

Jeff Bohm
**United States Bankruptcy Judge**

## Exhibit "A"

| Account Holder | Bank Name | Account Name / Description | Redacted Account Number |
|---|---|---|---|
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Lack's Stores Main Operating Account | xxxxxx0107 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Lack's Stores Main Depository Account | xxxxxx4492 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Lack's/Reliance Trust Transfer Account | xxxxxx8917 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Lack's Stores Payroll Account | xxxxxx0336 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Lack's/Maytag Transfer Account | xxxxxx5131 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Lack's Credit Card Account -- Visa/Mastercard | xxxxxx3443 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Lack's Credit Card Account -- American Express | xxxxxx2257 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Lack's Credit Card Account -- Discover Card | xxxxxx0301 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Lack's Direct Payment Account | xxxxx8862 |
| Lack Properties, Inc. | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Lack Properties Operating Account | xxxxxx0255 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0608 |

**EXHIBIT "A" TO THIRD INTERIM ORDER GRANTING EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING (I) MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND (II) CONTINUE USE OF EXISTING CHECKS AND BUSINESS FORMS**
US 681435v.1

| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0446 |
|---|---|---|---|
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1715 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0454 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0462 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0470 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1692 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx4501 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1765 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0488 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0496 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1668 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1749 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0501 |

**EXHIBIT "A" TO THIRD INTERIM ORDER GRANTING EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING (I) MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND (II) CONTINUE USE OF EXISTING CHECKS AND BUSINESS FORMS**
US 681435v.1

| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1838 |
|---|---|---|---|
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx4519 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0519 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0527 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1684 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0535 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0543 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0569 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0577 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx0593 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx4527 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx2097 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx5637 |

**EXHIBIT "A" TO THIRD INTERIM ORDER GRANTING EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING (I) MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND (II) CONTINUE USE OF EXISTING CHECKS AND BUSINESS FORMS**
US 681435v.1

| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1707 |
|---|---|---|---|
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1812 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx9055 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1723 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1731<br>(inactive) |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1781 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx8096 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1799 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1284 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1862 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1757 |
| Lack's Stores, Incorporated | Wells Fargo Bank<br>P.O. Box 2088<br>Victoria, TX 77902 | Store Depository Account | xxxxxx1846<br>(inactive) |
| Lack's Stores, Incorporated | First National Bank<br>P.O. Drawer 7<br>Port Lavaca, TX 77979<br>(361) 552-6726 | Store Depository Account | xxx038 |

**EXHIBIT "A" TO THIRD INTERIM ORDER GRANTING EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING (I) MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND (II) CONTINUE USE OF EXISTING CHECKS AND BUSINESS FORMS**
US 681435v.1

| Lack's Stores, Incorporated | Extraco Banks, N.A.<br>18 South Main<br>Temple, TX 76501<br>(800) 825-2115 | Store Depository Account | xxxxx217 |
|---|---|---|---|
| Lack's Stores, Incorporated | Del Rio Bank & Trust<br>1200 Veterans Blvd.<br>Del Rio, TX 78840<br>(800) 833-5746 | Store Depository Account | xxxx805 |
| Lack's Stores, Incorporated | First National Bank<br>P.O. Box 937<br>Killeen, TX 76540<br>(254) 634-2161 | Store Depository Account | xxxx214 |
| Lack's Stores, Incorporated | First State Bank of Uvalde<br>P.O. Box 1908<br>Uvalde, TX 78802<br>(830) 278-6231 | Store Depository Account | xxxx304 |
| Lack's Stores, Incorporated | State National Bank<br>P.O. Box 5240<br>Lubbock, TX 79408<br>(888) 663-2902 | Store Depository Account | xxxxxx652 |
| Lack's Stores, Incorporated | Texas Bank & Trust Co.<br>P.O. Box 3188<br>Longview, TX 75606<br>(903) 237-5500 | Store Depository Account | xxxx099 |
| Lack's Stores, Incorporated | Southside Bank<br>P.O. Box 1079<br>Tyler, TX 75710-1079<br>(903) 531-7111 | Store Depository Account | xxxx029 |
| Lack's Stores, Incorporated | Texas State Bank<br>P.O. Box 152638<br>Lufkin, TX 75915<br>(936) 639-6470 | Store Depository Account | xxxx702 |
| Lack's Stores, Incorporated | First National Bank<br>P.O. Drawer 7<br>Port Lavaca, TX 77979<br>(361)552-6726 | Service Contract Reserve as required by Texas Department of Licensing and Regulation | xxx471 |
| Lack's Stores, Incorporated | First National Bank<br>P.O. Drawer 7<br>Port Lavaca, TX 77979<br>(361)552-6726 | Service Contract Reserve as required by Texas Department of Licensing and Regulation | xxx861 |

**EXHIBIT "A" TO THIRD INTERIM ORDER GRANTING EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING (I) MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND (II) CONTINUE USE OF EXISTING CHECKS AND BUSINESS FORMS**
US 681435v.1

| Lack's Stores, Incorporated | Bancfirst<br>P.O. Box 26788<br>Oklahoma City, OK 73126 | Service Contract Reserve as required by Oklahoma [entity] | xxxxxx3084 |
|---|---|---|---|
| Lack's Stores, Incorporated | 1st Victoria National Bank<br>101 S. Main<br>Victoria, TX 77901<br>(361) 372-6500 | Inactive account | xxxxx3194 |
| Lack Properties, Inc. | City Bank<br>P.O. Box 5060<br>Lubbock, TX 79408<br>(806) 792-7101 | inactive account | xxxx461 |

**EXHIBIT "A" TO THIRD INTERIM ORDER GRANTING EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING (I) MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND (II) CONTINUE USE OF EXISTING CHECKS AND BUSINESS FORMS**
US 681435v.1