UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-60149 |
| | § | |
| LACK'S STORES, INCORPORATED, | § | CHAPTER 11 CASE |
| *et al.,* | § | |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | |

**LIMITED OBJECTION OF WELLS FARGO BANK, N.A. TO DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING (I) MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND (II) CONTINUED USE OF EXISTING CHECKS AND BUSINESS FORMS**

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

Lack's Stores, Incorporated and its affiliated debtors, (collectively, the "Debtors") have filed their Debtors' Emergency Motion for Interim and Final Orders Approving (I) Maintenance of Certain Prepetition Bank Accounts and Cash Management System and (II) Continued Use of Existing Checks and Business Forms ("Motion") [Dkt. No. 8]. The Motion was filed November 16, 2010 and has been granted on an interim basis in Orders entered on November 17, 2010 [Dkt. No. 26], December 1, 2010 [Dkt. No. 104] and December 16, 2010 [Dkt. No. 176]. A final hearing on the Motion is set for January 5, 2011 at 2:30 p.m.

1. The Debtors' primary accounts are with Wells Fargo Bank, N.A. ("Wells Fargo"). A description of the operating accounts, payroll account, depository accounts, credit card accounts and other accounts is contained in the Motion.

2. Wells Fargo has advised the Debtors that their accounts with Wells Fargo should be transferred to another banking institution as soon as possible. Wells Fargo will continue to maintain, service and administer the accounts until the transfer has been completed so long as the transfer is not unreasonably delayed.

## Requested Relief

Wells Fargo prays that the relief requested by the Debtors in the Motion be conditioned upon the Debtors transferring the accounts described in the Motion to another banking institution as soon as practicable.

Wells Fargo prays that the relief requested in this Motion be without prejudice to Wells Fargo seeking additional relief from its prepetition contracts with the Debtors.

Wells Fargo prays for general relief.

Respectfully submitted,

WARREN, DRUGAN & BARROWS, P.C.
800 Broadway
San Antonio, Texas 78215
Telephone: (210)226-4131
Telecopier: (210)224-6488

By: _____
Robert L. Barrows
State Bar No. 01833500
Southern District No. 11171

Attorneys for Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been forwarded to the parties appearing on the attached Service List via First Class, United States Mail, postage prepaid or, upon those parties who have so-subscribed, via the Court's CM-ECF Filing System, on this the 27th day of December, 2010.

_____
Robert L. Barrows

Case 10-60149   Document 134   Filed in TXSB on 12/06/10   Page 1 of 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LACK'S STORES, INCORPORATED, | § | CASE NO. 10-60149 |
| ET AL.,[1] | § | |
| | § | (Chapter 11) |
| DEBTORS. | § | (Jointly Administered) |

**MASTER SERVICE LIST**
as of December 6, 2010

**DEBTORS**
Lack's Stores, Incorporated, et al.
Attn: Melvin Lack
    Jay Lack
200 South Ben Jordan
Victoria, TX 77901

**DEBTORS' PROFESSIONALS**

| **DEBTORS' COUNSEL** | **FINANCIAL ADVISORS** |
|---|---|
| Vinson & Elkins LLP | Huron Consulting |
| Attn: Paul Heath | Attn: Sandy Edlein |
|     Richard London |     Stuart Walker |
|     Katie Grissel | 500 N. Akard, Suite 1940 |
| 2001 Ross Avenue, Suite 3700 | Dallas, TX 75201 |
| Dallas, TX 75201 | Fax:   214.365.2595 |
| Fax:   214.220.7716 | E-mail: swalker@huronconsultinggroup.com |
| E-mail: rlondon@velaw.com | |
| E-mail: kgrissel@velaw.com | |

**U.S. TRUSTEE**

Office of the United States Trustee
Attn: Hector Duran
515 Rusk Street, Suite 3516
Houston, TX 77002
Fax: 713.718.4680
E-mail: Hector.duran.jr@usdoj.gov

