**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 10-60149** |
| **LACK'S STORES, INCORPORATED,** | § | |
| ***ET AL.,***[1] | § | **(CHAPTER 11)** |
| | § | |
| **DEBTORS.** | § | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

On this 30th day of December, 2010, a true and correct copy of the *Motion of the Wilkerson Entities to Shorten Time and Set a Hearing for January 19, 2011, at 2:30 pm With Respect to  the Motion of the Wilkerson Entities (a) to Compel Timely performance of Post-petition Lease Obligations Pursuant to 11 U.S.C. § 365(d)(3) or, (b) in the Alternative, for the Allowance of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(1)* has been served electronically by the Court's PACER system to those parties registered to receive electronic notice, and/or via e-mail or U.S. Mail, postage prepaid, as further specified on the attached list.

---

[1] The Debtors include Lack's Stores, Incorporated, Merchandise Acceptance Corporation, Lack's Furniture Centers, Inc., and Lack Properties, Inc.

<u>**CERTIFICATE OF SERVICE**</u> – Page 1

Dated:  December 30, 2010   Respectfully submitted,

**COX SMITH MATTHEWS INCORPORATED**

By:   _/s/ Aaron M. Kaufman_             
 Mark E. Andrews
 State Bar No. 01253520
 mandrews@coxsmith.com
 Aaron M. Kaufman
 State Bar No. 24060067
 akaufman@coxsmith.com

 1201 Elm Street, Suite 3300
 Dallas, Texas 75270
 (214) 698-7800
 (214) 698-7899 (Fax)

**COUNSEL FOR THE WILKERSON ENTITIES**

**In re Lack's Stores, Incorporated**
**Case No. 10-60149**

**Master Service List**

**Debtors: (VIA MAIL)**
Lack's Stores, Incorporated, et al.
Attn: Melvin Lack
200 South Ben Jordan
Victoria, TX  77901

**Debtor's Counsel (VIA ECF AND E-MAIL)**
Paul Heath, Richard London, Katie Grissel
Vinson & Elkins LLP
2001 Ross Ave., #3700
Dallas, TX  75201
E-mail: rlondon@velaw.com
E-mail: kgrissel@velaw.com

Office of the U.S. Trustee **(VIA ECF AND E-MAIL)**
Attn: Hector Duran
515 Rusk St., #3516
Houston, TX  77002
E-mail: Hector.duran.jr@usdoj.gov
E-mail: ustpregion07.hu.ecf@usdoj.gov

Sandy Edlein/Stuart Walker **(VIA ECF)**
Huron Consulting
500 N. Akard, #1940
Dallas, TX  75201
E-mail: swalker@huronconsultinggroup.com

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Mike Murray **(VIA E-MAIL)**
Sealy Mattress Company
One Office Parkway @ Sealy Dr.
Trinity, NC  27370
E-mail: mmurray@sealy.com

**Counsel for Sealy Mattress Co. (VIA ECF)**
William B. Sullivan
Womble Carlyle Sandridge & Rice, P.L.L.C.
One West Forth St.
Winston-Salem, NC  27101
E-mail: wsullivan@wcsr.com

Jeff Schnurbusch **(VIA E-MAIL)**
Furniture Brands International
1 North Brentwood Blvd.
St. Louis, MO  63105
E-mail: jschnurbusch@furniturebrands.com

Frank Chen **(VIA E-MAIL)**
Tartone Enterprises, Inc.
5055 S. Loop East
Houston, TX  77033
E-mail: fchen8@hotmail.com

**Counsel for Tartone Enterprises (VIA ECF)**
Brian A. Abramson
Diamond McCarthy, L.L.P.
909 Fannin, 15th Fl.
Houston, TX  77010
E-mail: babramson@diamondmccarthy.com

George Najarian **(VIA E-MAIL)**
Najarian Furniture Co., Inc.
17560 E. Rowland St.
City of Industry, CA  91748
E-mail: gn@najarianfurniture.com

Mike Mandell **(VIA E-MAIL)**
Ryder Integrated Logistics, Inc.
11690 NW 105th St.
Miami, FL  33178
E-mail: mike_mandell@ryder.com

**Counsel for OCC (VIA ECF)**
Platzer Swergold Karlin Levine, Goldberg & Jaslow, LLP
Attn: Clifford Katz
1065 Avenue of the Americas, 18th Floor
New York, NY 10018
E-mail: ckatz@platzerlaw.com

**CERTIFICATE OF SERVICE** – Page 3

## GOVERNMENTAL AGENCIES

Internal Revenue Service **(VIA MAIL)**
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service **(VIA MAIL)**
Special Procedures
Stop 5022-HOU
Stop 1919 Smith St.
Houston, TX  77002

U.S. Attorney for Southern District of Texas **(VIA MAIL)**
Bank One
910 Travis, #1500
Houston, TX  77002

Texas Comptroller of Public Accounts **(VIA MAIL)**
Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528
Austin, TX  78711

Texas Secretary of State **(VIA MAIL)**
P.O. Box 12887
Austin, TX  78711-2887

Texas Workforce Commission **(VIA MAIL)**
TEC Building – Bankruptcy
101 East 15th St.
Austin, TX  78778

