IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, § | |
| ET AL.,[1] § | (CHAPTER 11) |
| § | |
| DEBTOR. § | (Jointly Administered) |
| § | |
| § | **Hearing Date/Time:** |
| § | Wednesday, January 19, 2011 |
| § | 2:30 pm CT |

**ORDER SHORTENING TIME AND SETTING A HEARING ON THE MOTION OF THE WILKERSON ENTITIES (A) TO COMPEL TIMELY PERFORMANCE OF POST-PETITION LEASE OBLIGATIONS PURSUANT TO 11 U.S.C. § 365(D)(3) OR, (B) IN THE ALTERNATIVE, FOR THE ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. § 503(B)(1)**

The request to shorten time and schedule a hearing on the *Motion of the Wilkerson Entities (a) to Compel Timely performance of Post-petition Lease Obligations Pursuant to 11 U.S.C. § 365(d)(3) or, (b) in the Alternative, for the Allowance of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(1)* (the "Motion") is hereby **GRANTED**. Accordingly, it is hereby

**ORDERED** that the time required for notice of the Motion is hereby shortened, and a hearing on the Motion will be held before the Honorable Jeff Bohm, United States Bankruptcy Judge for the Southern District of Texas, at the United States Courthouse, Courtroom 600, 515 Rusk Avenue, Houston, Texas 77002 on **Wednesday, January 19, 2011, at 2:30 p.m.** Objections to the Motion shall be filed with this Court and served on the Wilkerson Parties no later than Monday, January 17, 2011.

---

[1] The Debtors include Lack's Stores, Incorporated, Merchandise Acceptance Corporation, Lack's Furniture Centers, Inc., and Lack's Properties, Inc.

3270885.1

SIGNED THIS ___ DAY OF _____, 20____.

                                                         **Jeff Bohm**
                                                         **United States Bankruptcy Judge**

Proposed Order Submitted by:

**COX SMITH MATTHEWS INCORPORATED**
Mark E. Andrews
State Bar No. 01253520
mandrews@coxsmith.com
Aaron M. Kaufman
State Bar No. 24060067
akaufman@coxsmith.com
1201 Elm Street, Suite 3300
Dallas, Texas  75270
(214) 698-7800
(214) 698-7899 (Fax)

**ATTORNEYS FOR THE WILKERSON ENTITIES**