IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

ENTERED
01/03/2011

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, ET AL.,[1] | § | |
| | § | (CHAPTER 11) |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

**ORDER ON MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SHORTEN NOTICE TIME AND SET HEARING ON JANUARY 19, 2011 AT 2:30 P.M. WITH RESPECT TO:**
**(I) APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PLATZER, SWERGOLD, ET AL., AS COUNSEL; (II) APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OFSTRONG PIPKIN BISSELL & LEDYARD, L.L.P. AS LOCAL COUNSEL; AND (III) APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF CONWAY MACKENZIE, INC. AS FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, NUNC PRO TUNC TO DECEMBER 9, 2010**
[Related to Dkt. 230 ]

Came on for consideration the Motion of The Official Committee of Unsecured Creditors ("Committee") to Shorten Notice Time and Set Hearing on the above-referenced retention and employment applications on January 19, 2011 at 2:30 p.m. (the "Motion"). After reviewing the Committee's Motion, the Court finds that the relief requested is appropriate. Accordingly, it is

ORDERED that Motion is hereby GRANTED; and it is further

ORDERED that the hearings to consider the following:

1.      the Application of the Official Committee of Unsecured Creditor for Order Authorizing the Employment and Retention of Platzer, Swergold, et al., as Counsel,

---

[1] The Debtors include Lack's Stores, Incorporated, Merchandise Acceptance Corporation, Lack's Furniture Centers, Inc., and Lack Properties, Inc.

2. the Application of The Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Strong Pipkin Bissell & Ledyard, L.L.P. as Local Counsel, and

3. the Application of the Official Committee of Unsecured Creditors for Order Authorizing the Retention and Employment of Conway Mackenzie, Inc. as Financial Advisors for The Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to December 9, 2010,

shall be held at 2:30 p.m. Central Time on January 19, 2011, in Courtroom 600, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002.

DATED: This **3rd** day of **January**, 2011.

_____
HONORABLE JEFF BOHM,
UNITED STATES BANKRUPTCY JUDGE

1118393v2                              2