IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, | § | |
| *ET AL.*,[1] | § | (CHAPTER 11) |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

NOTICE OF HEARING
[Relates to Dkt. No. 231]

PLEASE TAKE NOTICE that the *Motion of the Wilkerson Entities (a) to Compel Timely Performance of Post-petition Lease Obligations Pursuant to 11 U.S.C. § 365(d)(3) or, (b) in the Alternative, for the Allowance of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(1)* is scheduled to be heard on January 19, 2011 at 2:30 p.m. in Courtroom 600, 6th floor, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002, before the Honorable Jeff Bohm.

Dated: January 7, 2011              Respectfully submitted,

**COX SMITH MATTHEWS INCORPORATED**

By: /s/ Aaron M. Kaufman
    Mark E. Andrews
    State Bar No. 01253520
    mandrews@coxsmith.com
    Aaron M. Kaufman
    State Bar No. 24060067
    akaufman@coxsmith.com

    1201 Elm Street, Suite 3300
    Dallas, Texas 75270
    (214) 698-7800
    (214) 698-7899 (Fax)

    **COUNSEL FOR THE WILKERSON ENTITIES**

---

[1] The Debtors include Lack's Stores, Incorporated, Merchandise Acceptance Corporation, Lack's Furniture Centers, Inc., and Lack Properties, Inc.

**NOTICE OF HEARING** – Page 1
3278688.1