IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, | § | |
| ET AL.,[1] | § | (CHAPTER 11) |
| | § | |
| DEBTORS. | § | (Jointly Administered) |

CERTIFICATE OF SERVICE

On this 7th day of January, 2011, a true and correct copy of the *Notice of Hearing on Motion of the Wilkerson Entities (a) to Compel Timely performance of Post-petition Lease Obligations Pursuant to 11 U.S.C. § 365(d)(3) or, (b) in the Alternative, for the Allowance of Administrative Expense Claims Pursuant to 11 U.S.C. § 503(b)(1)* has been served electronically by the Court's PACER system to those parties registered to receive electronic notice, and/or via e-mail or U.S. Mail, postage prepaid, as further specified on the attached list.

Dated: January 7, 2011

Respectfully submitted,

**COX SMITH MATTHEWS INCORPORATED**

By: /s/ Aaron M. Kaufman
Mark E. Andrews
State Bar No. 01253520
mandrews@coxsmith.com
Aaron M. Kaufman
State Bar No. 24060067
akaufman@coxsmith.com

1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7800
(214) 698-7899 (Fax)

**COUNSEL FOR THE WILKERSON ENTITIES**

---

[1] The Debtors include Lack's Stores, Incorporated, Merchandise Acceptance Corporation, Lack's Furniture Centers, Inc., and Lack Properties, Inc.

CERTIFICATE OF SERVICE – Page 1
3278812.1

**In re Lack's Stores, Incorporated
Case No. 10-60149**

**Master Service List**

| | | |
|---|---|---|
| **Debtors: (VIA MAIL)**<br>Lack's Stores, Incorporated, et al.<br>Attn: Melvin Lack<br>200 South Ben Jordan<br>Victoria, TX  77901 | **Debtor's Counsel (VIA ECF AND E-MAIL)**<br>Paul Heath, Richard London, Katie Grissel<br>Vinson & Elkins LLP<br>2001 Ross Ave., #3700<br>Dallas, TX  75201<br>E-mail: rlondon@velaw.com<br>E-mail: kgrissel@velaw.com | Office of the U.S. Trustee **(VIA ECF AND E-MAIL)**<br>Attn: Hector Duran<br>515 Rusk St., #3516<br>Houston, TX  77002<br>E-mail: Hector.duran.jr@usdoj.gov<br>E-mail: ustpregion07.hu.ecf@usdoj.gov |
| **Financial Advisor to Debtor**<br>Sandy Edlein/Stuart Walker **(VIA ECF)**<br>Huron Consulting<br>500 N. Akard, #1940<br>Dallas, TX  75201<br>E-mail: swalker@huronconsultinggroup.com | **Financial Advisor to Debtor**<br>Huron Consulting (**VIA EMAIL**)<br>Attn: Elaine Lane<br>550 W. Van Buren<br>Chicago, IL  60607<br>E-mail: elane@huronconsultinggroup.com | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

| | | |
|---|---|---|
| Mike Murray **(VIA E-MAIL)**<br>Sealy Mattress Company<br>One Office Parkway @ Sealy Dr.<br>Trinity, NC  27370<br>E-mail: mmurray@sealy.com | **Counsel for Sealy Mattress Co. (VIA ECF)**<br>William B. Sullivan<br>Womble Carlyle Sandridge & Rice, P.L.L.C.<br>One West Forth St.<br>Winston-Salem, NC  27101<br>E-mail: wsullivan@wcsr.com | Jeff Schnurbusch **(VIA E-MAIL)**<br>Furniture Brands International<br>1 North Brentwood Blvd.<br>St. Louis, MO  63105<br>E-mail: jschnurbusch@furniturebrands.com |
| Frank Chen **(VIA E-MAIL)**<br>Tartone Enterprises, Inc.<br>5055 S. Loop East<br>Houston, TX  77033<br>E-mail: fchen8@hotmail.com | **Counsel for Tartone Enterprises (VIA ECF)**<br>Brian A. Abramson<br>Diamond McCarthy, L.L.P.<br>909 Fannin, 15th Fl.<br>Houston, TX  77010<br>E-mail: babramson@diamondmccarthy.com | George Najarian **(VIA E-MAIL)**<br>Najarian Furniture Co., Inc.<br>17560 E. Rowland St.<br>City of Industry, CA  91748<br>E-mail: gn@najarianfurniture.com |
| Mike Mandell **(VIA E-MAIL)**<br>Ryder Integrated Logistics, Inc.<br>11690 NW 105th St.<br>Miami, FL  33178<br>E-mail: mike_mandell@ryder.com | **Counsel for OCC (VIA ECF)**<br>Platzer Swergold Karlin Levine, Goldberg & Jaslow, LLP<br>Attn: Clifford Katz<br>1065 Avenue of the Americas, 18th Floor<br>New York, NY 10018<br>E-mail: ckatz@platzerlaw.com | **Financial Advisor to OCC (VIA EMAIL**)<br>John T. Young, Jr.<br>Senior Managing Director<br>Conway MacKenzie, Inc.<br>1301 McKinney, #2025<br>Houston, TX  77010<br>E-mail: jyoung@conwaymackenzie.com<br>E-mail: khughes@conwaymackenzie.com |

