IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, § | |
| ET AL.,[1] § | (Chapter 11) |
| § | (Jointly Administered) |
| DEBTORS. § | |

## AMENDED NOTICE OF HEARING

[Relates to Dkt. No. 8]

**PLEASE TAKE NOTICE** that the final hearing on the *Debtors' Emergency Motion to (I) Approve Maintenance of Certain Prepetition Bank Accounts and Cash Management System (II) Continue Use of Existing Checks and Business Forms and (III) Continue Current Investment Policies* [Dkt. Nos. 8 (Motion), 26 (Interim Order), 104 (Second Interim Order), 176 (Third Interim Order)], previously scheduled to be heard on January 12, 2011 at 4:00 p.m. has been rescheduled to be heard on **January 26, 2011 at 2:30 P.M.** in Courtroom 600, 6th floor, United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Avenue, Houston, Texas 77002, before the Honorable Jeff Bohm.

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

**AMENDED NOTICE OF HEARING**  **Page 1 of 2**
US 721056v.1

Dated: January 13, 2011

    Respectfully submitted,

    **VINSON & ELKINS LLP**

By: /s/ *Michaela C. Crocker*
    Daniel C. Stewart, SBT #19206500
    Paul E. Heath, SBT #093555050
    Michaela C. Crocker, SBT #24031985
    Richard H. London, SBT #24032678
    2001 Ross Avenue, Suite 3700
    Dallas, Texas 75201
    Tel: 214.220.7700
    Fax: 214.999.7787
    mcrocker@velaw.com
    rlondon@velaw.com

    **ATTORNEYS FOR THE DEBTORS**