IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, | § | |
| ET AL.,[1] | § | (CHAPTER 11) |
| | § | |
| DEBTORS. | § | (Jointly Administered) |
| | § | |

## WITNESS AND EXHIBIT LIST

Judge:  Jeff Bohm
Courtroom Deputy:  Vangie Attaway

Hearing Date:  January 19, 2011
Hearing Time:  2:30 p.m.
Party's Name:  Wilkerson Entities
Attorney's Name:  Mark Andrews
Attorney's Phone:  (214) 698-7800
Nature of Proceeding:
1. Motion to Compel Timely Performance of Post-petition Lease Obligations

## WITNESSES

1. Gordon Wilkerson, Vice President , Wilkerson Properties

Wilkerson Entities reserve the right to call any witnesses designated by any other party, as well as replacement or rebuttal witnesses.

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Correspondence from Wilkerson Properties to Lack's Properties dated 11/15/07, 11/19/08, 12/04/09, and 11/24/10 requesting payment of taxes for the Lubbock property | | | | |

---

[1] The Debtors include Lack's Stores, Incorporated ("Lack's Stores"), Merchandise Acceptance Corporation, Lack's Furniture Centers, Inc., and Lack Properties, Inc. ("Lack Properties").

**WITNESS AND EXHIBIT LIST** – Page 1
3289738.1

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 2. | 2010 Tax Statement for the Lubbock property | | | | |
| 3. | Memorandum of Lease dated October 26, 1999 and Lease Agreement between Lack's Stores, Inc. and the Wilkerson Entities dated February 5, 1998 | | | | |
| 4. | Correspondence from Wilkerson Properties to Lack's Properties dated 11/03/05, 12/16/06, 11/21/07, 11/20/08, 12/04/09 and 11/24/10 requesting payment of taxes for the San Antonio property | | | | |
| 5. | 2010 Tax Statement for the San Antonio property | | | | |
| 6. | Lease Agreement between John G. Wilkerson, Jr. and Lack's Stores, Inc. | | | | |
| 7. | Correspondence from Wilkerson Properties to Lack's Properties dated 11/08/10 requesting payment of taxes for the Waco property | | | | |
| 8. | 2010 Tax Statement for the Waco property | | | | |
| 9. | Lease Agreement between 4800 Franklin, LLC and Lack's Stores, Inc. dated July 1, 2010 | | | | |

Wilkerson Entities reserve the right to use any exhibits presented by any other party.

Wilkerson Entities also reserve the right to use exhibits not listed here for impeachment or rebuttal purposes at the hearing.

Wilkerson Entities also reserve the right to supplement or amend this Witness and Exhibit List any time prior to the hearing.

Dated: January 14, 2011  Respectfully submitted,

**COX SMITH MATTHEWS INCORPORATED**

By: */s/ Aaron M. Kaufman*
  Mark E. Andrews
  State Bar No. 01253520
  mandrews@coxsmith.com
  Aaron M. Kaufman
  State Bar No. 24060067
  akaufman@coxsmith.com

  1201 Elm Street, Suite 3300
  Dallas, Texas 75270
  (214) 698-7800
  (214) 698-7899 (Fax)

**COUNSEL FOR WILKERSON ENTITIES**

**CERTIFICATE OF SERVICE**

On this 14th day of January 2011, a true and correct copy of the foregoing Witness & Exhibit List has been served electronically by the Court's PACER system to those parties registered to receive electronic notice. True and correct copies of the exhibits listed above were also provided to Debtors' counsel of record, including Paul E. Heath, Richard H. London and Katie Grissel via hand delivery, and counsel to the Official Committee of Unsecured Creditors, Clifford Katz, via Federal Express on the same date at the addresses listed below. Copies may be requested by contacting Deborah Andreacchi, (214) 698-7814 or dandreac@coxsmith.com.

| **Counsel to the Debtor:**<br>Paul Heath, Richard London, Katie Grissel<br>Vinson & Elkins LLP<br>2001 Ross Ave., #3700<br>Dallas, TX 75201 | Platzer Swergold Karlin Levine, Goldberg & Jaslow, LLP<br>Attn: Clifford Katz<br>1065 Avenue of the Americas, 18th Floor<br>New York, NY 10018 |
|---|---|

By: */s/ Aaron M. Kaufman*
  Aaron M. Kaufman

**WITNESS AND EXHIBIT LIST** – Page 3
3289738.1