

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

ENTERED
01/17/2011

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, § | |
| ET AL.,[1] § | (Chapter 11) |
| § | (Jointly Administered) |
| DEBTORS. § | |

### ORDER APPROVING REQUEST FOR EXPEDITED CONSIDERATION OF (1) MOTION TO APPROVE SALE OR ABANDONMENT OF MISCELLANEOUS PERSONAL PROPERTY AND (2) APPLICATION TO EMPLOY TAYLOR & MARTIN, INC. AS LIQUIDATOR AND AUCTIONEER

Upon consideration of the *Debtors' Request for Expedited Consideration of (1) Motion to Approve Sale or Abandonment of Miscellaneous Personal Property and (2) Application to Employ Taylor & Martin, Inc. as Liquidator and Auctioneer* (the "Request"); and it appearing that the relief requested is in the best interests of the Debtors' estates, creditors, and other parties in interest, and that good cause has been shown for the relief requested; it is hereby

**ORDERED** that the Request is granted. It is further

**ORDERED** that the *Debtors' Expedited Motion to Approve Sale or Abandonment of Miscellaneous Personal Property* will be heard on **January 26, 2011** at **1:30 p.m., Central Time** and the *Debtors' Application to Employ Taylor & Martin, Inc. as Liquidator and Auctioneer* will be heard on **January 26, 2011** at **2:30 p.m., Central Time**.

SIGNED THIS *14th* day of January, 2011.

_____
Jeff Bohm
United States Bankruptcy Judge

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).