IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, *ET* § | |
| *AL.*,[1] § | (Chapter 11) |
| § | (Jointly Administered) |
| DEBTORS. § | |
| § | Ref. Docket Nos. 364, 365, 368, 369 |

### CERTIFICATE OF SERVICE

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned cases.

On January 13, 2011, under my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**, and via postage pre-paid U.S. Mail upon the service list attached hereto as **Exhibit B**:

- **Order Approving Procedures and Bid Protections for the Sales and Assignment of Real Property Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests (Real Property Leases) [re: Docket No. 233]** (Docket No. 364)

- **Order Approving Procedures and Bid Protections for the Sale of Real Property Free and Clear of Lien, Claims, Encumbrances, and Other Interests (Owned Real Property) [re: Docket No. 234]** (Docket No. 365)

- **Order Granting Debtors' Expedited Motion for Authority to Retain and Compensate Professionals Used in the Ordinary Course of Business** (Docket No. 368)

- **Order Granting Amended Expedited Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b), 1107(a), and 1108 for Authority to Pay Bonus Amounts in the Ordinary Course of Business [re: Docket No. 235]** (Docket No. 369)

Furthermore, on January 13, 2011, under my direction and under my supervision, employees of KCC caused the following documents to be served via postage pre-paid U.S. Mail upon the service lists attached hereto as **Exhibit C**:

- **Order Approving Procedures and Bid Protections for the Sales and Assignment of Real Property Leases Free and Clear of Liens, Claims, Encumbrances, and Other Interests (Real Property Leases) [re: Docket No. 233]** (Docket No. 364)

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

- **Order Approving Procedures and Bid Protections for the Sale of Real Property Free and Clear of Lien, Claims, Encumbrances, and Other Interests (Owned Real Property) [re: Docket No. 234]** (Docket No. 365)

Furthermore, on January 13, 2011, under my direction and under my supervision, employees of KCC caused the following document to be served via postage pre-paid U.S. Mail upon the service list attached hereto as **Exhibit D**:

- **Order Granting Debtors' Expedited Motion for Authority to Retain and Compensate Professionals Used in the Ordinary Course of Business** (Docket No. 368)

Dated: January 18, 2011

_____
Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 18th day of January, 2011, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

Lack's Stores
Master Service List

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ANDERSON SMITH NULL & STOFER LLP | RICHARD T CHAPMAN | rchapman@andersonsmith.com |
| ANDREWS KURTH LLP | JASON S BROOKNER | jbrookner@akllp.com |
| AUSTIN AMERICAN STATESMAN | | rwallace@statesman.com |
| BROWNCHILD LTD INC | DON BROWN | don.brown@brownchild.com |
| BROWNCHILD LTD INC | MARC DOUGLAS MYERS | mm@am-law.com |
| CITY BANK LUBBOCK | | DJones@citybanktexas.com |
| COHEN POLLOCK MERLIN & SMALL PC | MARK S MARANI | mmarani@cpmas.com |
| CONWAY MACKENZIE INC | JOHN T YOUNG | JYoung@ConwayMacKenzie.com KHughes@ConwayMacKenzie.com |
| CORINTHIAN INC | KEVIN BLAKNEY | kblakney@corinthianfurn.com cmccoy@corinthianfurn.com |
| COX SMITH MATHEWS INCORPORATED | MARK E ANDREWS AARON M KAUFMAN | mandrews@coxsmith.com akaufman@coxsmith.com |
| DIAMOND MCCARTHY LLP | BRIAN A ABRAMSON | babramson@diamondmccarthy.com |
| FISHMAN JACKSON LUEBKER PLLC | DONALD O WALSH ESQ | dwalsh@fishmanjackson.com |
| FURNITURE BRANDS INTERNATIONAL | ATTN JEFF SCHNURBUSCH | jschnurbusch@furniturebrands.com |
| GAY McCALL ISAACKS GORDON & ROBERTS PC | DAVID McCALL ESQ | bankruptcy@ntexas-attorneys.com |
| GAYLE CANNON | | Gayle.cannon66@gmail.com |
| GLOBAL LINK LOGISTICS INC | MONICA THAXTON | Mthaxton@globallinklogistics.com |
| HOHMANN TAUBE & SUMMERS LLP | ERIC J TAUBE | erict@hts-law.com |
| HURON CONSULTING | SANDY EDLEIN & STUART WALKER | swalker@huronconsultinggroup.com |
| HURON CONSULTING GROUP | ELAINE LANE | elane@huronconsultinggroup.com |
| IBM CORPORATION | VICKY NAMKEN | vnamken@us.ibm.com |
| KING & SPAULDING LLP | SARAH L TAUB | staub@kslaw.com |
| LANE FURNITURE INDUSTRIES | | Jschnurbusch@furniturebrands.com |
| LANGLEY & BANACK INCORPORATED | DAVID S GRAGG | dgragg@langleybanack.com |
| LEGENDS FURNITURE | | cs@buylegends.com |
| LIFESTYLE ENTERPRISES | | kimg@lifestyle-us.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DAVID G AELVOET | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DIANE W SANDERS | austin.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | houston_bankruptcy@publicans.com |
| MCAFEE & TAFT PC | TWO LEADERSHIP SQ 10TH FL | ross.plourde@mcafeetaft.com |
| MCFALL BREITBEIL & SMITH PC | HEATHER R POTTS | hpotts@mcfall-law.com |
| MIDLAND COUNTY TAX OFFICE | C O GALEN GATTEN JR | ggatten@pbfcm.com |
| NAJARIAN | | juliet@najarianfurniture.com |

