IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, *ET* § | |
| *AL.*,[1] § | (Chapter 11) |
| § | (Jointly Administered) |
| DEBTORS. § | |
| § | Ref. Docket Nos. 366, 370, 371, 373, 375 |

## CERTIFICATE OF SERVICE

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned cases.

On January 13, 2011, under my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**, and via Overnight Mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Expedited Application to Employ Taylor & Martin, Inc. as Liquidator and Auctioneer** (Docket No. 366)

- **Debtors' Request for Expedited Consideration of (1) Motion to Approve Sale or Abandonment of Miscellaneous Personal Property and (2) Application to Employ Taylor & Martin, Inc. as Liquidator and Auctioneer** (Docket No. 370)

- **Proposed] Order Approving Retention of Taylor & Martin, Inc. as Auctioneer and Liquidator** (Docket No. 371)

- **Debtors' Expedited Motion to Approve Sale or Abandonment of Miscellaneous Personal Property** (Docket No. 373)

- **Notice of Sale Hearing (Real Property Lease); to be Held on January 26, 2011, at 1:30 p.m.** (Docket No. 375)

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

Furthermore, on January 13, 2011, under my direction and under my supervision, employees of KCC caused the following document to be served via Overnight Mail upon the service list attached hereto as **Exhibit C**:

- **Notice of Sale Hearing (Real Property Lease); to be Held on January 26, 2011, at 1:30 p.m.** (Docket No. 375)

Dated: January 18, 2011

_____
Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 18th day of January, 2011, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

Lack's Stores
Master Service List

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ANDERSON SMITH NULL & STOFER LLP | RICHARD T CHAPMAN | rchapman@andersonsmith.com |
| ANDREWS KURTH LLP | JASON S BROOKNER | jbrookner@akllp.com |
| AUSTIN AMERICAN STATESMAN | | rwallace@statesman.com |
| BROWNCHILD LTD INC | DON BROWN | don.brown@brownchild.com |
| BROWNCHILD LTD INC | MARC DOUGLAS MYERS | mm@am-law.com |
| CITY BANK LUBBOCK | | DJones@citybanktexas.com |
| COHEN POLLOCK MERLIN & SMALL PC | MARK S MARANI | mmarani@cpmas.com |
| CONWAY MACKENZIE INC | JOHN T YOUNG | JYoung@ConwayMacKenzie.com<br>KHughes@ConwayMacKenzie.com |
| CORINTHIAN INC | KEVIN BLAKNEY | kblakney@corinthianfurn.com<br>cmccoy@corinthianfurn.com |
| COX SMITH MATHEWS INCORPORATED | MARK E ANDREWS AARON M KAUFMAN | mandrews@coxsmith.com<br>akaufman@coxsmith.com |
| DIAMOND MCCARTHY LLP | BRIAN A ABRAMSON | babramson@diamondmccarthy.com |
| FISHMAN JACKSON LUEBKER PLLC | DONALD O WALSH ESQ | dwalsh@fishmanjackson.com |
| FURNITURE BRANDS INTERNATIONAL | ATTN JEFF SCHNURBUSCH | jschnurbusch@furniturebrands.com |
| GAY McCALL ISAACKS GORDON & ROBERTS PC | DAVID McCALL ESQ | bankruptcy@ntexas-attorneys.com |
| GAYLE CANNON | | Gayle.cannon66@gmail.com |
| GLOBAL LINK LOGISTICS INC | MONICA THAXTON | Mthaxton@globallinklogistics.com |
| HOHMANN TAUBE & SUMMERS LLP | ERIC J TAUBE | erict@hts-law.com |
| HURON CONSULTING | SANDY EDLEIN & STUART WALKER | swalker@huronconsultinggroup.com |
| HURON CONSULTING GROUP | ELAINE LANE | elane@huronconsultinggroup.com |
| IBM CORPORATION | VICKY NAMKEN | vnamken@us.ibm.com |
| KING & SPAULDING LLP | SARAH L TAUB | staub@kslaw.com |
| LANE FURNITURE INDUSTRIES | | Jschnurbusch@furniturebrands.com |
| LANGLEY & BANACK INCORPORATED | DAVID S GRAGG | dgragg@langleybanack.com |
| LEGENDS FURNITURE | | cs@buylegends.com |
| LIFESTYLE ENTERPRISES | | kimg@lifestyle-us.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DAVID G AELVOET | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DIANE W SANDERS | austin.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | houston_bankruptcy@publicans.com |
| MCAFEE & TAFT PC | TWO LEADERSHIP SQ 10TH FL | ross.plourde@mcafeetaft.com |
| MCFALL BREITBEIL & SMITH PC | HEATHER R POTTS | hpotts@mcfall-law.com |
| MIDLAND COUNTY TAX OFFICE | C O GALEN GATTEN JR | ggatten@pbfcm.com |
| NAJARIAN | | juliet@najarianfurniture.com |

