## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO. 10-60149** |
| **LACK'S STORES, INCORPORATED,** *ET* § | |
| *AL.,*[1] § | **(Chapter 11)** |
| § | **(Jointly Administered)** |
| **DEBTORS.** § | |
| § | **Ref. Docket Nos. 429 - 431** |

### CERTIFICATE OF SERVICE

I, Darlene Calderon, depose and say that I am employed by Kurtzman Carson Consultants LLC ("KCC"), the claims and noticing agent for the Debtor in the above-captioned cases.

On January 18, 2011, under my direction and under my supervision, employees of KCC caused the following documents to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**, and via Overnight Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Sale Procedures, Auction Date, and Hearing (Real Property Lease) re: 3901 S. Padre Island Drive, Corpus Christi, TX 78415** (Docket No. 429)

- **Notice of Sale Procedures, Auction Date, and Hearing (Real Property Lease) re: 2004 East 42nd Street, Odessa, TX 79762** (Docket No. 430)

- **Notice of Sale Procedures, Auction Date, and Hearing (Real Property Lease) re: 3111 Cuthbert, Midland, TX 79701** (Docket No. 431)

Furthermore, on January 18, 2011, under my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit C**, and via Overnight Mail upon the service list attached hereto as **Exhibit D**:

- **Notice of Sale Procedures, Auction Date, and Hearing (Real Property Lease) re: 3901 S. Padre Island Drive, Corpus Christi, TX 78415** (Docket No. 429)

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

Furthermore, on January 18, 2011, under my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit E**, and via Overnight Mail upon the service list attached hereto as **Exhibit F**:

- **Notice of Sale Procedures, Auction Date, and Hearing (Real Property Lease) re: 2004 East 42nd Street, Odessa, TX 79762** (Docket No. 430)

Furthermore, on January 18, 2011, under my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit G**, and via Overnight Mail upon the service list attached hereto as **Exhibit H**:

- **Notice of Sale Procedures, Auction Date, and Hearing (Real Property Lease) re: 3111 Cuthbert, Midland, TX 79701** (Docket No. 431)

Dated: January 21, 2011

Darlene Calderon

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 21st day of January, 2011, by Darlene Calderon, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature:

> AIMEE M. PAREL
> Commission # 1866499
> Notary Public - California
> Los Angeles County
> My Comm. Expires Sep 27, 2013

