UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, *et al.*, | CHAPTER 11 CASE |
| DEBTORS. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF WELLS FARGO BANK, N.A. TO DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS APPROVING (I) MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM AND (II) CONTINUED USE OF EXISTING CHECKS AND BUSINESS FORMS

TO THE HONORABLE JEFF BOHM, UNITED STATES BANKRUPTCY JUDGE:

Wells Fargo Bank, N.A. hereby provides notice of withdrawal of its Limited Objection of Wells Fargo Bank, N.A. to Debtors' Emergency Motion for Interim and Final Orders Approving (I) Maintenance of Certain Prepetition Bank Accounts and Cash Management System and (II) Continued Use of Existing Checks and Business Forms.

Respectfully submitted,

WARREN, DRUGAN & BARROWS, P.C.
800 Broadway
San Antonio, Texas 78215
Phone: (210) 226-4131
Fax: (210) 224-6488

By: /s/ R. L. B.
Robert L. Barrows
State Bar No. 01833500
Southern District No. 11171

*Attorneys for Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that on the 24th day of January, 2010, a true and correct copy of the foregoing document was served on the parties on the attached Service List via first class mail, postage prepaid, or, upon those parties who have so-subscribed, via the Court's CM-ECF Filing System.

_____
Robert L. Barrows