IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LACK'S STORES, INCORPORATED, ET AL.,[1] | § § | CASE NO. 10-60149 |
| | § | (Chapter 11) |
| DEBTORS. | § § | (Jointly Administered) |

## MASTER SERVICE LIST
### as of January 20, 2011

**DEBTORS**
Lack's Stores, Incorporated, et al.
Attn: Melvin Lack
      Jay Lack
200 South Ben Jordan
Victoria, TX 77901

## DEBTORS' PROFESSIONALS

**DEBTORS' COUNSEL**
Vinson & Elkins LLP
Attn: Paul Heath
      Richard London
      Katie Grissel
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Fax:   214.220.7716
E-mail: rlondon@velaw.com
E-mail: kgrissel@velaw.com

**FINANCIAL ADVISORS**
Huron Consulting
Attn: Sandy Edlein
      Stuart Walker
500 N. Akard, Suite 1940
Dallas, TX 75201
Fax:   214.365.2595
E-mail: swalker@huronconsultinggroup.com

Huron Consulting
Attn: Elaine Lane
550 W Van Buren
Chicago, IL 60607
Fax: 312.583.8701
E-mail: elane@huronconsultinggroup.com

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

1

## U.S. TRUSTEE

**Office of the United States Trustee**
Attn: Hector Duran
515 Rusk Street, Suite 3516
Houston, TX 77002
Fax: 713.718.4680
E-mail: Hector.duran.jr@usdoj.gov
E-mail: ustpregion07.hu.ecf@usdoj.gov


### COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
Attn: Clifford Katz
Sherri D. Lydell
1065 Avenue of The Americas, 18th Floor
New York, NY 10018
Fax: 212.593.0353
E-mail: ckatz@platzerlaw.com
E-mail: slydell@platzerlaw.com

S. Margie Venus
Strong Pipkin Bissell et al
1301 McKinney, Suite 2100
Houston, TX 77010
Fax: 713.651.1920
E-mail: mvenus@strongpipkin.com

### FINANCIAL ADVISOR TO COMMITTEE OF UNSECURED CREDITORS

John T. Young, Jr.
Senior Managing Director
Conway MacKenzie, Inc.
1301 McKinney
Suite 2025
Houston, TX 77010
Fax: 713.650.0500
E-mail: JYoung@ConwayMacKenzie.com
E-mail: KHughes@ConwayMacKenzie.com


### COMMITTEE OF UNSECURED CREDITORS

Sealy Mattress Company                    Womble Carlyle Sandridge & Rice, P.L.L.C.
Attn: Mike Murray                         Attn: William B. Sullivan, Esq.
One Office Parkway at Sealy Dr.           One West Fourth St.

Trinity, NC 27370  
Fax: 336.861.3863  
E-mail: mmurray@sealy.com

Winston-Salem, NC 27101  
Fax: 336.733.8365  
E-mail: wsullivan@wcsr.com  
**Counsel for Sealy Mattress Company**

Tartone Enterprises, Inc.  
Attn: Frank Chen  
5055 South Loop East  
Houston, TX 77033  
Fax: 713.728.7648  
E-mail: fchen8@hotmail.com

Diamond McCarthy, L.L.P.  
Attn: Brian A. Abramson, Esq.  
909 Fannin, 15th Floor  
Houston, TX 77010  
Fax: 713.333.5195  
E-mail: babramson@diamondmccarthy.com  
**Counsel for Tartone Enterprises, Inc.**

Furniture Brands International  
Attn: Jeff Schnurbusch  
1 North Brentwood Blvd.  
St. Louis, MO 63105  
Fax: 828.434.9198  
E-mail: jschnurbusch@furniturebrands.com

Underwood Perkins, P.c.  
Two Lincoln Centre, Suite 1900  
Dallas, Texas 75240  
Fax:: 972.788.3350  
E-mail: rlambert@uplawtx.com  
**Counsel for Furniture Brands International, Inc. Broyhill Furniture Industries, Inc. and Lane Furniture Industries, Inc.**

Najarian Furniture Co., Inc.  
Attn: George Najarian  
17560 E. Rowland St.  
City of Industry, CA 91748  
Fax: 626.839.8715  
E-mail: gn@najarianfurniture.com

Ryder Integrated Logistics, Inc.  
Attn: Mike Mandell  
11690 NW 105th St.  
Miami, FL 33178  
Fax: 305.500.3336  
E-mail: mike_mandell@ryder.com

