IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 10-60149 |
| LACK'S STORES, INCORPORATED, § | |
| ET AL.,[1] § | (Chapter 11) |
| § | (Jointly Administered) |
| DEBTORS. § | |

NOTICE OF SALE PROCEDURES, AUCTION DATE, AND SALE HEARING OF
DEBTOR'S STORE NO. 143 (OWNED REAL PROPERTY)

On January 12, 2011, the Court entered its *Order Approving Procedures and Bid Protections for the Sales of Real Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests (Owned Real Property)* [Docket No. 365] (the "Sale Procedures Order") in which it approved, among other things, a procedure for the sale of certain real property and improvements owned by Lack Properties, Inc. ("Lack Properties").

Lack Properties and Triple J Investments, Inc. have executed that certain Purchase and Sale Agreement dated effective as of December 27, 2010 (the "PSA"), relating to the real property and improvements located at 3110 H.G. Mosley Pkwy, Longview, Texas 75605, (the "Owned Real Property").  A copy of the PSA is available free of charge at www.kccllc.net by clicking on the link titled "10-60149 | Lack's Stores, Incorporated."  Lack Properties, Lack's Stores, Incorporated, Merchandise Acceptance Corporation, and Lack's Furniture Centers, Inc. (collectively, the "Debtors") seek Court approval of the PSA subject to higher or better offer as more particularly set forth in the Sale Procedures which are attached hereto as **Exhibit A** pursuant to, among other things, Bankruptcy Code § 363.  The Debtors propose that the sale will be free and clear of all liens, claims, encumbrances, and other interests with any holder's lien, claim, encumbrance, or other interest attaching to the proceeds of the sale, with the same nature, validity, and priority of that interest prior to the proposed sale.  The Owned Real Property will be sold on such other terms set forth in the *Debtors' Expedited Motion to Approve Procedures and Bid Protections for the Sales of Real Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests (Owned Real Property)* [Docket No. 234].

The following dates and deadlines apply to the sale of the Owned Real Property as contemplated under the PSA and the Sale Procedures:

- Bid Deadline: February 25, 2011, at 4:00 p.m., prevailing Central Time

- Objection Deadline: February 25, 2011, at 4:00 p.m., prevailing Central Time

---

[1] The Debtors and the last four digits of their tax identification numbers are Lack's Stores, Incorporated (6528), Merchandise Acceptance Corporation (0972), Lack's Furniture Centers, Inc. (9468), and Lack Properties, Inc. (8961).

**NOTICE OF SALE PROCEDURES, AUCTION DATE,
AND SALE HEARING OF DEBTOR'S STORE NO. 143
(OWNED REAL PROPERTY)**                                    **Page 1 of 2**
US 750972v.1

- Auction Date: March 2, 2011 at 1:00 p.m. prevailing Central Time at the United States Courthouse, Courtroom of the Honorable Jeff Bohm, 515 Rusk Avenue, Houston, Texas, 77002

- Hearing Date: March 2, 2011 at 1:00 p.m. prevailing Central Time at the United States Courthouse, Courtroom of the Honorable Jeff Bohm, 515 Rusk Avenue, Houston, Texas, 77002

If you oppose the sale of the Owned Real Property you must timely file and serve an objection. Other important information, including dates and deadlines, are set forth in the Sale Procedures. You should read the *Debtors' Expedited Motion to Approve Procedures and Bid Protections for the Sales of Real Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests (Owned Real Property)* [Docket No. 234], the Sale Procedures Order, the Sale Procedures, and this Notice carefully as your rights may be affected.

All requests for information concerning the Owned Real Property should be directed in writing to DJM Realty Services, LLC, Attn: Jim Avallone, 445 Broadhollow Road, Suite 225, Melville, New York, 11747, (o) 631.927.0024, (f) 631.752.1231, javallone@djmrealty.com.

Dated: February 8, 2011

Respectfully submitted,

**VINSON & ELKINS LLP**

By:       */s/ Michaela C. Crocker*
Daniel C. Stewart, SBT #19206500
Paul E. Heath, SBT #093555050
Michaela C. Crocker, SBT #24031985
Richard H. London, SBT #24032678
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Tel: 214.220.7700
Fax: 214.999.7787
mcrocker@velaw.com
rlondon@velaw.com

**ATTORNEYS FOR THE DEBTORS**