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

1

## COUNSEL TO OFFICIAL UNSECURED CREDITORS COMMITTEE

Platzer Swergold Karlin Levine, Goldberg & Jaslow, LLP
Attn: Clifford Katz
1065 Avenue of the Americas, 18th Floor
New York, NY 10018
Fax: 212.593.0353
E-mail: ckatz@platzerlaw.com

## COMMITTEE OF UNSECURED CREDITORS

Sealy Mattress Company
Attn: Mike Murray
One Office Parkway at Sealy Dr.
Trinity, NC 27370
Fax: 336.861.3863
E-mail: mmurray@sealy.com

Tartone Enterprises, Inc.
Attn: Frank Chen
5055 South Loop East
Houston, TX 77033
Fax: 713.728.7648
E-mail: fchen8@hotmail.com

Najarian Furniture Co., Inc.
Attn: George Najarian
17560 E. Rowland St.
City of Industry, CA 91748
Fax: 626.839.8715
E-mail: gn@najarianfurniture.com

Ryder Integrated Logistics, Inc.
Attn: Mike Mandell
11690 NW 105th St.
Miami, FL 33178
Fax: 305.500.3336
E-mail: mike_mandell@ryder.com

Womble Carlyle Sandridge & Rice, P.L.L.C.
Attn: William B. Sullivan, Esq.
One West Fourth St.
Winston-Salem, NC 27101
Fax: 336.733.8365
E-mail: wsullivan@wcsr.com
**Counsel for Sealy Mattress Company**

Diamond McCarthy, L.L.P.
Attn: Brian A. Abramson, Esq.
909 Fannin, 15th Floor
Houston, TX 77010
Fax: 713.333.5195
E-mail: babramson@diamondmccarthy.com
**Counsel for Tartone Enterprises, Inc.**

Furniture Brands International
Attn: Jeff Schnurbusch
1 North Brentwood Blvd.
St. Louis, MO 63105
Fax: 828.434.9198
E-mail: jschnurbusch@furniturebrands.com

## GOVERNMENTAL AGENCIES

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-1294

U.S. Attorney for Southern District of Texas
Bank One
910 Travis, Suite 1500
Houston, TX 77002

Internal Revenue Service
Special Procedures
Stop 5022-HOU
Stop 1919 Smith St.
Houston, TX 77002

Texas Secretary of State
P. O. Box 12887
Austin, TX 78711-2887
Fax:   512.475.2815

Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P. O. Box 13528
Austin, TX 78711.

Texas Workforce Commission
TEC Building – Bankruptcy
101 East 15th Street
Austin, TX 78778

## POTENTIAL SECURED LENDERS AND LENDERS' COUNSEL

The CIT Group/Business Credit, Inc., as Agent
Two Lincoln Centre, Suite 200
5420 LBJ Freeway
Dallas, Texas 75240

Patton Boggs LLP
Attn: James Chadwick
       Robert Jones
       Brent McIlwain
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
Fax: 214.758.1550
E-mail: **jchadwick@pattonboggs.com**
            **bmcilwain@pattonboggs.com**
**Counsel for CIT Group/Business Credit, Inc. as Agent**

First Victoria National Bank
P.O. Box 1338
Victoria, TX 77902-1338

Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
One O'Conner Plaza, Seventh Floor
Post Office Box 1969
Victoria, TX 77902
Fax: 361.573.5288
E-mail: **rchapman@andersonsmith.com**
**Counsel for First Victoria National Bank**

Prosperity Bank
P.O. Drawer G
El Campo, TX 77437
Fax:   979.543.1906
**E-mail: contactus@prosperitybanktx.com**

Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
One O'Conner Plaza, Seventh Floor
Post Office Box 1969
Victoria, TX 77902
Fax: 361.573.5288
**E-mail:rchapman@andersonsmith.com**
**Counsel for Prosperity Bank**

Thrivent Financials for Lutherans
625 Fourth Ave. S
Minneapolis, MN 79408

Donald O. Walsh
Fishman Jackson Luebker PLLC
700 Three Galleria Tower
13155 Noel Road
Dallas, TX 75240
Fax: 972.419.5501
**E-mail: dwalsh@fishmanjackson.com**
**Counsel for Thrivent Financial for Lutherans**