## POTENTIAL SECURED LENDERS AND SENIOR LENDERS' COUNSEL

The CIT Group/Business Credit, Inc, as Agent **(VIA MAIL)**
Two Lincoln Centre, #200
5420 LBJ Freeway
Dallas, TX  75240

James Chadwick **(VIA ECF)**
Patton Boggs, LLP
2000 McKinney Ave., #1700
Dallas, TX  75201
E-mail:
jchadwick@pattonboggs.com

City Bank Lubbock **(VIA E-MAIL)**
5219 City Bank Parkway
Lubbock, TX  79407
E-mail: DJones@citybanktexas.com

**City Bank, Texas (VIA ECF)**
c/o Mark E. Andrews/Aaron M. Kaufman
Cox Smith Matthews Incorporated
1201 Elm St., #3300
Dallas, TX  75270
E-mail: mandrews@coxsmith.com
E-mail: akaufman@coxsmith.com

Prosperity Bank **(VIA E-MAIL)**
P.O. Drawer G
El Campo, TX  77437
E-mail:
contactus@prosperitybanktx.com

First Victoria National Bank **(VIA MAIL)**
P.O. Box 1338
Victoria, TX  77902-1338

**Counsel for First Victoria National Bank and Prosperity Bank (VIA ECF)**
Richard T. Chapman
Anderson, Smith, Null&Stofer, L.L.P.
One O'Conner Plaza, Seventh Floor
Post Office Box 1969
Victoria, TX 77902
Fax: 361.573.5288
E-mail:
rchapman@andersonsmith.com

Thrivent Financials for Lutherans **(VIA MAIL)**
625 Fourth Ave. S
Minneapolis, MN  55415-1624

**Counsel for Thrivent Financial for Lutherans (VIA ECF)**
Donald O. Walsh
Fishman Jackson Luebker PLLC
700 Three Galleria Tower
13155 Noel Road
Dallas, TX 75240
E-mail:
dwalsh@fishmanjackson.com

## TWENTY LARGEST UNSECURED CREDITORS

Lane Furniture Industries (**VIA E-MAIL**)
P.O. Box 1627
Tupelo, MS  38802
E-mail:
jschnurbusch@furniturebrands.com

Brownchild Ltd Inc. (**VIA E-MAIL**)
1633 Bonnie Brae
Houston, TX  77006
E-mail:
don.brown@brownchild.com

LG Electronics USA, Inc. (**VIA E-MAIL**)
P.O. Box 730241
Dallas, TX  75373-0241
E-mail: kristen.cubberly@lg.com

Whirlpool (**VIA E-MAIL**)
P.O. Box 730316
Dallas, TX  75373-0316
E-mail:
shelly_l_hope@whirlpool.com

Corinthian Inc. (**VIA E-MAIL**)
P.O. Box 1918
41 CR 101
Corinth, MS  38834
E-mail:
cmccoy@corinthianfurn.com

Sed International (**VIA E-MAIL**)
4916 N. Royal Atlanta Dr.
Tucker, GA  30084
E-mail: dbutler@sedintl.com

Steve Silver Company (**VIA E-MAIL**)
P.O. Box 1709
Forney, TX  75126-8747
E-mail: sparker@ssilver.com

Standard Furniture Mfg., Co. (**VIA E-MAIL**)
P.O. Drawer 1089
Bay Minette, AL  36504-0749
E-mail: jaclyn.kloopf@sfmco.com

Global Link Logistics, Inc. (**VIA E-MAIL**)
1990 Lakeside Pkwy., #300
Tucker, GA  30084
E-mail:
mthaxton@globallinklogistics.com

Michael Nicholas Designs, Inc. (**VIA E-MAIL**)
6259 Descanso Ave.
Buena Park, CA  90620
E-mail: mndin3@msn.com

Oak Furniture West LLC (**VIA E-MAIL**)
9950 Marcon Dr., #106
San Diego, CA  92154

Legends Furniture (**VIA E-MAIL**)
10300 W. Buckeye Rd.
Tolleson, AZ  85353
E-mail: cs@buylegends.com

Ryder Integrated Logistics, Inc. (**VIA E-MAIL**)
24610 Network Pl.
Chicago, IL  60673-1246
E-mail: keith_d_pobuda@ryder.com

Progressive Furniture, Inc. (**VIA E-MAIL**)
Woodlands Designs
P.O. Box 308
Archbold, OH  43502-0308
E-mail: janyse@progressive.com

Lifestyle Enterprises (**VIA E-MAIL**)
529 Townsend
High Point, NC  27263
E-mail: kimg@lifestyle-us.com

Presidential (**VIA E-MAIL**)
66 Hincks St., Unit #1
Canada Zip N3A2A3
New Hamburg, Ontario 91761-7867
E-mail:
cwillsang@maGNUSSEN.com

Austin American Statesman (**VIA E-MAIL**)
P.. Box 670
Austin, TX  78767-0001
E-mail: rwallace@statesman.com