**Counsel to Furniture Brands International, Inc., Broyhill Furniture Industries, Inc., and Lane Furniture Industries, Inc.**
Underwood Perkins, P.C. **(VIA ECF)**
Two Lincoln Centre, #1900
Dallas, TX  75240
E-mail: rlambert@uplawtx.com

## GOVERNMENTAL AGENCIES

Internal Revenue Service **(VIA MAIL)**
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA  19101-7346

Internal Revenue Service **(VIA MAIL)**
Special Procedures
Stop 5022-HOU
Stop 1919 Smith St.
Houston, TX  77002

U.S. Attorney for Southern District of Texas **(VIA MAIL)**
Bank One
910 Travis, #1500
Houston, TX  77002

Texas Comptroller of Public Accounts **(VIA MAIL)**
Revenue Accounting Division
Bankruptcy Section
P.O. Box 13528
Austin, TX  78711

Texas Secretary of State **(VIA MAIL)**
P.O. Box 12887
Austin, TX  78711-2887

Texas Workforce Commission **(VIA MAIL)**
TEC Building – Bankruptcy
101 East 15th St.
Austin, TX  78778

## POTENTIAL SECURED LENDERS AND SENIOR LENDERS' COUNSEL

The CIT Group/Business Credit, Inc, as Agent **(VIA MAIL)**
Two Lincoln Centre, #200
5420 LBJ Freeway
Dallas, TX  75240

James Chadwick **(VIA ECF)**
Patton Boggs, LLP
2000 McKinney Ave., #1700
Dallas, TX  75201
E-mail: jchadwick@pattonboggs.com

City Bank Lubbock **(VIA E-MAIL)**
5219 City Bank Parkway
Lubbock, TX  79407
E-mail: DJones@citybanktexas.com

**City Bank, Texas (VIA ECF)**
c/o Mark E. Andrews/Aaron M. Kaufman
Cox Smith Matthews Incorporated
1201 Elm St., #3300
Dallas, TX  75270
E-mail: mandrews@coxsmith.com
E-mail: akaufman@coxsmith.com

Prosperity Bank **(VIA E-MAIL)**
P.O. Drawer G
El Campo, TX  77437
E-mail: contactus@prosperitybanktx.com

First Victoria National Bank **(VIA MAIL)**
P.O. Box 1338
Victoria, TX  77902-1338

**Counsel for First Victoria National Bank and Prosperity Bank (VIA ECF)**
Richard T. Chapman
Anderson, Smith, Null&Stofer, L.L.P.
One O'Conner Plaza, Seventh Floor
Post Office Box 1969
Victoria, TX 77902
Fax: 361.573.5288
E-mail:
rchapman@andersonsmith.com

Thrivent Financials for Lutherans **(VIA MAIL)**
625 Fourth Ave. S
Minneapolis, MN 55415-1624

**Counsel for Thrivent Financial for Lutherans (VIA ECF)**
Donald O. Walsh
Fishman Jackson Luebker PLLC
700 Three Galleria Tower
13155 Noel Road
Dallas, TX 75240
E-mail:
dwalsh@fishmanjackson.com

## TWENTY LARGEST UNSECURED CREDITORS

Lane Furniture Industries **(VIA E-MAIL)**
P.O. Box 1627
Tupelo, MS 38802
E-mail:
jschnurbusch@furniturebrands.com

Brownchild Ltd Inc. **(VIA E-MAIL)**
1633 Bonnie Brae
Houston, TX 77006
E-mail:
don.brown@brownchild.com

LG Electronics USA, Inc. **(VIA E-MAIL)**
P.O. Box 730241
Dallas, TX 75373-0241
E-mail: kristen.cubberly@lg.com

Whirlpool **(VIA E-MAIL)**
P.O. Box 730316
Dallas, TX 75373-0316
E-mail:
shelly_l_hope@whirlpool.com