In re Lack's Stores, Inc., et al.
Case No. 10-60149

Page 1 of 2

Lack's Stores
Master Service List

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| NAJARIAN FURNITURE CO INC | ATTN GEORGE NAJARIAN | gn@najarianfurniture.com |
| PATTON BOGGS LLP | JAMES CHADWICK ROBERT JONES BRENT McILWAN | jchadwick@pattonboggs.com<br>bmcilwain@pattonboggs.com |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW LLP | CLIFFORD A KATZ ESQ SHERRI D LYDELL | ckatz@platzerlaw.com<br>slydell@platzerlaw.com |
| PRESIDENTIAL | | cwillsang@maGNUSSEN.com |
| RUSH KELLY MORGAN DENNIS CORZINE & HANSEN PC | MICHAEL G KELLY | mkelly@rkmfirm.com |
| RYDER INTEGRATED LOGISTICS INC | ATTN MIKE MANDELL | mike_mandell@ryder.com |
| RYDER INTEGRATED LOGISTICS INC | | keith_d_pobuda@ryder.com |
| SEALY MATTRESS COMPANY | ATTN MIKE MURRAY | mmurray@sealy.com |
| SED INTERNATIONAL | DEBRA BUTLER | dbutler@sedintl.com |
| SHACKELFORD MELTON & MCKINLEY | FRANCES A SMITH | fsmith@shacklaw.net |
| STEVE SILVER COMPANY | SHERRI PARKER | sparker@ssilver.com |
| TARTONE ENTERPRISES INC | ATTN FRANK CHEN | fchen8@hotmail.com |
| THE NUNLEY FIRM PLLC | PATRICK H AUTRY | pautry@nunleyfirm.com |
| UNDERWOOD PERKINS PC | RICK L LAMBERT | rlambert@uplawtx.com |
| US TRUSTEE'S OFFICE | HECTOR DURAN | hector.duran.jr@usdoj.gov<br>ustpregion07.hu.ecf@usdoj.gov |
| VINSON & ELKINS LLP | PAUL HEATH RICHARD LONDON KATIE GRISSEL | rlondon@velaw.com<br>dstewart@velaw.com<br>kgrissel@velaw.com<br>jimlee@velaw.com<br>mcrocker@velaw.com<br>cwhitman@velaw.com<br>sbarden@velaw.com |
| WARNER NORCROSS & JUDD LLP | STEPHEN B GROW | sgrow@wnj.com |
| WARREN DRUGAN & BARROWS PC | ROBERT L BARROWS | rbarrows@wdblaw.com |
| WELLS FARGO BANK | ATTN JEFFREY G GANN | jeffrey.g.gann@wellsfargo.com |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | ATTN WILLIAM B SULLIVAN | wsullivan@wcsr.com |