In re Lack's Stores, Inc., et al.
Case No. 10-60149

Page 1 of 2

Lack's Stores
Master Service List

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| NAJARIAN FURNITURE CO INC | ATTN GEORGE NAJARIAN | gn@najarianfurniture.com |
| PATTON BOGGS LLP | JAMES CHADWICK ROBERT JONES BRENT McILWAN | jchadwick@pattonboggs.com bmcilwain@pattonboggs.com |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW LLP | CLIFFORD A KATZ ESQ SHERRI D LYDELL | ckatz@platzerlaw.com slydell@platzerlaw.com |
| PRESIDENTIAL | | cwillsang@maGNUSSEN.com |
| RUSH KELLY MORGAN DENNIS CORZINE & HANSEN PC | MICHAEL G KELLY | mkelly@rkmfirm.com |
| RYDER INTEGRATED LOGISTICS INC | ATTN MIKE MANDELL | mike_mandell@ryder.com |
| RYDER INTEGRATED LOGISTICS INC | | keith_d_pobuda@ryder.com |
| SEALY MATTRESS COMPANY | ATTN MIKE MURRAY | mmurray@sealy.com |
| SED INTERNATIONAL | DEBRA BUTLER | dbutler@sedintl.com |
| SHACKELFORD MELTON & MCKINLEY | FRANCES A SMITH | fsmith@shacklaw.net |
| STEVE SILVER COMPANY | SHERRI PARKER | sparker@ssilver.com |
| TARTONE ENTERPRISES INC | ATTN FRANK CHEN | fchen8@hotmail.com |
| THE NUNLEY FIRM PLLC | PATRICK H AUTRY | pautry@nunleyfirm.com |
| UNDERWOOD PERKINS PC | RICK L LAMBERT | rlambert@uplawtx.com |
| US TRUSTEE'S OFFICE | HECTOR DURAN | hector.duran.jr@usdoj.gov ustpregion07.hu.ecf@usdoj.gov |
| VINSON & ELKINS LLP | PAUL HEATH RICHARD LONDON KATIE GRISSEL | rlondon@velaw.com dstewart@velaw.com kgrissel@velaw.com jimlee@velaw.com mcrocker@velaw.com cwhitman@velaw.com sbarden@velaw.com |
| WARNER NORCROSS & JUDD LLP | STEPHEN B GROW | sgrow@wnj.com |
| WARREN DRUGAN & BARROWS PC | ROBERT L BARROWS | rbarrows@wdblaw.com |
| WELLS FARGO BANK | ATTN JEFFREY G GANN | jeffrey.g.gann@wellsfargo.com |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | ATTN WILLIAM B SULLIVAN | wsullivan@wcsr.com |