S:\CASE FOLDERS\Lacks\Mailings\110118 Notices\COS\110118 COS - DNs 429-431.doc

# EXHIBIT A

**Lack's Stores**
**Master Service List**

| NAME | NOTICE NAME | EMAIL |
|------|-------------|-------|
| ANDERSON SMITH NULL & STOFER LLP | RICHARD T CHAPMAN | rchapman@andersonsmith.com |
| ANDREWS KURTH LLP | JASON S BROOKNER | jbrookner@akllp.com |
| AUSTIN AMERICAN STATESMAN | | rwallace@statesman.com |
| BROWNCHILD LTD INC | DON BROWN | don.brown@brownchild.com |
| BROWNCHILD LTD INC | MARC DOUGLAS MYERS | mm@am-law.com |
| CITY BANK LUBBOCK | | DJones@citybanktexas.com |
| COHEN POLLOCK MERLIN & SMALL PC | MARK S MARANI | mmarani@cpmas.com |
| CONWAY MACKENZIE INC | JOHN T YOUNG | JYoung@ConwayMacKenzie.com<br>KHughes@ConwayMacKenzie.com |
| CORINTHIAN INC | KEVIN BLAKNEY | kblakney@corinthianfurn.com<br>cmccoy@corinthianfurn.com |
| COX SMITH MATHEWS INCORPORATED | MARK E ANDREWS AARON M KAUFMAN | mandrews@coxsmith.com<br>akaufman@coxsmith.com |
| DIAMOND MCCARTHY LLP | BRIAN A ABRAMSON | babramson@diamondmccarthy.com |
| FISHMAN JACKSON LUEBKER PLLC | DONALD O WALSH ESQ | dwalsh@fishmanjackson.com |
| FURNITURE BRANDS INTERNATIONAL | ATTN JEFF SCHNURBUSCH | jschnurbusch@furniturebrands.com |
| GAY McCALL ISAACKS GORDON & ROBERTS PC | DAVID McCALL ESQ | bankruptcy@ntexas-attorneys.com |
| GAYLE CANNON | | Gayle.cannon66@gmail.com |
| GLOBAL LINK LOGISTICS INC | MONICA THAXTON | Mthaxton@globallinklogistics.com |
| HOHMANN TAUBE & SUMMERS LLP | ERIC J TAUBE | erict@hts-law.com |
| HURON CONSULTING | SANDY EDLEIN & STUART WALKER | swalker@huronconsultinggroup.com |
| HURON CONSULTING GROUP | ELAINE LANE | elane@huronconsultinggroup.com |
| IBM CORPORATION | VICKY NAMKEN | vnamken@us.ibm.com |
| KING & SPAULDING LLP | SARAH L TAUB | staub@kslaw.com |
| LANE FURNITURE INDUSTRIES | | Jschnurbusch@furniturebrands.com |
| LANGLEY & BANACK INCORPORATED | DAVID S GRAGG | dgragg@langleybanack.com |
| LEGENDS FURNITURE | | cs@buylegends.com |
| LIFESTYLE ENTERPRISES | | kimg@lifestyle-us.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DAVID G AELVOET | sanantonio.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | DIANE W SANDERS | austin.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ELIZABETH WELLER | dallas.bankruptcy@publicans.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | JOHN P DILLMAN | houston_bankruptcy@publicans.com |
| MCAFEE & TAFT PC | TWO LEADERSHIP SQ 10TH FL | ross.plourde@mcafeetaft.com |
| MCFALL BREITBEIL & SMITH PC | HEATHER R POTTS | hpotts@mcfall-law.com |
| MIDLAND COUNTY TAX OFFICE | C O GALEN GATTEN JR | ggatten@pbfcm.com |
| NAJARIAN | | juliet@najarianfurniture.com |

In re Lack's Stores, Inc., et al.
Case No. 10-60149

Page 1 of 2

**Lack's Stores**
**Master Service List**

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| NAJARIAN FURNITURE CO INC | ATTN GEORGE NAJARIAN | gn@najarianfurniture.com |
| PATTON BOGGS LLP | JAMES CHADWICK ROBERT JONES BRENT McILWAN | jchadwick@pattonboggs.com bmcilwain@pattonboggs.com |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW LLP | CLIFFORD A KATZ ESQ SHERRI D LYDELL | ckatz@platzerlaw.com slydell@platzerlaw.com |
| PRESIDENTIAL | | cwillsang@maGNUSSEN.com |
| RUSH KELLY MORGAN DENNIS CORZINE & HANSEN PC | MICHAEL G KELLY | mkelly@rkmfirm.com |
| RYDER INTEGRATED LOGISTICS INC | ATTN MIKE MANDELL | mike_mandell@ryder.com |
| RYDER INTEGRATED LOGISTICS INC | | keith_d_pobuda@ryder.com |
| SEALY MATTRESS COMPANY | ATTN MIKE MURRAY | mmurray@sealy.com |
| SED INTERNATIONAL | DEBRA BUTLER | dbutler@sedintl.com |
| SHACKELFORD MELTON & MCKINLEY | FRANCES A SMITH | fsmith@shacklaw.net |
| STEVE SILVER COMPANY | SHERRI PARKER | sparker@ssilver.com |
| TARTONE ENTERPRISES INC | ATTN FRANK CHEN | fchen8@hotmail.com |
| THE NUNLEY FIRM PLLC | PATRICK H AUTRY | pautry@nunleyfirm.com |
| UNDERWOOD PERKINS PC | RICK L LAMBERT | rlambert@uplawtx.com |
| US TRUSTEE'S OFFICE | HECTOR DURAN | hector.duran.jr@usdoj.gov ustpregion07.hu.ecf@usdoj.gov |
| VINSON & ELKINS LLP | PAUL HEATH RICHARD LONDON KATIE GRISSEL | rlondon@velaw.com dstewart@velaw.com kgrissel@velaw.com jimlee@velaw.com mcrocker@velaw.com cwhitman@velaw.com sbarden@velaw.com |
| WARNER NORCROSS & JUDD LLP | STEPHEN B GROW | sgrow@wnj.com |
| WARREN DRUGAN & BARROWS PC | ROBERT L BARROWS | rbarrows@wdblaw.com |
| WELLS FARGO BANK | ATTN JEFFREY G GANN | jeffrey.g.gann@wellsfargo.com |
| WOMBLE CARLYLE SANDRIDGE & RICE PLLC | ATTN WILLIAM B SULLIVAN | wsullivan@wcsr.com |