## GOVERNMENTAL AGENCIES

Internal Revenue Service  
P.O. Box 7346  
Philadelphia, PA 19101-7346

U.S. Attorney for Southern District of Texas  
Bank One  
PO Box 61129  
Houston, TX 77208

Internal Revenue Service
Special Procedures
Stop 5022-HOU
Stop 1919 Smith St.
Houston, TX 77002

Texas Comptroller of Public Accounts
Revenue Accounting Division
Bankruptcy Section
P. O. Box 13528
Austin, TX 78711

Texas Department of Licensing and Regulation
Office of the Attorney General
Greg Abbott
Attorney General of Texas
J. Casey Roy
Assistant Attorney General
P.O. Box 12548
Austin TX  78711-2548
Fax:  512.482.8341

Texas Secretary of State
P. O. Box 12887
Austin, TX 78711-2887
Fax:    512.475.2815

Texas Workforce Commission
TEC Building – Bankruptcy
101 East 15th Street
Austin, TX 78778

## POTENTIAL SECURED LENDERS AND LENDERS' COUNSEL

The CIT Group/Business Credit, Inc., as Agent
Two Lincoln Centre, Suite 200
5420 LBJ Freeway
Dallas, TX 75240

Patton Boggs LLP
Attn: James Chadwick
        Robert Jones
        Brent McIlwain
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
Fax: 214.758.1550
**E-mail: jchadwick@pattonboggs.com**
**E-mail: bmcilwain@pattonboggs.com**
Counsel for CIT Group/Business Credit, Inc. as Agent

First Victoria National Bank
P.O. Box 1338
Victoria, TX 77902-1338

Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
One O'Conner Plaza, Seventh Floor
Post Office Box 1969
Victoria, TX 77902
Fax: 361.573.5288
**E-mail: rchapman@andersonsmith.com**
Counsel for First Victoria National Bank

4

Prosperity Bank
P.O. Drawer G
El Campo, TX 77437
Fax:    979.543.1906
E-mail: contactus@prosperitybanktx.com

Richard T. Chapman
Anderson, Smith, Null & Stofer, L.L.P.
One O'Conner Plaza, Seventh Floor
Post Office Box 1969
Victoria, TX 77902
Fax: 361.573.5288
E-mail:rchapman@andersonsmith.com
Counsel for Prosperity Bank

Thrivent Financials for Lutherans
625 Fourth Ave. S
Minneapolis, MN 79408

Donald O. Walsh
Fishman Jackson Luebker PLLC
700 Three Galleria Tower
13155 Noel Road
Dallas, TX 75240
Fax: 972.419.5501
E-mail: **dwalsh@fishmanjackson.com**
**Counsel for Thrivent Financial for Lutherans**

City Bank Lubbock
5219 City Bank Parkway
Lubbock, TX 79407
E-mail: **DJones@citybanktexas.com**

Mark E. Andrews
Aaron M. Kaufman
Cox Smith Matthews Incorporated
1201 Elm Street, Suite 3300
Dallas, TX 75270
Fax:  214.698.7899
E-mail: **mandrews@coxsmith.com**
E-mail: **akaufman@coxsmith.com**
Counsel for City Bank

## TWENTY LARGEST UNSECURED CREDITORS

Sealy Mattress Company
P. O. Box 951721
Dallas, TX 75395-1721
E-mail: **Wdumas@Sealy.com**

Lane Furniture Industries
P.O. Box 1627
Tupelo, MS 38802
E-mail: **Jschnurbusch@furniturebrands.com**

Brownchild Ltd Inc.
1633 Bonnie Brae
Houston, TX 77006
E-mail: **don.brown@brownchild.com**

LG Electronics USA, Inc.
P. O. Box 730241
Dallas, TX 75373-0241
E-mail: kristen.cubberly@lg.com

Whirlpool
211 E. 7th St.
Suite 620
Austin, TX 78701-3218
E-mail: **Shelly_L_Hope@whirlpool.com**

Tartone Enterprises Inc
5055 South Loop East
Houston, TX 77033
E-mail: **tartonpearl@yahoo.com**

Corinthian Inc.
P. O. Box 1918
41 CR 101
Corinth, MS 38834
**E-mail: cmccoy@corinthianfurn.com**

Steve Silver Company
P. O. Box 1709
Forney, TX 75126-8747
**E-mail: sparker@ssilver.com**

Global Link Logistics, Inc.
1990 Lakeside Parkway, Ste 300
Tucker, GA 30084
**E-mail: Mthaxton@globalllinklogistics.com**