City Bank Lubbock
5219 City Bank Parkway
Lubbock, TX 79407
**E-mail: DJones@citybanktexas.com**

Mark E. Andrews
Aaron M. Kaufman
Cox Smith Matthews Incorporated
1201 Elm Street, Suite 3300
Dallas, Texas 75270
Fax:  214.698.7899
**E-mail: mandrews@coxsmith.com**
**E-mail: akaufman@coxsmith.com**
**Counsel for City Bank**

## TWENTY LARGEST UNSECURED CREDITORS

Sealy Mattress Company
P. O. Box 951721
Dallas, TX 75395-1721
**E-mail: Wdumas@Sealy.com**

Lane Furniture Industries
P.O. Box 1627
Tupelo, MS 38802
**E-mail: Jschnurbusch@furniturebrands.com**

Brownchild Ltd Inc.
1633 Bonnie Brae
Houston, TX 77006
**E-mail: don.brown@brownchild.com**

LG Electronics USA, Inc.
P. O. Box 730241
Dallas, TX 75373-0241
**E-mail: kristen.cubberly@lg.com**

Whirlpool
P. O. Box 730316
Dallas, TX 75373-0316
**E-mail: Shelly_L_Hope@whirlpool.com**

Tartone Enterprises Inc
5055 South Loop East
Houston, TX 77033
**E-mail: tartonpearl@yahoo.com**

4

Corinthian Inc.  
P. O. Box 1918  
41 CR 101  
Corinth, MS 38834  
E-mail: cmccoy@corinthianfurn.com

Steve Silver Company  
P. O. Box 1709  
Forney, TX 75126-8747  
E-mail: sparker@ssilver.com

Global Link Logistics, Inc.  
1990 Lakeside Parkway, Ste 300  
Tucker, GA 30084  
E-mail: Mthaxton@globallinklogistics.com

Najarian  
17560 E. Rowland Street  
Rowland Heights, CA 91748  
E-mail: juliet@najarianfurniture.com

Legends Furniture  
10300 W. Buckeye Road  
Tolleson, AZ 85353  
E-mail: cs@buylegends.com

Progressive Furniture Inc.  
Woodlands Designs  
P.O. Box 308  
Archbold, OH 43502-0308  
E-mail: janyse@progressive.com

Presidential  
66 Hincks St. Unit #1  
Canada Zip N3A2A3  
New Hamburg, Ontario 91761-7867  
E-mail: cwillsang@maGNUSSEN.com

Sed International  
4916 N. Royal Atlanta Dr.  
Tucker, GA 30084  
E-mail: dbutler@sedintl.com

Standard Furniture Mfg., Co.  
P. O. Drawer 1089  
Bay Minette, AL 36507-0749  
E-mail: jaclyn.kloopf@sfmco.com

Michael Nicholas Designs Inc.  
6259 Descanso Ave.  
Buena Park, CA 90620  
E-mail: mndin3@msn.com

Oak Furniture West LLC  
9950 Marcon Drive, Suite 106  
San Diego, CA 92154

Ryder Integrated Logistics, Inc.  
24610 Network Place  
Chicago, IL 60673-1246  
E-mail: keith_d_pobuda@ryder.com

Lifestyle Enterprises  
529 Townsend  
High Point, NC 27263  
E-mail: kimg@lifestyle-us.com

Austin American Statesman  
P.O. Box 670  
Austin, TX 78767-001  
E-mail: rwallace@statesman.com

## NOTICE OF APPEARANCE PARTIES AND PARTIES REQUESTING NOTICE

Hohmann, Taube & Summers, L.L.P.
Attn: Eric Taube
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Fax: 512.472.5248
E-mail: erict@hts-law.com
**Counsel for Melvin Lack, Jane S. Lack, Mac Rents, L.P., Banana Split Investments, Inc. and Blue Parrot Investments, Inc.**

BrownChild Ltd., Inc.
c/o Marc Douglas Myers
3120 Southwest Freeway, Suite 320
Houston, Texas 77098
Fax: 713.522.3322
E-mail: mm@am-law.com
**Counsel for Brownchild Ltd., Inc**