## NOTICES OF APPEARANCE

Jay Lack **(VIA MAIL)**
2107 E. Commercial
Victoria, TX  77901

**Tax Appraisal Districts of Bell, Brazos, Calhoun, Comal Taylor, Williamson Counties, LeVega ISD, Midland CAD (VIA MAIL)**
c/o Michael Reed
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX  78680

**Victoria County (VIA ECF)**
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX  78760-7428
E-mail:
Austin.bankruptcy@publicans.com

**BrownChild Ltd., Inc. (VIA ECF)**
c/o Marc Douglas Myers
3120 Southwest Frwy., #320
Houston, TX  77098
E-mail: mm@am-law.com

**Walco Development, LP (VIA ECF)**
c/o David S. Gragg
Langley & Banack Incorporated
Trinity Plaza II, Ninth Floor
745 E. Mulberry
San Antonio, TX  78212-3166
E-mail:
dgragg@langleybanack.com

**Angelina, Matagorda and Wharton Counties, City of Clute (VIA ECF)**
c/o John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
1301 Travis St., #300
Houston, TX  77002
E-mail:
Houston_bankruptcy@publicans.com

**Consolidated Texas Corporation, Life Protection Insurance Company, Consolidated Lloyds, Consolidated Insurance Association (VIA ECF)**
c/o Frances A. Smith
Shackelford Melton & Mc Kinley
3333 Lee Parkway, 10th Floor
Dallas, TX  75219
E-mail: fsmith@shacklaw.net

**First State Bank of Uvalde (VIA ECF)**
c/o Patrick H. Autry
The Nunley Firm, PLLC
1580 S. Main St., #200
Boerne, TX  78006
E-mail: pautry@nunleyfirm.com

**Bexar County (VIA ECF)**
c/o David Aelvoet
Linebarger Goggan Blair & Sampson, LLP
711 Navarro, #300
San Antonio, TX  78205
E-mail: davida@publicans.com

**Steve Silver Company (VIA ECF)**
c/o Jason s. Brookner
Andrews and Kurth LLP
1717 Main St., #3700
Dallas, TX  75202
E-mail: jbrookner@akllp.com

**The CIT Group/Business Credit, Inc. (VIA ECF)**
c/o Brent Ryan McIlwain
Patton Boggs, LLP
2000 McKinney Ave., #1700
Dallas, TX  75201
E-mail:
bmcilwain@pattonboggs.com

**Banana Split Investments, Inc., Blue Parrot Investments, Inc. Mac Rents, L.P., Jane S. Lack and Melvin Lack (VIA ECF)**
c/o Eric J. Taube
Hohmann Taube & Summers, LLP
100  Congress Ave., #1800
Austin, TX  78701
E-mail: erict@hts-law.com

**Midland County Tax Office (VIA ECF)**
c/o Galen Gatten, Jr.
Perdue Brandon, et al.
P.O. Box 50188
Midland, TX  79710
E-mail: ggatten@pbfcm.com

**Whirlpool Corporation (VIA ECF)**
c/o Stephen B. Grow
Warner Norcross, et al.
111 Lyon St. NW, #900
Grand Rapids, MI  49503
E-mail: sgrow@wnj.com

**3111 Cuthbert Corporation (VIA ECF)**
c/o Michael G. Kelly
Rush Kelly Morgan Dennis Corzine & Hansen
4001 East 42nd St., #200
Odessa, TX  79762
E-mail: mkelly@rkmfirm.com

<u>**CERTIFICATE OF SERVICE**</u> – Page 6

**Wells Fargo Bank (VIA ECF)**
Jeffrey G. Gann
5080 Spectrum Dr., #500E
Addison, TX  75001-4648
E-mail:
Jeffrey.g.gann@wellsfargo.com

**Gregg and Smith Counties (VIA ECF)**
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., #1600
Dallas, TX 75201
E-mail:
dallas.bankruptcy@publicans.com

**Collin County Tax Assessor/Collector (VIA ECF)**
c/o David McCall
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th St.
Plano, TX  75074
Email: bankruptcy@ntexas-attorneys.com

**SED International, Inc. (VIA ECF)**
c/o Mark Marani
Cohen Pollock Merlin & Small
3350 Riverwood Parkway, Suite 1600
Atlanta, Georgia 30339
Email: mmarani@cpmas.com

BMW Holdings (**VIA EMAIL**)
c/o Heather R. Potts
MCFALL, BREITBEIL &SMITH, P.C.
1250 Four Houston Center
1331 Lamar Street
Houston, Texas 77010-3027
Email: hpotts@mcfall-law.com

Wells Fargo Bank, N.A. (**VIA ECF**)
c/o Robert L. Barrows
Warren Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX  78215
Email: rbarrows@wdblaw.com

**Bob Mills Furniture (VIA ECF)**
c/o Ross A. Plourde
McAfee Taft, A Professional Corporation
10th Fl., Two Leadership Square
211 N. Robinson
Oklahoma City, OK  73102-7103
Email:
ross.plourde@mcafeetaft.com

**Standard Furniture Co., Inc. (VIA ECF)**
c/o Jason S. Brookner
Andews Kurth LLP
1717 Main St., #3700
Dallas, Tx  75201
Email: jbrookner@akllp.com