Corinthian Inc. **(VIA E-MAIL)**
P.O. Box 1918
41 CR 101
Corinth, MS 38834
E-mail:
cmccoy@corinthianfurn.com

Sed International **(VIA E-MAIL)**
4916 N. Royal Atlanta Dr.
Tucker, GA 30084
E-mail: dbutler@sedintl.com

Steve Silver Company **(VIA E-MAIL)**
P.O. Box 1709
Forney, TX 75126-8747
E-mail: sparker@ssilver.com

Standard Furniture Mfg., Co. **(VIA E-MAIL)**
P.O. Drawer 1089
Bay Minette, AL 36504-0749
E-mail: jaclyn.kloopf@sfmco.com

Global Link Logistics, Inc. **(VIA E-MAIL)**
1990 Lakeside Pkwy., #300
Tucker, GA 30084
E-mail:
mthaxton@globallinklogistics.com

Michael Nicholas Designs, Inc. **(VIA E-MAIL)**
6259 Descanso Ave.
Buena Park, CA 90620
E-mail: mndin3@msn.com

Oak Furniture West LLC **(VIA MAIL)**
9950 Marcon Dr., #106
San Diego, CA 92154

Legends Furniture **(VIA E-MAIL)**
10300 W. Buckeye Rd.
Tolleson, AZ 85353
E-mail: cs@buylegends.com

Ryder Integrated Logistics, Inc. **(VIA E-MAIL)**
24610 Network Pl.
Chicago, IL 60673-1246
E-mail: keith_d_pobuda@ryder.com

Progressive Furniture, Inc. **(VIA E-MAIL)**
Woodlands Designs
P.O. Box 308
Archbold, OH 43502-0308
E-mail: janyse@progressive.com

Lifestyle Enterprises **(VIA E-MAIL)**
529 Townsend
High Point, NC 27263
E-mail: kimg@lifestyle-us.com

Presidential **(VIA E-MAIL)**
66 Hincks St., Unit #1
Canada Zip N3A2A3
New Hamburg, Ontario 91761-7867
E-mail:
cwillsang@maGNUSSEN.com

Austin American Statesman **(VIA E-MAIL)**
P.. Box 670
Austin, TX 78767-0001
E-mail: rwallace@statesman.com

**CERTIFICATE OF SERVICE** – Page 4
3278812.1

**NOTICES OF APPEARANCE**

| | | |
|---|---|---|
| Jay Lack **(VIA MAIL)**<br>2107 E. Commercial<br>Victoria, TX  77901 | **Tax Appraisal Districts of Bell, Brazos, Calhoun, Comal Taylor, Williamson Counties, LeVega ISD, Midland CAD (VIA MAIL)**<br>c/o Michael Reed<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX  78680 | **Victoria County (VIA ECF)**<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX  78760-7428<br>E-mail:<br>Austin.bankruptcy@publicans.com |
| **BrownChild Ltd., Inc. (VIA ECF)**<br>c/o Marc Douglas Myers<br>3120 Southwest Frwy., #320<br>Houston, TX  77098<br>E-mail: mm@am-law.com | **Walco Development, LP (VIA ECF)**<br>c/o David S. Gragg<br>Langley & Banack Incorporated<br>Trinity Plaza II, Ninth Floor<br>745 E. Mulberry<br>San Antonio, TX  78212-3166<br>E-mail:<br>dgragg@langleybanack.com | **Angelina, Matagorda and Wharton Counties, City of Clute (VIA ECF)**<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>1301 Travis St., #300<br>Houston, TX  77002<br>E-mail:<br>Houston_bankruptcy@publicans.com |
| **Consolidated Texas Corporation, Life Protection Insurance Company, Consolidated Lloyds, Consolidated Insurance Association, Wright Titus Agency (VIA ECF)**<br>c/o Frances A. Smith<br>Shackelford Melton & Mc Kinley<br>3333 Lee Parkway, 10th Floor<br>Dallas, TX  75219<br>E-mail: fsmith@shacklaw.net | **First State Bank of Uvalde (VIA ECF)**<br>c/o Patrick H. Autry<br>The Nunley Firm, PLLC<br>1580 S. Main St., #200<br>Boerne, TX  78006<br>E-mail: pautry@nunleyfirm.com | **Bexar County (VIA ECF)**<br>c/o David Aelvoet<br>Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro, #300<br>San Antonio, TX  78205<br>E-mail: davida@publicans.com |
| **Steve Silver Company, United Furniture Industries, Inc., Michael Nicholas Designs, Inc., Legends Furniture, Inc., Standard Furniture Manufacturing Co., Inc. (VIA ECF)**<br>c/o Jason s. Brookner<br>Andrews and Kurth LLP<br>1717 Main St., #3700<br>Dallas, TX  75202<br>E-mail: jbrookner@akllp.com | **The CIT Group/Business Credit, Inc. (VIA ECF)**<br>c/o Brent Ryan McIlwain<br>Patton Boggs, LLP<br>2000 McKinney Ave., #1700<br>Dallas, TX  75201<br>E-mail:<br>bmcilwain@pattonboggs.com | **Banana Split Investments, Inc., Blue Parrot Investments, Inc. Mac Rents, L.P., Jane S. Lack and Melvin Lack (VIA ECF)**<br>c/o Eric J. Taube<br>Hohmann Taube & Summers, LLP<br>100  Congress Ave., #1800<br>Austin, TX  78701<br>E-mail: erict@hts-law.com |
| **Midland County Tax Office (VIA ECF)**<br>c/o Galen Gatten, Jr.<br>Perdue Brandon, et al.<br>P.O. Box 50188<br>Midland, TX  79710<br>E-mail: ggatten@pbfcm.com | **Whirlpool Corporation (VIA ECF)**<br>c/o Stephen B. Grow<br>Warner Norcross, et al.<br>111 Lyon St. NW, #900<br>Grand Rapids, MI  49503<br>E-mail: sgrow@wnj.com | **3111 Cuthbert Corporation (VIA ECF)**<br>c/o Michael G. Kelly<br>Rush Kelly Morgan Dennis Corzine & Hansen<br>4001 East 42nd St., #200<br>Odessa, TX  79762<br>E-mail: mkelly@rkmfirm.com |