In re Lack's Stores, Inc., et al.
Case No. 10-60149

Page 2 of 2

# EXHIBIT B

Lack's Stores
Master Service List

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| DAVIS CEDILLO & MENDOZA, INC. | DERICK J RODGERS | 755 E MULBERRY ST STE 500 | | SAN ANTONIO | TX | 78212 |
| FIRST VICTORIA NATIONAL BANK | | PO BOX 1338 | | VICTORIA | TX | 77902-1338 |
| INTERNAL REVENUE SERVICE | | PO BOX 21126 | | PHILADELPHIA | PA | 19114-1294 |
| INTERNAL REVENUE SERVICE SPEC PROCEDURES | | STOP 5022 HOU | STOP 1919 SMITH ST | HOUSTON | TX | 77002 |
| LACK'S STORES INCORPORATED ET AL | MELVIN LACK JAY LACK | 200 SOUTH BEN JORDAN | | VICTORIA | TX | 77901 |
| LG ELECTRONICS USA INC | KRISTEN CUBBERLY | PO BOX 730241 | | DALLAS | TX | 75373-0241 |
| MCCREARY BESELKA BRAGG & ALLEN PC | MICHAEL REED | PO BOX 1269 | | ROUND ROCK | TX | 78680 |
| MICHAEL NICHOLAS DESIGNS INC | GLORIA LICANO | 6259 DESCANSO AVE | | BUENA PARK | CA | 90620 |
| OAK FURNITURE WEST LLC | | 9950 MARCON DR STE 106 | | SAN DIEGO | CA | 92154 |
| PROGRESSIVE FURNITURE INC | | WOODLANDS DESIGNS | PO BOX 308 | ARCHBOLD | OH | 43502-0308 |
| PROSPERITY BANK | | PO DRAWER G | | EL CAMPO | TX | 77437 |
| SEALY MATTRESS COMPANY | WARREN DUMAS | PO BOX 951721 | | DALLAS | TX | 75395-1721 |
| STANDARD FURNITURE MFG CO | JACLYN KLOOPF | PO DRAWER 1089 | | BAY MINETTE | AL | 36507-0749 |
| TARTONE ENTERPRISES INC | PEARL TZENG | 5055 SOUTH LOOP EAST | | HOUSTON | TX | 77033 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | REVENUE ACCOUNTING DIVISION | BANKRUPTCY SECTION | PO BOX 13528 | AUSTIN | TX | 78711 |
| TEXAS DEPARTMENT OF LICENSING & REGULATION | OFFICE OF ATTORNEY GENERAL | GREGG ABBOTT J CASEY ROY | PO BOX 12548 | AUSTIN | TX | 78711-2548 |
| TEXAS SECRETARY OF STATE | | PO BOX 12887 | | AUSTIN | TX | 78711-2887 |
| TEXAS WORKFORCE COMMISSION | TEC BUILDING BANKRUPTCY | 101 EAST 15TH ST | | AUSTIN | TX | 78778 |
| THE CIT GROUP/BUSINESS CREDIT INC AS AGENT | | TWO LINCOLN CENTRE STE 200 | 5420 LBJ FWY | DALLAS | TX | 75240 |
| THRIVENT FINANCIALS FOR LUTHERANS | | 625 FOURTH AVE S | | MINNEAPOLIS | MN | 79408 |
| US ATTORNEY OF SOUTHERN DISTRICT OF TEXAS | BANK ONE | PO BOX 61129 | | HOUSTON | TX | 77208 |
| WHIRLPOOL | | 211 E 7TH ST | STE 620 | AUSTIN | TX | 78701-3218 |

In re Lack's Stores, Inc., et al.
Case No. 10-60149

Page 1 of 1

# EXHIBIT C

Lack's Stores
Real Estate Notice List

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AAA Real Estate & Investments Inc | Adrian Arriaga | 200 S 10th St Ste 904 | PO Box 720838 | McAllen | TX | 78504 |
| Aldrich Thomas Group REALTORS | Isaac Fleener | 18 North Third Street | | Temple | TX | 76501 |
| Annandale Commercial Real Estate | Rob Exline | 17776 Preston Rd | Suite 200 | Dallas | TX | 75252 |
| Ashley Furniture Industries Inc | Mike Hoff | One Ashley Way | | Arcadia | WI | 54612 |
| b bachs development | Skip Reissig | 323 Congress Avenue | Suite 150 | San Antonio | TX | 78701 |
| Baker Katz LLC | Jamie Weaver | 3700 Buffalo Speedway | Suite 1020 | Houston | TX | 77098 |
| Beall's Inc | Laurie Mendoza | 700 13th Avenue East | | Bradenton | FL | 34208 |
| Beer Wells Real Estate Services | Walter Northcutt | P O Box 3449 | | Longview | TX | 75606 |
| BH Properties LLC | Scott Henry | 13612 Midway Rd | Suite 333 | Dallas | TX | 75244 |
| Big Industrial LLC | Denise Wituszynski | 3500 West 75th Street | Suite 200 | Prairie Village | KS | 66208 |
| Binswanger | Kipp Collins | 1200 Three Lincoln Centre | 5430 LBJ Freeway | Dallas | TX | 78340 |
| Birnbaum Property Company | John Moake | 8000 IH 10 West | Suite 200 | San Antonio | TX | 78230 |
| Bob Mills Furniture Company LLC | Bob Mills | 3600 West Reno Ave | | Oklahoma City | OK | 73107 |
| Brand Capital Partners | Jeff Brand | 4161 McKinney Avenue | | Dallas | TX | 75204 |
| BTO Properties | Adam Bennett | 3002 3rd Street | Suite 201 | Santa Monica | CA | 90405 |
| Cano & Company | Alfonso Cano | 3463 Magic Drive | Suite T 10 | San Antonio | TX | 78229 |
| Captex Commercial Properties | Bill Oates | 13284 Pond Springs Rd Suite 202 | PO Box 201538 | Austin | TX | 78720 |
| Carduner Commercial | Rick Carduner | 2161 NW Military Hwy | Suite 402 | San Antonio | TX | 78213 |
| Cavender & Hill Properties Inc | Mark Cavender | 900 Isom Road | Suite 306 | San Antonio | TX | 78216 |
| Cavender & Hill Properties Inc | Ty Bragg | 900 Isom Road | Suite 306 | San Antonio | TX | 78216 |
| CB Richard Ellis Inc Austin | Catherine Nabours | 100 Congress Avenue | Suite 500 | Austin | TX | 78701 |
| CB Richard Ellis Inc San Antonio | Eduardo Gonzalez | 601 NW Loop 410 | Suite 350 | San Antonio | TX | 78216 |
| CB Richard Ellis Inc San Antonio | Seth Prescott | 601 NW Loop 410 | Suite 350 | San Antonio | TX | 78216 |
| Central Realty Partners | Scott Motsinger | P O Box 2124 | | Temple | TX | 76503 |
| Charter Commercial Brokerage | Rodney Deyoe | 3000 South 31st Street | Suite 500 | Temple | TX | 76502 |
| Chesnick Furniture Co | Bobby Leon | 116 W Juan Linn St | | Victoria | TX | 77901 |
| Chinn Exploration Company | Tom Chinn | 4601 McCann Road | | Longview | TX | 75605 |
| Cielo Realty Partners | Tyler Buckler | 720 Brazos Street | Suite 520 | Austin | TX | 78701 |
| City Properties | Gary Gerstenhaber | 3307 Northland Drive | Suite 320 | Austin | TX | 78731 |
| Clear Zone 2003 | Tom May | | | | | |
| Coldwell Banker Bob King Realty | Bob King | 1647 W Henderson St | | Cleburne | TX | 76033-4025 |
| Coldwell Banker Commercial Lenhart Properties Inc | Dan Malone | 304 E Loop 281 | Suite C | Longview | TX | 75605 |