In re Lack's Stores, Inc., et al.
Case No. 10-60149

Page 2 of 2

# EXHIBIT B

Lack's Stores
Master Service List

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| DAVIS CEDILLO & MENDOZA, INC. | DERICK J RODGERS | 755 E MULBERRY ST STE 500 | | SAN ANTONIO | TX | 78212 |
| FIRST VICTORIA NATIONAL BANK | | PO BOX 1338 | | VICTORIA | TX | 77902-1338 |
| INTERNAL REVENUE SERVICE | | PO BOX 21126 | | PHILADELPHIA | PA | 19114-1294 |
| INTERNAL REVENUE SERVICE SPEC PROCEDURES | | STOP 5022 HOU | STOP 1919 SMITH ST | HOUSTON | TX | 77002 |
| LACK'S STORES INCORPORATED ET AL | MELVIN LACK JAY LACK | 200 SOUTH BEN JORDAN | | VICTORIA | TX | 77901 |
| LG ELECTRONICS USA INC | KRISTEN CUBBERLY | PO BOX 730241 | | DALLAS | TX | 75373-0241 |
| MCCREARY BESELKA BRAGG & ALLEN PC | MICHAEL REED | PO BOX 1269 | | ROUND ROCK | TX | 78680 |
| MICHAEL NICHOLAS DESIGNS INC | GLORIA LICANO | 6259 DESCANSO AVE | | BUENA PARK | CA | 90620 |
| OAK FURNITURE WEST LLC | | 9950 MARCON DR STE 106 | | SAN DIEGO | CA | 92154 |
| PROGRESSIVE FURNITURE INC | | WOODLANDS DESIGNS | PO BOX 308 | ARCHBOLD | OH | 43502-0308 |
| PROSPERITY BANK | | PO DRAWER G | | EL CAMPO | TX | 77437 |
| SEALY MATTRESS COMPANY | WARREN DUMAS | PO BOX 951721 | | DALLAS | TX | 75395-1721 |
| STANDARD FURNITURE MFG CO | JACLYN KLOOPF | PO DRAWER 1089 | | BAY MINETTE | AL | 36507-0749 |
| TARTONE ENTERPRISES INC | PEARL TZENG | 5055 SOUTH LOOP EAST | | HOUSTON | TX | 77033 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | REVENUE ACCOUNTING DIVISION | BANKRUPTCY SECTION | PO BOX 13528 | AUSTIN | TX | 78711 |
| TEXAS DEPARTMENT OF LICENSING & REGULATION | OFFICE OF ATTORNEY GENERAL | GREGG ABBOTT J CASEY ROY | PO BOX 12548 | AUSTIN | TX | 78711-2548 |
| TEXAS SECRETARY OF STATE | | PO BOX 12887 | | AUSTIN | TX | 78711-2887 |
| TEXAS WORKFORCE COMMISSION | TEC BUILDING BANKRUPTCY | 101 EAST 15TH ST | | AUSTIN | TX | 78778 |
| THE CIT GROUP/BUSINESS CREDIT INC AS AGENT | | TWO LINCOLN CENTRE STE 200 | 5420 LBJ FWY | DALLAS | TX | 75240 |
| THRIVENT FINANCIALS FOR LUTHERANS | | 625 FOURTH AVE S | | MINNEAPOLIS | MN | 79408 |
| US ATTORNEY OF SOUTHERN DISTRICT OF TEXAS | BANK ONE | PO BOX 61129 | | HOUSTON | TX | 77208 |
| WHIRLPOOL | | 211 E 7TH ST | STE 620 | AUSTIN | TX | 78701-3218 |

In re Lack's Stores, Inc., et al.
Case No. 10-60149

Page 1 of 1

# EXHIBIT C

Lack's Stores, Inc.
Special Parties

| Company | Address1 | City | State | Zip |
|---|---|---|---|---|
| Nueces Holliday Maverick Partners II Ltd | 1920 Nacogdoches Rd Ste 202 | San Antonio | TX | 78902 |
| Uvalde County Appraisal District | 209 N High | Uvalde | TX | 78801 |