# EXHIBIT B

Lack's Stores
Master Service List

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| DAVIS CEDILLO & MENDOZA, INC. | DERICK J RODGERS | 755 E MULBERRY ST STE 500 | | SAN ANTONIO | TX | 78212 |
| FIRST VICTORIA NATIONAL BANK | | PO BOX 1338 | | VICTORIA | TX | 77902-1338 |
| INTERNAL REVENUE SERVICE | | PO BOX 21126 | | PHILADELPHIA | PA | 19114-1294 |
| INTERNAL REVENUE SERVICE SPEC PROCEDURES | | STOP 5022 HOU | STOP 1919 SMITH ST | HOUSTON | TX | 77002 |
| LACK'S STORES INCORPORATED ET AL | MELVIN LACK JAY LACK | 200 SOUTH BEN JORDAN | | VICTORIA | TX | 77901 |
| LG ELECTRONICS USA INC | KRISTEN CUBBERLY | PO BOX 730241 | | DALLAS | TX | 75373-0241 |
| MCCREARY BESELKA BRAGG & ALLEN PC | MICHAEL REED | PO BOX 1269 | | ROUND ROCK | TX | 78680 |
| MICHAEL NICHOLAS DESIGNS INC | GLORIA LICANO | 6259 DESCANSO AVE | | BUENA PARK | CA | 90620 |
| OAK FURNITURE WEST LLC | | 9950 MARCON DR STE 106 | | SAN DIEGO | CA | 92154 |
| PROGRESSIVE FURNITURE INC | | WOODLANDS DESIGNS | PO BOX 308 | ARCHBOLD | OH | 43502-0308 |
| PROSPERITY BANK | | PO DRAWER G | | EL CAMPO | TX | 77437 |
| SEALY MATTRESS COMPANY | WARREN DUMAS | PO BOX 951721 | | DALLAS | TX | 75395-1721 |
| STANDARD FURNITURE MFG CO | JACLYN KLOOPF | PO DRAWER 1089 | | BAY MINETTE | AL | 36507-0749 |
| TARTONE ENTERPRISES INC | PEARL TZENG | 5055 SOUTH LOOP EAST | | HOUSTON | TX | 77033 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | REVENUE ACCOUNTING DIVISION | BANKRUPTCY SECTION | PO BOX 13528 | AUSTIN | TX | 78711 |
| TEXAS DEPARTMENT OF LICENSING & REGULATION | OFFICE OF ATTORNEY GENERAL | GREGG ABBOTT J CASEY ROY | PO BOX 12548 | AUSTIN | TX | 78711-2548 |
| TEXAS SECRETARY OF STATE | | PO BOX 12887 | | AUSTIN | TX | 78711-2887 |
| TEXAS WORKFORCE COMMISSION | TEC BUILDING BANKRUPTCY | 101 EAST 15TH ST | | AUSTIN | TX | 78778 |
| THE CIT GROUP/BUSINESS CREDIT INC AS AGENT | | TWO LINCOLN CENTRE STE 200 | 5420 LBJ FWY | DALLAS | TX | 75240 |
| THRIVENT FINANCIALS FOR LUTHERANS | | 625 FOURTH AVE S | | MINNEAPOLIS | MN | 79408 |
| US ATTORNEY OF SOUTHERN DISTRICT OF TEXAS | BANK ONE | PO BOX 61129 | | HOUSTON | TX | 77208 |
| WHIRLPOOL | | 211 E 7TH ST | STE 620 | AUSTIN | TX | 78701-3218 |