Najarian
17560 E. Rowland Street
Rowland Heights, CA 91748
**E-mail: juliet@najarianfurniture.com**

Legends Furniture
10300 W. Buckeye Road
Tolleson, AZ 85353
**E-mail: cs@buylegends.com**

Progressive Furniture Inc.
Woodlands Designs
P.O. Box 308
Archbold, OH 43502-0308
**E-mail: janyse@progressive.com**

Presidential
66 Hincks St. Unit #1
Canada Zip N3A2A3
New Hamburg, Ontario 91761-7867
**E-mail: cwillsang@maGNUSSEN.com**

Sed International
4916 N. Royal Atlanta Dr.
Tucker, GA 30084
**E-mail: dbutler@sedintl.com**

Standard Furniture Mfg., Co.
P. O. Drawer 1089
Bay Minette, AL 36507-0749
**E-mail: jaclyn.kloopf@sfmco.com**

Michael Nicholas Designs Inc.
6259 Descanso Ave.
Buena Park, CA 90620
**E-mail: mndin3@msn.com**

Oak Furniture West LLC
9950 Marcon Drive, Suite 106
San Diego, CA 92154

Ryder Integrated Logistics, Inc.
24610 Network Place
Chicago, IL 60673-1246
**E-mail: keith_d_pobuda@ryder.com**

Lifestyle Enterprises
529 Townsend
High Point, NC 27263
**E-mail: kimg@lifestyle-us.com**

Austin American Statesman
P.O. Box 670
Austin, TX 78767-001
**E-mail: rwallace@statesman.com**

## NOTICE OF APPEARANCE PARTIES AND
## PARTIES REQUESTING NOTICE

Hohmann, Taube & Summers, L.L.P.
Attn: Eric Taube
100 Congress Avenue, 18th Floor
Austin, TX 78701
Fax: 512.472.5248
E-mail: erict@hts-law.com
**Counsel for Melvin Lack, Jane S. Lack, Mac Rents, L.P., Banana Split Investments, Inc. and Blue Parrot Investments, Inc.**

BrownChild Ltd., Inc.
c/o Marc Douglas Myers
3120 Southwest Freeway, Suite 320
Houston, TX 77098
Fax: 713.522.3322
E-mail: mm@am-law.com
**Counsel for Brownchild Ltd., Inc**

Brian A. Abramson
909 Fannin, Suite 1500
Houston, TX 77010
Fax:   713.333.5199
E-mail: babramson@diamondmccarthy.com
**Counsel for Tartone Enterprises Partnership, Ltd**

Linebarger Goggan Blair & Sampson, LLP
Attn: David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205
Fax: 210.225.6410
E-mail: sanantonio.bankruptcy@publicans.com
**Counsel for Bexar County**

McCreary, Veselka, Bragg & Allen, P.C.
Attn: Michael Reed
P.O. Box 1269
Round Rock, TX 78680
**Counsel for Tax Appraisal District of Bell County,  County of Brazos, County of Calhoun, County of Comal, LaVega Independent School District, Midland Central Appraisal District, County of Taylor, County of Williamson**

Linebarger Goggan Blair & Sampson, LLP
Attn: Diane W. Sanders
P.O. Box 17428
Austin, TX 78760-7428
Fax: 512.443.5114
E-mail: austin.bankruptcy@publicans.com
**Counsel for Victoria County**

David S. Gragg
Langley & Banack Incorporated
Trinity Plaza II, Ninth Floor
745 East Mulberry
San Antonio, TX 78212-3166
Fax: 210.735.6889
E-mail: dgragg@langleybanack.com
**Counsel for Walco Development, LP**

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Fax: 469.221.5002
E-mail: dallas.bankruptcy@publicans.com
**Counsel For Gregg County and Smith County**

Frances A. Smith
Shackelford Melton & McKinley
3333 Lee Parkway, Tenth Floor
Dallas, TX 75219
Fax: 214.780.1401
E-mail: fsmith@shacklaw.net
**Counsel for Consolidated Texas Corporation,
Life Protection Insurance Company
Consolidated Lloyds and Consolidated
Insurance Association**

Midland County Tax Office
c/o Galen Gatten, Jr
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P. O. Box 50188
Midland, TX 79710-0188
Fax: 432.699.7884
E-mail: ggatten@pbfcm.com
**Counsel for Midland County**