Brian A. Abramson
909 Fannin, Suite 1500
Houston, TX 77010
Fax: 713.333.5199
E-mail: babramson@diamondmccarthy.com
**Counsel for Tartone Enterprises Partnership, Ltd**

Linebarger Goggan Blair & Sampson, LLP
Attn: David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205
Fax: 210.225.6410
E-mail: sanantonio.bankruptcy@publicans.com
**Counsel for Bexar County**

Frances A. Smith
Shackelford Melton & McKinley
3333 Lee Parkway, Tenth Floor
Dallas, Texas 75219
Fax: 214.780.1401
E-mail: fsmith@shacklaw.net
**Counsel for Consolidated Texas Corporation, Life Protection Insurance Company Consolidated Lloyds and Consolidated Insurance Association**

McCreary, Veselka, Bragg & Allen, P.C.
Attn: Michael Reed
P.O. Box 1269
Round Rock, TX 78680
**Counsel for Tax Appraisal District of Bell County, County of Brazos, County of Calhoun, County of Comal, LaVega Independent School District, Midland Central Appraisal District, County of Taylor, County of Williamson**

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
P.O. Box 17428
Austin, TX 78760-7428
Fax: 512.443.5114
E-mail: austin.bankruptcy@publicans.com
**Counsel for Victoria County**

David S. Gragg
Langley & Banack Incorporated
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, TX 78212-3166
Fax: 210.735.6889
E-mail: dgragg@langleybanack.com
**Counsel for Walco Development, LP**

Jason S. Brookner
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Fax: 214.659.4401
E-mail: jbrookner@akllp.com
**Counsel for Steve Silver Company**

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Fax: 469.221.5002
E-mail: dallas.bankruptcy@publicans.com
**Counsel For Gregg County and Smith County**

6

Midland County Tax Office
c/o Galen Gatten, Jr
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P. O. Box 50188
Midland, TX 79710-0188
Fax: 432.699.7884
E-mail: ggatten@pbfcm.com
**Counsel for Midland County**

John Dillman
Linebarger Goggan Blair & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064
E-mail: houston_bankruptcy@publicans.com
Fax: 713.844.3503
**Counsel for City of Clute and Wharton County**

Stephen B. Grow
Warner Norcross & Judd LLP
111 Lyon Street NW, Suite 900
Grand Rapids, MI 49503
Fax: 616.222.2158
E-mail: sgrow@wnj.com
**Counsel for Whirlpool Corporation**

Jason S. Brookner
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Fax: 214.659.4401
E-mail: jbrookner@akllp.com
**Counsel to United Furniture Industries, Inc.**

Wells Fargo Bank
Attn: Jeffrey G. Gann
5080 Spectrum Dr., Suite 500E
Addison, TX 75001-4648
Fax: 972.419.0362
E-mail: jeffrey.g.gann@wellsfargo.com
**Loan Adjustment Manager**

John Dillman
Linebarger Goggan Blair & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064
Fax: 713.844.3503
E-mail: houston_bankruptcy@publicans.com
**Counsel for Angelina and Matagorda County**

Frances A. Smith
Shackelford Melton & McKinley
3333 Lee Parkway, Tenth Floor
Dallas, Texas 75219
E-mail: fsmith@shacklaw.net
Fax: 214.780.1401
**Counsel for Wright Titus Agency**

Michael G. Kelly
Rush, Kelly, Morgan, Dennis, Corzine & Hansen, P.C.
P. O. Box 1311
Odessa, TX 79760-1311
Fax: 432.367.7271
E-mail: mkelly@rkmfirm.com
**Counsel for 3111 Cuthbert Corporation**

Jason S. Brookner
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Fax: 214.659.4401
E-mail: jbrookner@akllp.com
**Counsel to Michael Nicholas Designs, Inc**

Patrick H. Autry
The Nunley Firm, PLLC
1580 South Main Street, Suite 200
Boerne, Texas 78006
Fax: 830.816.3388
E-mail: pautry@nunleyfirm.com
**Counsel for First State Bank of Uvalde**

US 635602v9