**CERTIFICATE OF SERVICE** – Page 5
3278812.1

| | | |
|---|---|---|
| **Wells Fargo Bank (VIA ECF)**<br>c/o Jeffrey G. Gann<br>5080 Spectrum Dr., #500E<br>Addison, TX  75001-4648<br>E-mail:<br>Jeffrey.g.gann@wellsfargo.com | **Gregg and Smith Counties (VIA ECF)**<br>c/o Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan St., #1600<br>Dallas, TX  75201<br>E-mail:<br>dallas.bankruptcy@publicans.com | **Collin County Tax Assessor/Collector (VIA ECF)**<br>c/o David McCall<br>Gay, McCall, Isaacks, Gordon & Roberts, P.C.<br>777 East 15th St.<br>Plano, TX  75074<br>Email: bankruptcy@ntexas-attorneys.com |
| **SED International, Inc. (VIA ECF)**<br>c/o Mark Marani<br>Cohen Pollock Merlin & Small<br>3350 Riverwood Parkway, Suite 1600<br>Atlanta, Georgia 30339<br>Email: mmarani@cpmas.com | **BMW Holdings** (**VIA EMAIL**)<br>c/o Heather R. Potts<br>MCFALL, BREITBEIL &SMITH, P.C.<br>1250 Four Houston Center<br>1331 Lamar Street<br>Houston, Texas 77010-3027<br>Email: hpotts@mcfall-law.com | **Wells Fargo Bank, N.A. (VIA ECF)**<br>c/o Robert L. Barrows<br>Warren Drugan & Barrows, P.C.<br>800 Broadway<br>San Antonio, TX  78215<br>Email: rbarrows@wdblaw.com |
| **Bob Mills Furniture (VIA ECF)**<br>c/o Ross A. Plourde<br>McAfee Taft, A Professional Corporation<br>10th Fl., Two Leadership Square<br>211 N. Robinson<br>Oklahoma City, OK  73102-7103<br>Email:<br>ross.plourde@mcafeetaft.com | **Standard Furniture Co., Inc. (VIA ECF)**<br>c/o Jason S. Brookner<br>Andews Kurth LLP<br>1717 Main St., #3700<br>Dallas, Tx  75201<br>Email: jbrookner@akllp.com | Gayle Cannon (**VIA E-MAIL**)<br>9305 Prince William<br>Austin, TX  78730<br>Email: gayle.cannon66@gmail.com |
| **IBM Credit, LLC (VIA E-MAIL)**<br>c/o Vicky Namken<br>IBM Corporation<br>13800 Diplomat Dr.<br>Dallas, TX  75234<br>E-mail: vnamken@us.ibm.com | | |

**CERTIFICATE OF SERVICE** – Page 6
3278812.1