Lack's Stores, Inc., et al.
Case No. 10-60149 (JB)

Lack's Stores
Real Estate Notice List

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Coldwell Banker Commercial Lenhart Properties Inc | Jimmy Walker | 304 E Loop 281 | Suite C | Longview | TX | 75605 |
| Coldwell Banker Commercial Lenhart Properties Inc | Lance Schooley | 304 E Loop 281 | Suite C | Longview | TX | 75605 |
| Coldwell Banker Commercial Ron Brown Company | Quinn Gleinser | 2505 North Navarro | | Victoria | TX | 77901 |
| Coldwell Banker Jim Stewart Realtors | Josh Carter | 500 North Valley Mills Drive | | Waco | TX | 76710 |
| Coldwell Banker Russell Cain Real Estate | Russell Cain | POBox 565 | 2025 N Hwy 35 | Port Lavaca | TX | 77979 |
| Commercial Alliance | Jacob Rocker | 7201 E Camelback Road | Suite 290 | Phoenix | AZ | 85251 |
| Commercial Real Estate Solutions LLC | Jeff Lovaas | 2111 Dickson Drive | Suite 33 | Austin | TX | 78704 |
| Conduit Realty Services | Charlie Ponzio | PO Box 2497 | | Austin | TX | 78768 |
| Covington Capital Corp | Mike Skunda | 47 S Liberty St | Suite 200 | Powell | OH | 43065 |
| Craig Real Estate | Craig Hall | 1911 Elm Creek Road | | New Braunfels | TX | 78132 |
| Creason Commercial Realty | Warren Creason | 4645 N Central Expressway | 200 Knox Place | Dallas | TX | 75205-7315 |
| DB Commercial LLC | Greg Davis | PO Box 2367 | | Temple | TX | 76503 |
| Development 2000 | Dan Appling | 510 West 15th | | Austin | TX | 78701 |
| Diagnostic Clinic of Longview PA | Kenneth Reesor | 707 Hollybrook Drive | | Longview | TX | 75605 |
| Discount Electronics | Rick Culleton | 8619 Wall Street | | Austin | TX | 78710 |
| Dominion Advisory Group Inc | Rachel Allen | 150 N Loop 1604 East | Suite 202 | San Antonio | TX | 78232 |
| Dryden Investments | Ben Edelstein | 3303 Northland Drive | Suite 212 | Austin | TX | 78731 |
| Dub Z Johnson Real Estate Services | Dub Johnson | 4112 College Hills Blvd | Suite 205 | San Angelo | TX | 76904-6507 |
| Durhman & Bassett Realty Group Inc | Barry Haydon | 100 East Anderson Lane | | Austin | TX | 78752 |
| EDGE Realty Partners | Daren Nix | 221 W Sixth St | Suite 310 | Austin | TX | 78701 |
| EDGE Realty Partners | Michael Stern | 5950 Berkshire Lane | Suite 200 | Dallas | TX | 75225 |
| Endeavor Real Estate Group | Ben Bufkin | 221 West 6th Street | Suite 1300 | Austin | TX | 78701 |
| Endeavor Real Estate Group | Jason Thumlert | 221 West 6th Street | Suite 1300 | Austin | TX | 78701 |
| Endeavor Real Estate Group | Ryan Wilson | 221 West 6th Street | Suite 1300 | Austin | TX | 78701 |
| Endura Advisory Group | Albert McNeel | 12500 San Pedro | Suite 850 | San Antonio | TX | 78216 |
| Endura Advisory Group | Nick Altomare | 12500 San Pedro | Suite 850 | San Antonio | TX | 78216 |
| Excel Property Company | Scott Sams | 3701 N Lamar Blvd | Suite 302 | Austin | TX | 78705 |
| Exeter Property Group | Barney Sinclair | 301 Congress Avenue | Suite 220 | Austin | TX | 78701 |