# EXHIBIT C

Lack's Stores, Inc.
Special Parties

| Company | Contact | Email |
|---|---|---|
| acQuire Investments | Maricela Gonzalez | Info@MaricelaGonzalez.com |
| Commercial Alliance | Jacob Rocker | Jrocker@commercialall.com |
| Finger Furniture Inc | Rodney Finger | rfinger@fingerfurniture.com |
| Gulf Tex Properties | Burris McRee | burris@gulftex.com |
| Haverty Furniture Co Inc | Rawson Haverty Jr | rhavertyjr@havertys.com |
| Henry S Miller Brokerage LLC | Shawn Ackerman | shawnackerman@henrysmiller.com |
| Lack's Valley Stores Ltd | Lee Arronson | LeeA@LacksValley.com |
| Planet Fitness | Kyle Nagel | kuxs@yahoo.com |
| Rooms To Go Inc | Peter Weitzner | pweitzner@roomstogo.com |
| The RoomStore | Curtis Kimbrell | ckimbrell@roomstore.com |

# EXHIBIT D

Lack's Stores, Inc.
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---------|---------|----------|------|-------|-----|
| acQuire Investments | Maricela Gonzalez | 3837 S Padre Island | Corpus Christi | TX | 78415 |
| Commercial Alliance | Jacob Rocker | 7201 E Camelback Road | Phoenix | AZ | 85251 |
| Finger Furniture Inc | Rodney Finger | PO Box 2449 | Houston | TX | 77252-2449 |
| Gulf Tex Properties | Burris McRee | 6000 S Staples Street | Corpus Christi | TX | 78413 |
| Haverty Furniture Co Inc | Rawson Haverty Jr | 780 Johnson Ferry Road | Atlanta | GA | 30342 |
| Henry S Miller Brokerage LLC | Shawn Ackerman | 1800 West Loop South | Houston | TX | 77027 |
| King & Spalding LLP | Sarah L Taub | 1180 Peachtree St 28th Fl | Atlanta | GA | 30309 |
| Lack Brothers Ltd | | PO Box 2550 | Victoria | TX | 77902-2550 |
| Lack's Valley Stores Ltd | Lee Arronson | 1300 San Patricia Street | Pharr | TX | 78577 |
| M & W Sales Inc | James McDowell | PO Box 758 | Belmont | MS | 38827 |
| Nueces County | Attn Ramiro Canales | PO Box 2810 | Corpus Christi | TX | 78403-2810 |
| Nueces County Appraisal District | | 201 N Chaparral St Ste 206 | Corpus Christi | TX | 78401-2503 |
| Planet Fitness | Kyle Nagel | 168 South River Road | Bedford | NH | 03110-6929 |
| Rooms To Go Inc | Peter Weitzner | 400 Perimeter Center Terrace | Atlanta | GA | 30346 |
| The RoomStore | Curtis Kimbrell | 12501 Patterson Avenue | Richmond | VA | 23233 |

# EXHIBIT E

Lack's Stores, Inc.
Special Parties

| Company | Contact | Email |
|---|---|---|
| Bob Mills Furniture Company LLC | Bob Mills | bob@bobmills.com<br>rdyson@bobmills.com |
| Cano & Company | Alfonso Cano | alcano@satx.rr.com |
| Colliers International Houston | Marshall Clinkscales Jr | marshall.clinkscales@colliers.com |
| Henry S Miller Brokerage LLC | Shawn Ackerman | shawnackerman@henrysmiller.com |
| Rooms To Go Inc | Peter Weitzner | pweitzner@roomstogo.com |
| The RoomStore | Curtis Kimbrell | ckimbrell@roomstore.com |