John Dillman
Linebarger Goggan Blair & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064
E-mail: houston_bankruptcy@publicans.com
Fax: 713.844.3503
**Counsel for City of Clute and Wharton County**

Stephen B. Grow
Warner Norcross & Judd LLP
111 Lyon Street NW, Suite 900
Grand Rapids, MI 49503
Fax: 616.222.2158
E-mail: sgrow@wnj.com
**Counsel for Whirlpool Corporation**

Jason S. Brookner
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201
Telephone: (214) 659-4400
Fax: 214.659.4401
E-mail: jbrookner@akllp.com
**Counsel to United Furniture Industries, Inc.,
Michael Nicholas Designs, Inc, Legends
Furniture, Inc, Steve Silver Company, and
Standard Furniture Manufacturing Co., Inc.**

John Dillman
Linebarger Goggan Blair & Sampson, LLP
P. O. Box 3064
Houston, TX 77253-3064
Fax: 713.844.3503
E-mail: houston_bankruptcy@publicans.com
**Counsel for Angelina and Matagorda County**

Frances A. Smith
Shackelford Melton & McKinley
3333 Lee Parkway, Tenth Floor
Dallas, TX 75219
E-mail: fsmith@shacklaw.net
Fax: 214.780.1401
**Counsel for Wright Titus Agency**

Michael G. Kelly
Rush, Kelly, Morgan, Dennis, Corzine &
Hansen, P.C.
P. O. Box 1311
Odessa, TX 79760-1311
Fax: 432.367.7271
E-mail: mkelly@rkmfirm.com
**Counsel for 3111 Cuthbert Corporation**

Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, TX 78215
Fax: 210.224.6488
E-mail: rbarrows@wdblaw.com
**Counsel for Wells Fargo Bank, N.A.**

Mark S. Marani
Cohen Pollock Merlin & Small
3350 Riverwood Parkway, Suite 1600
Atlanta, GA 30339
E-mail: mmarani@cpmas.com
Fax: 770.858.1277
**Counsel for SED International, Inc.**

Wells Fargo Bank
Attn: Jeffrey G. Gann
5080 Spectrum Dr., Suite 500E
Addison, TX 75001-4648
Fax: 972.419.0362
E-mail: jeffrey.g.gann@wellsfargo.com
**Loan Adjustment Manager**

David McCall
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th Street
Plano, TX 75074
E-mail: bankruptcy@ntexas-attorneys.com
**Counsel for Collin County Tax Assessor/Collector**

Patrick H. Autry
The Nunley Firm, PLLC
1580 South Main Street, Suite 200
Boerne, TX 78006
Fax: 830.816.3388
E-mail: pautry@nunleyfirm.com
**Counsel for First State Bank of Uvalde**

Vicky Namken
IBM Corporation
113800 Diplomat Dr.
Dallas, TX 75234
Fax: 845.432.0869
E-mail: vnamken@us.ibm.com
**Counsel for International Business Machines Credit LLC (ICC)**

Sarah L. Taub
King & Spalding LLP
1180 Peachtree Street, 28th Floor
Atlanta, Georgia 30309
Fax: 404.572.5128
E-mail: staub@kslaw.com
**Counsel for Rooms to Go**

Mark E. Andrews
Aaron M. Kaufman
Cox Smith Matthews Incorporated
1201 Elm Street, Suite 3300
Dallas, TX 75270
Fax: 214.698.7899
E-mail: mandrews@coxsmith.com
E-mail: akaufman@coxsmith.com
**Counsel for the Wilkerson Entities**

Heather R. Potts
McFall, Breitbeil & Smith, P.C.
1250 Four Houston Center
1331 Lamar Street
Houston, TX 77010-3027
Fax: 713.590.9399
E-mail: hpotts@mcfall-law.com
**Counsel for BMW Holdings**

Ross A. Plourde
McAfee & Taft A Professional Corporation
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Fax: 405.235.0439
E-mail: ross.plourde@mcafeetaft.com
**Counsel for Bob Mills Furniture, Inc.**

Gayle Cannon
9305 Prince William
Austin, TX 78730
Fax: 512.867.8689
E-mail: Gayle.cannon66@gmail.com
**Counsel for Lack Family Partners, Ltd. and Plantation Holdings, LP**

Derick J. Rodgers
Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry Street, Suite 500
San Antonio, TX 78212
Fax: 210.822.1151
E-mail: drodgers@lawdcm.com
**Counsel for Sendero Commercial Investments – Park Place, L.P.**