Lack's Stores
Real Estate Notice List

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Falcon Realty Advisors LLC | Tim Hughes | 16000 North Dallas Parkway | Suite 225 | Dallas | TX | 75248 |
| Fastenal | Derek Estes | 9901 Broadway | Suite 100 | San Antonio | TX | 78219 |
| Finger Furniture Inc | Rodney Finger | PO Box 2449 | | Houston | TX | 77252-2449 |
| Forbes Management Inc | Chuck Forbes | 2111 Woodward Ave | Suite 910 | Detroit | MI | 48201 |
| Fred Kost Michael Swift Furniture | Fred Kost | 462 Turkey Trot Rd | | Uvalde | TX | 78801 |
| Furniture Row LLC | Woody Boyd | 13333 East 37th Avenue | | Denver | CO | 80239 |
| Garden Ridge Corp | Patrick Willis | 19411 Atrium Place | Suite 170 | Houston | TX | 77469 |
| Gateway Fellowship Church | John Van Pay | | | San Antonio | TX | |
| Grubb & Ellis Houston | Doug Nicholson | 1330 Post Oak Boulevard | Suite 1400 | Houston | TX | 77056 |
| Gulf Tex Properties | Burris McRee | 6000 S Staples Street | Suite 205 | Corpus Christi | TX | 78413 |
| Gulf Tex Properties | Ray Ver Hey | 6000 S Staples Street | Suite 205 | Corpus Christi | TX | 78413 |
| Hamilton Bryan | Ron Hamilton | 3008 Kemp Boulevard | | Wichita Falls | TX | 76308-1019 |
| Hans G Rohl RE Agent | Hans Rohl | 115 E Travis | Suite 504 | San Antonio | TX | |
| Haverty Furniture Co Inc | Rawson Haverty Jr | 780 Johnson Ferry Road | Suite 800 | Atlanta | GA | 30342 |
| Henry S Miller Brokerage LLC | Keith Coelho | 12770 Cimarron Path | Suite 122 | San Antonio | TX | 78249 |
| Henry S Miller Brokerage LLC | Shawn Ackerman | 1800 West Loop South | Suite 1816 | Houston | TX | 77027 |
| Heslin Becker Properties Inc | Andrea Nilson | 755 W Front Street | Suite 200 | Boise | ID | 90740 |
| Hill Country Holdings LLC | Gary Seals | 1431 FM 1101 | | New Braunfels | TX | 78130 |
| HPI Real Estate Services & Investments | Jay Legg | 3600 N Capital of TX Hwy | Bldg B Suite 250 | Austin | TX | 78746 |
| Ironstone Realty Advisors | Barkley Peschel | 19901 Southwest Freeway | | Sugar Land | TX | 77479 |
| Joe Adame & Associates Inc | Mark Adame | 4550 Corona Drive | | Corpus Christi | TX | 78414 |
| Jones Lang LaSalle Americas Inc | Zach Jamail | 2705 Bee Cave Rd | Suite 160 | Austin | TX | 78746 |
| Julius M Feinblum Real Estate Inc | Julius Feinblum | 25 Fairchild Ave | Suite 500 | Plainview | NY | 11803 |
| KC Rustic | Kevin Koliba | | | Port Lavaca | TX | |
| KTR Capital Partners LLC | Donald Chase | Five Tower Bridge | 300 Barr Harbor Drive Suite 150 | West Conshohocken | PA | 19428 |
| Lack's Valley Stores Ltd | Lee Arronson | 1300 San Patricia Street | | Pharr | TX | 78577 |
| Lakeshore Commercial Services Corporation | Debra Chapman | PO Box 261240 | | Corpus Christi | TX | 78426 |
| Landbridge Commercial Properties | Brian Burks | 1406 Rice Rd | Suite 300 | Tyler | TX | 75703 |
| Lee & Associates Dallas | Trey Fricke | 5050 Quorum Drive | Suite 600 | Dallas | TX | 75254 |
| Linsalata Realty Services | Joe Linsalata | 824 West 10th Street | Suite 100 | Austin | TX | 78701 |
| Lone Star Lumber | Toby Clarkson | PO Box 1027 | | Ingleside | TX | 78362 |
| Lone Star Select Holdings | Alfredo Leos | 867 Ridge Road | | New Braunfels | TX | 78130 |

Lack's Stores, Inc., et al.
Case No. 10-60149 (JB)                                    Page 3 of 6