# EXHIBIT F

Lack's Stores, Inc.
Special Parties

| Company | Contact | Address1 | Address2 | City | State | Zip |
|---------|---------|----------|----------|------|-------|-----|
| Bob Mills Furniture Company LLC | Bob Mills | 3600 West Reno Ave | | Oklahoma City | OK | 73107 |
| Cano & Company | Alfonso Cano | 3463 Magic Drive | | San Antonio | TX | 78229 |
| Colliers International Houston | Marshall Clinkscales Jr | 1300 Post Oak Boulevard | | Houston | TX | 77056 |
| Ector County ISD | Attn Karen McCord | 1301 E 8th St | | Odessa | TX | 79761 |
| Henry S Miller Brokerage LLC | Shawn Ackerman | 1800 West Loop South | | Houston | TX | 77027 |
| Midland Kaufman LP | Kaufman Properties | Attn Jim Kirby | 3659 Thousand Oaks Blvd | Thousand Oaks | CA | 91362 |
| Rooms To Go Inc | Peter Weitzner | 400 Perimeter Center Terrace | | Atlanta | GA | 30346 |
| The RoomStore | Curtis Kimbrell | 12501 Patterson Avenue | | Richmond | VA | 23233 |

Lack's Stores, Inc., et al.
Case No. 10-60149 (JB)

Page 1 of 1

Lacks Store 134 Service List.xls

# EXHIBIT G

Lack's Stores, Inc.
Special Parties

| Company | Contact | Email |
| --- | --- | --- |
| Bob Mills Furniture Company LLC | Bob Mills | bob@bobmills.com<br>rdyson@bobmills.com |
| Cano & Company | Alfonso Cano | alcano@satx.rr.com |
| Colliers International Houston | Marshall Clinkscales Jr | marshall.clinkscales@colliers.com |
| Creason Commercial Realty | Warren Creason | warren@creasonrealty.com |
| Haverty Furniture Co  Inc | Rawson Haverty Jr | rhavertyjr@havertys.com |
| Henry S  Miller Brokerage LLC | Shawn Ackerman | shawnackerman@henrysmiller.com |
| Pitcock Properties | Jerrod Pitcock | jerrod@pitcockproperties.com |
| Rooms To Go Inc | Peter Weitzner | pweitzner@roomstogo.com |
| The RoomStore | Curtis Kimbrell | ckimbrell@roomstore.com |

# EXHIBIT H

Lack's Stores, Inc.
Special Parties

| Company | Contact | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| 3111 Cuthbert Corporation | | 1031 Andrews Hwy Ste 307 | Midland | TX | 79701 |
| Bob Mills Furniture Company LLC | Bob Mills | 3600 West Reno Ave | Oklahoma City | OK | 73107 |
| Cano & Company | Alfonso Cano | 3463 Magic Drive | San Antonio | TX | 78229 |
| Colliers International Houston | Marshall Clinkscales Jr | 1300 Post Oak Boulevard | Houston | TX | 77056 |
| Creason Commercial Realty | Warren Creason | 4645 N  Central Expressway | Dallas | TX | 75205-7315 |
| Haverty Furniture Co  Inc | Rawson Haverty Jr | 780 Johnson Ferry Road | Atlanta | GA | 30342 |
| Henry S  Miller Brokerage LLC | Shawn Ackerman | 1800 West Loop South | Houston | TX | 77027 |
| Midland Central Appraisal District | Attn Ron Stegall | PO Box 908002 | Midland | TX | 79708 |
| Midland Central Appraisal District | | 4631 Andrews Highway | Midland | TX | 79703-4608 |
| Midland County | Attn Kathy Reeves | PO Box 712 | Midland | TX | 79702 |
| Rooms To Go Inc | Peter Weitzner | 400 Perimeter Center Terrace | Atlanta | GA | 30346 |
| The RoomStore | Curtis Kimbrell | 12501 Patterson Avenue | Richmond | VA | 23233 |