**Lack's Stores**
**Real Estate Notice List**

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Louis Shanks of Texas Inc | Mike Forwood | PO Box 10448 | | Austin | TX | 78757 |
| LRS Real Estate Services | Robert Mendoza | 6330 LBJ Freeway | Suite 239 | Dallas | TX | 75240 |
| M & W Sales Inc | James McDowell | PO Box 758 | | Belmont | MS | 38827 |
| Marcus & Millichap Austin | Bradley Bailey | 8310 N Capital of Texas Hwy | Suite 150 | Austin | TX | 78731 |
| Mayfield Properties LP | Jim Jones | Cedar Maple Plaza II Suite 125 | 2305 Cedar Springs Road | Dallas | TX | 75201 |
| McAllister & Associates Real Estate Services | Randy Merritt | 201 Barton Springs Road | | Austin | TX | 78704 |
| Moran Capital LLC | Robb Parks | 4514 Cole Avenue | Suite 600 | Dallas | TX | 75205 |
| NAI Cravey Real Estate Services Inc | Lynann Pinkham | 5541 Bear Lane | Suite 240 | Corpus Christi | TX | 78405 |
| NAI REOC San Antonio | James Turcotte | Plaza Las Campanas | 1826 N Loop 1604 W Suite 250 | San Antonio | TX | 78248-4531 |
| Newmark Knight Frank | Henry Kobrin | 125 Park Avenue | | New York | NY | 10017 |
| Newmark Knight Frank Houston | Mike Zatopek | 5151 San Felipe | | Houston | TX | 77056 |
| NewQuest Properties | Matthew Reed | 8807 W Sam Houston Pkwy N | Suite 200 | Houston | TX | 77040 |
| Olson Properties Inc | Carl Olson Sr | PO Box 6125 | | San Antonio | TX | 78209 |
| Oxford Commercial | Harry Scott Jr | 2700 Via Fortuna | Suite 100 | Austin | TX | 78746 |
| Oxford Commercial | Jeff Coddington | 2700 Via Fortuna | Suite 100 | Austin | TX | 78746 |
| Paschal Capital Advisors Inc | George Fillis | 123 Warbler Way | | San Antonio | TX | 78231 |
| Paul Johnson & Associates | Paul Johnson | 4633 S 14th Street | | Abilene | TX | 79605-4734 |
| Pearce Commercial Property Company LLC | C Matson Pearce | 4311 Belmont Ave | | Dallas | TX | 75204 |
| Pier 1 Imports Inc | Dana Bingham | 100 Pier 1 Place | | Fort Worth | TX | 76102 |
| Pitcock Properties | Jerrod Pitcock | | | San Angelo | TX | |
| Planet Fitness | Kyle Nagel | 168 South River Road | | Bedford | NH | |
| Primus Real Estate Services LLP | Nate Nickerson | 2630 Exposition Boulevard | Suite G 05 | Austin | TX | 78703 |
| Reata Real Estate Services LLC | Donald Thomas II | 7330 San Pedro | Suite 710 | San Antonio | TX | 78216 |
| Red Oak Commercial | Brian Ellisor | 10900 Northwest Freeway | Suite 223 | Houston | TX | 77092-4073 |
| Retail Solutions | David Simmonds | 815 A Brazos #544 | | Austin | TX | 78701 |
| Rohde Ottmers & Siegel Realty Services | Chuck Siegel | 85 NE Loop 410 | Suite 100 | San Antonio | TX | 78216 |
| Rooms To Go Inc | Jeffrey Finkel | 400 Perimeter Center Terrace | Suite 800 | Atlanta | GA | 30346 |

Lack's Stores
Real Estate Notice List

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Rooms To Go Inc | Peter Weitzner | 400 Perimeter Center Terrace | Suite 800 | Atlanta | GA | 30346 |
| Sam's Furniture & Appliance | Jeff London | 5050 E Belknap St | | Fort Worth | TX | 76117 |
| Seely & Company | Kristen Kahn | 8312 Club Ridge Dr | | Austin | TX | 78735 |
| Sendero Commercial Investments LLC | George Shaw III | 8833 Tradeway | | San Antonio | TX | 78217 |
| Senter Realtors | Scott Senter | 3401 Curry Lane | | Abilene | TX | 79606 |
| Silverstone Real Estate Company | Elliot Silverstone | 3908 Bonnell Drive | Suite 2 | Austin | TX | 78731 |
| Sisu Realty & Assoc | Bryan Maki | 2900 Kinloch Dr | | Cedar Park | TX | 78613 |
| Skyvest Acquisitions LLC | Val Saravia | PO Box 82434 | | Austin | TX | 78708 |
| Southwest Strategies Group Inc | John Rosato | 1214 West 6th Street | Suite 220 | Austin | TX | 78703 |
| SRS Real Estate Partners Austin | Austin McWilliams | 210 Barton Springs Rd | Suite 500 | Austin | TX | 78704 |
| SRS Real Estate Partners Austin | Todd Wallace | 210 Barton Springs Rd | Suite 500 | Austin | TX | 78704 |
| Star Furniture Inc | William Kimbrell | PO Box 219169 | | Houston | TX | 77218-9169 |
| Stream Realty Partners LP | Matt Frizzell | 400 W 15th | Suite 1250 | Austin | TX | 78701 |
| Stream Realty Partners LP | Robin Smith | 2200 Ross Avenue | Suite 5400 | Dallas | TX | 75201 |
| Summers Real Estate Group | Bud Summers | 2002 Judson Road | Suite 108 | Longview | TX | 75605 |
| Tabani Group Inc | Cheri Dolan | 16600 Dallas Parkway | Suite 300 | Dallas | TX | 75248 |
| Tarantino Properties Inc | Nick Tarantino | 502 East 11th Street | Suite 400 | Austin | TX | 78701 |
| The Aldrich Group | John Aldrich | 2711 LBJ Freeway | Suite 130 | Dallas | TX | 75234 |
| The May Real Estate Advisors LLC | Frank May | 3333 Lee Parkway | Suite 600 | Dallas | TX | 75219 |
| The Oldham Goodwin Group LLC | Jason McAlister | 2800 South Texas Avenue | Suite 401 | Bryan | TX | 77802 |
| The Retail Connection LP | Chris Thomas | 2525 McKinnon Street | Suite 700 | Dallas | TX | 75201 |
| The RoomStore | Brian Bertonneau | 12501 Patterson Avenue | | Richmond | VA | 23233 |
| The RoomStore | Curtis Kimbrell | 12501 Patterson Avenue | | Richmond | VA | 23233 |
| The Weitzman Group Inc | Graham Carter | 4200 N Lamar Blvd | Suite 200 | Austin | TX | 78756 |
| The Weitzman Group Inc | Phil Telisak | 70 NE Loop 410 | Suite 450 | San Antonio | TX | 78216 |
| Transwestern Commercial Services San Antonio | Christopher Bachman | 8200 IH 10 West | Suite 800 | San Antonio | TX | 78230 |
| Tree House Furniture | Dixie Guyer | 116 E 1st | | El Campo | TX | 77437 |
| Triple J Investments LLC | Johnny Vaughan | PO Box 3142 | | Longview | TX | 75606 |
| TriWest Realtors | Ron Harmon | 1500 Industrial Blvd | Suite 302 | Abilene | TX | 79602 |
| Ultimate Electronics Inc | Bruce Boxer | 321 West 84th Ave | Suite A | Thornton | CO | 80260 |
| United Commercial Realty | Gregory Pierce | 4311 Oak Lawn Ave | Suite 400 | Dallas | TX | 75219 |
| United Commercial Realty | Rodger Anderson | 501 Congress Avenue | Suite 310 | Austin | TX | 78701 |
| United Fashions of Texas | Koyt Everhart Jr | 4629 Macro Drive | | San Antonio | TX | 78218 |

**Lack's Stores**
**Real Estate Notice List**

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| United Supermarkets Ltd | Joe Rollins | PO Box 6840 | | Lubbock | TX | 79493-6840 |
| Warehouse Home Furnishings Distributors Inc | Robert Garrett | 1851 Telfair St | PO Box 1140 | Dublin | GA | 31021 |
| Wilkerson Properties | Gordon Wilkerson | PO Box 2525 | | Lubbock | TX | 79408 |
| William Lee Russell | William Lee Russell | 1440 Mt Larson Road | | Austin | TX | 78746 |
| Wulfe & Company | Katherine Wildman | 12 Greenway Plaza | Suite 1500 | Houston | TX | 77046 |
| Yndo Commercial Real Estate Co | Stephen Yndo | 935 South Alamo St | | San Antonio | TX | 78205 |
| Zahler Commercial Realty | Warren Zahler | 12404 Park Central Drive | Suite 420 | Dallas | TX | 75251 |
| Zalman & Company LLC | Rosann Zalman | 1209 N Mechanic | Suite B | El Campo | TX | 77437 |

Lack's Stores, Incorporated
Unexpired Lease Landlords List

| NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 1991 Wilkerson Trust | | PO Box 2525 | | Lubbock | TX | 79408-2525 |
| 3111 Cuthbert Corporation | | PO Box 8610 | | Midland | TX | 79708-8610 |
| 4800 Franklin LLC | | PO Box 2525 | | Lubbock | TX | 79408-2525 |
| BMW Holdings | | Highway 87 N | | Hemphill | TX | 75948 |
| BMW Holdings | | PO Box 1964 | | Hemphill | TX | 75948-1964 |
| Campbell Girls Partnership No 2 Ltd | | 1034 Foggy Valley Road | | Moody | TX | 76557 |
| CIRES Companies | | 1250 NE Loop 410 | Suite 325 | San Antonio | TX | 78209 |
| Cromwell Companies | | 1725 Columbus Avenue | | Waco | TX | 76701 |
| Del Rio Retail Group Inc | | 1601 Palomino Ridge Drive | | Austin | TX | 78733 |
| Genecov Investments Ltd | Burns and Noble | 909 ESE Loop 323 | Suite 650 | Tyler | TX | 75701 |
| Hal D Renfro | Jeanni Watkins | 10 West Broadway | Suite 305 | Salt Lake City | UT | 84101 |
| John G Wilkerson Jr | | PO Box 2525 | | Lubbock | TX | 79408-2525 |
| Killeen ATM LLC | Bob Safai | 12121 Wilshire Blvd | Suite 959 | Los Angeles | CA | 90024 |
| Killeen ATM LLC | Michael Schlesinger | 9701 Wilshire Blvd | 10th Floor | Beverly Hills | CA | 90212 |
| Killeen ATM LLC | Nader Pakfar | Eisner & Frank | 9601 Wilshire Blvd Suite 700 | Beverly Hills | CA | 90201 |
| L & W Company | Wilkerson Properties Inc | Attn Gordon Wilkerson | PO Box 2525 | Lubbock | TX | 79408 |
| Lack Brothers Ltd | | PO Box 2550 | | Victoria | TX | 77902 |
| Lack Family Partners Ltd | | PO Box 2088 | | Victoria | TX | 77902 |
| Lack Properties Inc | | 200 S Ben Jordan | | Victoria | TX | 77901 |
| Mac Rents L P | | PO Box 2550 | | Victoria | TX | 77902-2550 |
| McKelvy Estate Partnership | Robert H McKelvy | 3505 63rd Dr | | Lubbock | TX | 79413 |
| Midland Kaufman LP | | 3659 E Thousand Oaks Blvd | | Thousand Oaks | CA | 91362 |
| Navarro Central Inc | | PO Box 2550 | | Victoria | TX | 77902 |
| Nueces-Holliday Maverick Partners II Ltd | | 1920 Nacogdoches Road | Suite 202 | San Antonio | TX | 78209 |
| Nueces-Holliday Maverick Partners II Ltd | | PO Box 30564 | | Austin | TX | 78755 |
| Plantation Holdings LP | | PO Box 2550 | | Victoria | TX | 77902 |
| Richard or Alice Carrera | | 1229 W Yoakum | | Kingsville | TX | 78363 |
| The Group Partnership | Jay Lack & Barbara Lack | PO Box 2346 | | Victoria | TX | 77902 |
| Triple M Partnership | | PO Box 2550 | | Victoria | TX | 77902 |
| Vineyard Shopping Center | | LOOP 1604 GROUP | PO Box 78225 | Wichita | KS | 67278 |
| Vivian Moss Harding | | 671 Meadowview Circle | | Van Alstyne | TX | 75495 |
| Walco Development Ltd | | 222 Sidney Baker South | Suite 305 | Kerrville | TX | 78028 |

In re Lack's Stores, Inc., et al.
Case No. 10-60149

Page 1 of 1

Lack's Stores, Inc.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| MIRAR INC | dba CAROUSEL ADULT DAY CARE | ADOLFO REYES PRESIDENT | 700 KINDLEWOOD | MCALLEN | TX | 78501 |

# EXHIBIT D

Lack's Stores, Inc.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| B D O SEIDMAN LLP | JEFF BUGENHAGEN | PO BOX 31001-0860 | | PASADENA | CA | 91110-0860 |
| B D O SEIDMAN LLP | PATRICK LITTLE | PO BOX 31001-0860 | | PASADENA | CA | 91110-0860 |
| B D O SEIDMAN LLP | TRINO CORTES | PO BOX 31001-0860 | | PASADENA | CA | 91110-0860 |
| COLLIER JOHNSON & WOODS PC | BRIGID COOK | 555 N CARANCAHUA | SUITE 1000 | CORPUS CHRISTI | TX | 78401-0839 |
| CORRIGAN & CORRIGAN PLLC | CAROL CORRIGAN | PO BOX 6911 | | SAN ANTONIO | TX | 78209 |
| DEBORAH J PENNER PC | DEBORAH PENNER | PO BOX 65166 | | LUBBOCK | TX | 79464 |
| FJ STENBERG | JOE STENBERG | 722 E EUCLID AVENUE | | SAN ANTONIO | TX | 78212-0498 |
| KLEIN AND BARENBLAT | HANS ROHL | 504 MILAM BUILDING | | SAN ANTONIO | TX | 78205 |
| KLEIN AND BARENBLAT | KEITH E KLEIN | 504 MILAM BUILDING | | SAN ANTONIO | TX | 78205 |
| TERRY L GEORGE | TERRY GEORGE | PO BOX 460897 | | SAN ANTONIO | TX | 78246 |
| TEXAS BOTTOM LINE CONSULTING | BOB JOHNSON | PO BOX 701627 | | SAN ANTONIO | TX | 78270 |
| THE GALO LAW FIRM PC | MICHAEL GALO | 4230 GARDENDALE BLDG 401 | | SAN ANTONIO | TX | 78213 |
| WALKER KEELING & CARROLL LLP | LEE KEELING | 210 E CONSTITUTION | | VICTORIA | TX | 77901 |
| WILLIAM F BROWN | FRED BROWN | 210 N 6TH STREET | | WACO | TX | 76701-1313 |